**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COLLINS ASSET GROUP, LLC, | ) | Case No. 25-10994 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**<u>COLLINS ASSET GROUP, LLC</u>**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COLLINS ASSET GROUP, LLC, | ) | Case No. 25-10994 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### GLOBAL NOTES, METHODOLOGY AND SPECIFIC
### DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
### ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Collins Asset Group, LLC ("CAG" or "Collins"), and its debtor affiliate, Hollins Holdings, Inc. ("Hollins"), as debtors in the above-captioned chapter 7 cases (the "Debtors"), with the assistance of their advisors, have filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and other advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring,

compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements.  In no event shall the Debtors or their directors, managers, officers, agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and other advisors are advised of the possibility of such damages.

In addition, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

For CAG and Hollins, Mr. Daniel Laux has signed the Schedules and Statements.  Mr. Laux is the sole manager of CAG, and authorized representative of Hollins.  In reviewing and signing the Schedules and Statements, Mr. Laux has relied upon the efforts, statements and representations of third-parties retained by the Debtors to assist in the compilation of the Schedules and Statements, who are not employed by or under the control of CAG or Hollins.  Mr. Laux has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, and certifies the accuracy of the Schedules and Statements based upon his best knowledge, information or belief.

The Global Notes are in addition to any specific notes contained in any Debtors' Schedules or Statements.  Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to the rest of the Debtors' Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("Claim") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."

11558443.v4

Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases.** On June 4, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the assets described in the Debtors' Schedules and Statements reflect net book values as of December 31, 2023. The Debtors have updated certain amounts, where practical, where they believe there have been material modifications throughout 2024 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements. The accounts receivable balance is as of December 31, 2023. Additionally, because the book values of certain assets may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Recharacterization.** Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities.** Unless otherwise set forth in the Schedules, the liability portions set forth the amounts as of December 31, 2023. Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements. These Schedules and Statements reflect the Debtors' good faith efforts to report this information as close to accurate as is reasonably possible. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders.** For purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors or managers; (b) shareholders or members holding in excess of 20% of the units of the Debtors; (c) relatives of directors, managers, shareholders or members of the Debtors (to the extent known by the Debtors); and (d) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  This listing is not intended to be nor should be construed as an admission that those parties are insiders for purposes of section 101(31) of the Bankruptcy Code.

**Executory Contracts.**  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule any executory contract(s), and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred.  The Debtors do not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, or other agreement set forth in Schedule G and to amend or supplement Schedule G as necessary.

**Classifications.**  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description.**  Schedules D, and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action.**  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies.**  The following is a summary of significant reporting policies:

    a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," "undetermined" or similar is not intended to reflect upon the materiality of such amount.

       b.      <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

       c.      <u>Liens</u>. Any property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

       d.      <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.** The claims of individual creditors for, among other things, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtors may have incurred certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, negotiations, and other disputes. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights and defenses preserved under section 558 of the Bankruptcy Code.

**Estimates.** To close the books and records of the Debtors as of the Petition Date, the Debtors were required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtors reserve all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule D.** Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. In addition, certain collateral may be listed as having multiple lenders, but the Debtors do not know the relative priority based on their available records.

**Schedule E/F.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtor on Statement 7, based upon the Debtors' books and records as of June 4, 2025. Rather than using estate time and resources to repeat those same Claims on Schedule E/F, the Debtors listed those contingent, unliquidated Claims as a single-line item which also directs the reader to review Statement 7 for further information. The Debtors expressly incorporate by reference into Schedule E/F all parties to pending litigation listed in Statement 7 of the Debtors' Statements as contingent, unliquidated, and disputed claims.

