### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| COLLINS ASSET GROUP, LLC, | Case No. 25-10994 (LSS) |
| Debtor. | |
| In re: | Chapter 7 |
| HOLLINS HOLDINGS, INC., | Case No. 25-10995 (LSS) |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Oliphant, Inc., Accelerated Inventory Management, LLC, Oliphant Financial, LLC, and Oliphant USA, LLC (collectively, "Oliphant"), pursuant to Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases or any adversary proceeding related to these cases, be transmitted to:

| | |
|---|---|
| Michael P. Ridulfo, Esq | Eric J. Monzo, Esq. |
| Abigail Rogers, Esq. | Christopher M. Donnelly, Esq. |
| **KANE RUSSELL COLEMAN LOGAN PC** | **MORRIS JAMES LLP** |
| 5151 San Felipe Street, Suite 800 | 500 Delaware Avenue, Suite 1500 |
| Houston, Texas 77056 | Wilmington, DE 19801 |
| Telephone: (713) 425-7400 | Telephone: (302) 888-6800 |
| Facsimile: (713) 425-7700 | Facsimile: (302) 571-1750 |
| mridulfo@krcl.com | emonzo@morrisjames.com |
| arogers@krcl.com | cdonnelly@morrisjames.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

17405426/1

2

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced notice parties request that ONLY ONE set of physical documents be sent to each address listed above when there are physical mailings.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which the Oliphant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

*[Remainder of Page Intentionally Left Blank]*

17405426/1

Dated: July 1, 2025

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
       cdonnelly@morrisjames.com

-and-

**KANE RUSSELL COLEMAN LOGAN PC**
Michael P. Ridulfo, Esq
5151 San Felipe Street, Suite 800
Houston, TX 77056
Telephone: (713) 425-7400
Facsimile: (713) 425-7700
E-mail: mridulfo@krcl.com
       arogers@krcl.com

-and-

Abigail Rogers, Esq.
Frost Bank Tower
401 Congress Avenue, Suite 2100
Austin, TX 78701
Telephone: (713) 425-7400
Facsimile: (713) 425-7700
E-mail: arogers@krcl.com

*Counsel to Oliphant, Inc., Accelerated Inventory Management, LLC, Oliphant Financial, LLC, and Oliphant USA, LLC*

3

17405426/1