**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COLLINS ASSET GROUP, LLC | ) | Case No. 25-10994-LSS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| HOLLINS HOLDINGS, INC. | ) | Case No. 25-10995-LSS |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING MOTION OF PLAINTIFFS AND RECEIVER FOR
FERRUM CAPITAL, LLC AND FERRUM IV, LLC TO TRANSFER VENUE OF
BANKRUPTCY CASES**

Upon the motion (the "**Motion**") of Judy A. Musgrove, *et al.*, and Randy Sparks, *et al.*, together with their fellow plaintiffs, and J. Patrick Lowe, the Receiver for Ferrum Capital, LLC and Ferrum IV, LLC, for entry of an order transferring venue of the above-captioned bankruptcy proceedings to the United States Bankruptcy Court for the Western District of Texas; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and all submissions filed in connection therewith; ~~and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for relief granted herein; and all objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor~~,



**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED. *for the reasons set forth in my bench ruling.*

2.  Any objections to the Motion that were raised, or could have been raised, are hereby overruled.

3.  The above-captioned bankruptcy cases, *In re Collins Asset Group, LLC*, Case No. 25-10994 (LSS) and *In re Hollins Holdings, Inc.*, Case No. 25-10995 (LSS), shall be and are hereby transferred to the United States Bankruptcy Court for the Western District of Texas–San Antonio, Division.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated:  July 25, 2025
Wilmington, Delaware

– 2 –