IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7: |
| | § | |
| COLLINS ASSET GROUP, LLC | § | CASE NO. 25-51660 |
| DEBTOR | § | |
| | § | |
| | § | |
| | § | |

## NOTICE REGARDING ORDER ON MOTION FOR PROTECTIVE ORDER

Oliphant USA, LLC ("O-USA") hereby files this *Notice Regarding Order on Motion for Protective Order* and respectfully states as follows:

1. On December 1, 2025, OUSA filed an Amended Motion for Relief from Stay (the "Motion for Relief") which was scheduled to be heard on December 15, 2026.

2. On December 2, 2025, the Texas Plaintiffs and the Receivers each served Notices of Deposition and the Texas Plaintiffs served a Request for Production of Documents on O-USA in connection with the Motion for Relief (the "Discovery").

3. On December 4, 2025, the Court held a hearing on O-USA's Motion for Protective Order (the "Motion for Protective Order") which the Court granted in part and denied in part as further set forth on the record at the hearing and instructed the undersigned to submit a form of Order. On December 5, 2025, prior to submitting an Order, O-USA withdrew the Motion for Relief without prejudice.

4. Also on December 5, 2025, the parties conferred and agreed that the Discovery was moot solely as it relates to the Motion for Relief. Based on this agreement, the parties stipulate

11768086

that entry of the Order memorializing the oral rulings on the Motion for Protective Order should be deferred as it relates to the Discovery.

6. It is hereby expressly agreed by the parties that this Notice will be null and void and of no further effect immediately upon the refiling of any motion by O-USA or any of its affiliates or parents requesting termination of servicing.

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
Michael P. Ridulfo
State Bar No. 16902020
5151 San Felipe, Suite 800
Houston, Texas 77056
Ph: (713) 425-7400
Fax: (713) 425-7700
Email: mridulfo@krcl.com

*Counsel for Oliphant USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties on the attached Master Service List either electronically via the Court's ECF system, via email or via United States First Class Mail on December 10, 2025.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

11768086