5

Any information contained in Schedule E/F with respect to any potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 3.**  As of April 17, 2025, CAG lost all access to its bank accounts with Wells Fargo Bank, N.A. As of May 29, 2025, CAG opened a new account with Hancock Whitney Bank but only has the ability to transfer funds from this account via direct request to its bank's representative and cannot otherwise access this account, including but not limited to electronically.  Statement 3 includes any disbursement or other transfer made by CAG within 90 days before the Petition Date except for any made after it lost access to its accounts.  CAG made multiple attempts to regain access to its accounts, but at present, it is still unable to fully access its accounts.

**Statement 7.**  The Debtors have not reported judgements where the underlying litigation was pending for more than one year and/or the judgement was entered more than one year ago.

**Statement 26(a).**  The accountants and bookkeepers maintaining CAG's books and records are third-parties not employed by CAG, but are either employed or retained by Oliphant USA, LLC and/or Oliphant USA, Inc.

| Fill in this information to identify the case: | |
|---|---|
| **Debtor name: Collins Asset Group, LLC** | |
| **United States Bankruptcy Court for the: Delaware** | |
| **Case number: 25-10994** | ☐ **Check if this is an amended filing** |

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $10,648,732.53 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $10,648,732.53 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)    $0.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $4,518.58 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**    $4,518.58
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Collins Asset Group, LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-10994

☐ **Check if this is an amended filing**

---

**Part 1:**  **Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | None |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1   Hancock and Whitney | Commercial Checking | 9715 | $1,330.15 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | None |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,330.15 |
|---|

---

**Part 2:**  **Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1   None | None |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1   E&O and D&O Coverage Retainer - First Insurance Funding | Unknown |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| $0.00 |
|---|

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $0.00 | – | $0.00 | = ........ ➜ | $0.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $10,647,402.38 | – | $0.00 | = ........ ➜ | $10,647,402.38 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $10,647,402.38 |
|---|

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | |
|---|---|---|
| | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:

| 15.1 | | |
|---|---|---|
| | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | |
|---|---|---|
| | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

19.1 _____ | | | | $0.00

**20. Work in progress**

20.1 _____ | | | | $0.00

**21. Finished goods, including goods held for resale**

21.1 _____ | | | | $0.00

**22. Other inventory or supplies**

22.1 _____ | | | | $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                        $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes      Book value _____      Valuation method _____      Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**

28.1 _____ | | | $0.00

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

29.1 _____ | | | $0.00

**30. Farm machinery and equipment** (Other than titled motor vehicles)

30.1 _____ | | | $0.00

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____  _____  _____  _____ $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____  _____  _____  _____ $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1

_____  _____  _____  _____ $0.00

**40. Office fixtures**

40.1

_____  _____  _____  _____ $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1

_____  _____  _____  _____ $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

_____  _____  _____  _____ $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

Debtor  Collins Asset Group, LLC.
Name
25-51660-cag  Doc#19  Filed 06/18/25  Entered 06/18/25 15:22:01  Main Document  Pg 14 of 29

Case number *(if known)* 25-10994

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  None | | | None |
| **61. Internet domain names and websites** | | | |
| 61.1  collinsassetgroup.com | $0.00 | None | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | None |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer List | $0.00 | None | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  None | | | None |
| **65. Goodwill** | | | |
| 65.1  None | | | None |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:** **All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | | = ➜ | None |
|---|---|---|---|---|
| | total face amount | - doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | Net Operating Loss | Tax year | 2023 | Undetermined |
|---|---|---|---|---|
| 72.2 | Net Operating Loss | Tax year | 2024 | Undetermined |
| 72.3 | Net Operating Loss | Tax year | 2025 | Undetermined |

**73. Interests in insurance policies or annuities**

| 73.1 | None | None |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | None | None |
|---|---|---|

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1   Various Plaintiff Actions Pending - See Exhibit to SOFA 7          Undetermined

| Nature of Claim | Civil - Breach of Contract |
| Amount requested | Various Amounts |

**76. Trusts, equitable or future interests in property**

76.1   None          None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1   None          None

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:   Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,330.15 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $10,647,402.38 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➜ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |

**90. All other assets.** Copy line 78, Part 11.                                    $0.00

**91. Total. Add lines 80 through 90 for each column**      91a.  | $10,648,732.53 |        91b.  | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                                    | $10,648,732.53 |

**Fill in this information to identify the case:**

Debtor name: Collins Asset Group, LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-10994

☐ Check if this is an amended filing

---

**Part 1:**  **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

Ferrum Capital, LLC
4415 66th St.  Suit 101
Lubbock County, TX  79414

**Date debt was incurred?**
Multiple

**Last 4 digits of account number**
Separate File to Be Attached

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Growth Platforms, LLC
Sill & Associates
Heller Group and Judith Heller
F & K Partners, LLC

**Describe debtor's property that is subject to the lien:**
Non-Performing Loans

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: Undetermined

Column B: $7,853,142.00

2.2

Growth Platforms, LLC
2003 Viking Drive
Reedsburg, WI 53959

**Date debt was incurred?**
Multiple

**Last 4 digits of account number**
Separate File to be Attached

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Ferrum Capital, LLC
Sill & Associates
Heller Group and Judith Heller
F & K Partners, LLC

**Describe debtor's property that is subject to the lien:**
Non-Performing Loans

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    $1,998,058.00

---

2.3

The Heller Group, LLC &
Judith Heller, TTEE,
Judith Heller Revocable Trust
1/7/1988
2537 NW 59th St.
Boca Raton, FL 33496

**Date debt was incurred?**
Multiple

**Last 4 digits of account number**
Separate File to be Attached

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Ferrum Capital, LLC
Sill & Associates
Growth Platforms, LLC
F & K Partners, LLC

**Describe debtor's property that is subject to the lien:**
Non-Performing Loans

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    $815,494.00

Debtor  Collins Asset Group, LLC.
Name
25-51660-cag   Doc#19   Filed 06/18/25   Entered 06/18/25 15:22:01   Main Document   Pg 20 of 29
Case number *(if known)* 25-10994

## 2.4

Sill & Associates, L.L.C.
1555 River Park Dr.
Suite 101
Sacramento, CA  95815

**Date debt was incurred?**
Multiple

**Last 4 digits of account number**
Separate File Attached

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
Ferrum Capital, LLC
Growth Platforms, LLC
Heller Group and Judith Heller
F & K Partners, LLC

**Describe debtor's property that is subject to the lien:**
Non-Performing Loans

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    $350,506.00

## 2.5

F & K Partners, LLP
12075 Mountain Mahogany Road
Loveland, CO  80538

**Date debt was incurred?**
Multiple

**Last 4 digits of account number**
Separate File Attached

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
Ferrum Capital, LLC
Growth Platforms, LLC
Heller Group and Judith Heller
Sill & Associates

**Describe debtor's property that is subject to the lien:**
Non-Performing Loans

**Describe the lien**
Senior Secured Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined                    $9,078.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1   Randall A. Pulman<br>2161 N. W. Military Highway, Sutie 400<br>San Antonio, TX 78213 | 2.1, 2.2, 2.3, 2.4 and 2.5 | |
| 3.2   Shari Pullen Pulman<br>2161 N. W. Military Highway, Sutie 400<br>San Antonio, TX 78213 | 2.1, 2.2, 2.3, 2.4 and 2.5 | |
| 3.3   Kerry Alleyne<br>2161 N. W. Military Highway, Sutie 400<br>San Antonio, TX 78213 | 2.1, 2.2, 2.3, 2.4 and 2.5 | |
| 3.4   John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | 2.1, 2.2, 2.3, 2.4 and 2.5 | |
| 3.5   Roayl B. Lea, III<br>319 Maverick Street<br>San Antonio, TX 78212 | 2.1, 2.2, 2.3, 2.4 and 2.5 | |

**Fill in this information to identify the case:**

Debtor name: Collins Asset Group, LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-10994

☐ Check if this is an amended filing

---

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | | $0.00 |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☐ No

☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|
| 3.1 | Undetermined |

Barry Powell
c/o Matthew J. King
17806 IH 10 W., Ste 300
San Antonio, TX  78213

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

Basis for the claim:
Litigation

Is the claim subject to offset?

☑ No

☐ Yes

**3.2**

City of Yonkers
City Hall Annex - 2nd Floor
87 Nepperhan Ave.
Yonkers, NY  10701-3819

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Penalty

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

Division of Commercial Recording
33 West State Street
Trenton, NJ  08608

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $25.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Records

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

E-Oscar (OLDE: Online Data Exchange LLC)
Dept 224501
PO Box 55000
Detroit, MI  48255-2245

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $31.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Generations FCU
9311 San Pedro Ave.
Suite 1100
San Antonio, TX  78216

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Judy A. Musgrove
c/o Royal Lea (Receiver)
1901 NW Military Hwy, Ste 218
San Antonio, TX  78213

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.7**

Karen Aguilar
c/o Jake A. Morrison
17806 IH 10 W., Ste. 300
San Antonio, TX  78213

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.8**

Oliphant USA, LLC
6001 W. William Cannon Dr.
Suite 102
Austin, TX  78749

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Allocated Expenses

**Is the claim subject to offset?**

☐ No

☑ Yes

**3.9**

State of New Jersey
Department of Banking and Insurance
20 West State Street
P.O. Box 325
Trenton, NJ  08625-0325

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $340.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Penalty

**Is the claim subject to offset?**

☑ No

☐ Yes

3.10

Texas State Comptroller
PO Box 149359
Austin, TX  78714-9328

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,109.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Penalty

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

Travis County Tax Office
PO Box 149328
Austin, TX  78714-9328

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $662.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Penalty

**Is the claim subject to offset?**
☑ No

☐ Yes

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 <br><br> Eugene Xerxes Martin, IV <br> 8750 N. Central Expressway <br> Suite 1850 <br> Dallas, TX  75231 | Line <br> 3.8 <br><br> ☐ Not listed. Explain | |
| 4.2 <br><br> Jacob Michael Bach <br> 8750 N. Central Expressway <br> Suite 1850 <br> Dallas, TX  75231 | Line <br> 3.8 <br><br> ☐ Not listed. Explain | |

4.3

Michael P. Ridulfo
5151 San Felipe Street
Suite 800
Houston, TX  77056

Line
3.8

☐ Not listed. Explain

4.4

Patrick A. Watts
150 S. Wacker Drive
Suite 2400
Chicago, IL  60606

Line
3.8

☐ Not listed. Explain

4.5

Patrick A. Watts
1200 S. Big Bend Blvd.
St. Louis, MO  63117

Line
3.8

☐ Not listed. Explain

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $4,518.58 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,518.58 |

| Fill in this information to identify the case: |
|---|
| Debtor name: Collins Asset Group, LLC |
| United States Bankruptcy Court for the: Delaware |
| Case number: 25-10994 |

☐ Check if this is an amended filing

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Offsite Storage | King Size Storage<br>5256 West US Highway 290<br>Austin, TX  78735 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription | Action Verb LLC dba Files.com<br>PO Box 8101<br>Carol Stream, IL  60197-8101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription | Sentinel Data Solutions, Inc.<br>PO Box 95<br>Lawson, MO  64062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Subscription | Thomson Reuters<br>6160 Warren Parkway<br>Suite 700<br>Frisco, TX  75034 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Collins Asset Group, LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-10994

☐ **Check if this is an amended filing**

---

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | | | ☐ D |
| _____ | _____ | _____ | ☐ E/F |
| | | | ☐ G |

**Fill in this information to identify the case:**

Debtor name: Collins Asset Group, LLC

United States Bankruptcy Court for the: Delaware

Case number: 25-10994

☐ **Check if this is an amended filing**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 06/18/2025 | /s/ Daniel Laux |
| Executed on | Signature of individual signing on behalf of debtor |
| | Daniel Laux |
| | Printed name |
| | Manager |
| | Position or relationship to debtor |