## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | Case No. 25-51660-CAG |
| COLLINS ASSET GROUP, LLC, | § | |
| | § | |
| Debtor. [1] | § | Chapter 7 |
| | § | |

---

### FIRST INTERIM APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF DYKEMA GOSSETT PLLC, COUNSEL TO RON SATIJA, CHAPTER 7 TRUSTEE, <u>FOR THE PERIOD OF AUGUST 4, 2025 – JANUARY 31, 2026</u>

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD. ANY RESPONSE MUST BE TIMELY FILED WITH THE UNITED STATES BANKRUPTCY CLERK, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION, 615 EAST HOUSTON STREET, ROOM 597, SAN ANTONIO, TEXAS 78205.**

**IF A TIMELY RESPONSE IS FILED, THE COURT WILL THEN SET A HEARING ON THE MOTION, AND YOU WILL BE PROVIDED WITH NOTICE OF THE DATE, TIME, AND PLACE OF THE HEARING. IF YOU DO NOT ATTEND THE HEARING, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE MOTION.**

**To the Honorable Craig A. Gargotta, Chief United States Bankruptcy Judge:**

Ron Satija, Chapter 7 Trustee (the "<u>Trustee</u>") for the bankruptcy estate (the "<u>Estate</u>") of

Debtor Collins Asset Group, LLC ("<u>Collins</u>" or "<u>Debtor</u>") in the above-captioned chapter 7 case

(the "<u>Case</u>"), hereby files this *First Interim Application for Compensation of Fees and Expenses*

*of Dykema Gossett PLLC, Counsel to Ron Satija, Chapter 7 Trustee, for the Period of*

---

[1] The last four digits of this Debtor's federal tax identification number are 3148. This Debtor's address is 6001 W. William Cannon Drive, Suite 102, Austin, Texas 78749.

127196.000001 4908-5877-4662.1

*August 4, 2025 – January 31, 2026* (the "Interim Fee Application") on behalf of Dykema Gossett PLLC ("Dykema"), counsel to the Trustee. This Interim Fee Application seeks interim compensation approval for the period of August 4, 2025 through January 31, 2026 (the "Application Period"), for fees in the amount of $397,054.50 and expenses in the amount of $5,107.84, totaling $402,162.34. In support thereof, the Trustee would show as follows:

## I.    BACKGROUND

1.      On June 4, 2025, Collins filed its voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware, Case No. 25-10994 (LSS). George L. Miller was appointed as the chapter 7 trustee in Delaware prior to the transfer of the Case to this District.

2.      On June 25, 2025, John Patrick Lowe, state-court receiver over Ferrum Capital, LLC and Ferrum IV, LLC (the "Receiver"), and various plaintiffs (collectively, the "Plaintiffs") filed their *Motion of Plaintiffs and Receiver of Ferrum Capital, LLC and Ferrum IV, LLC to Transfer Venue of Bankruptcy Cases* [ECF No. 22] (the "Venue Transfer Motion"), seeking a transfer of venue of the Debtor's Case from Delaware to this District.

3.      After notice and a hearing on July 25, 2025, the Honorable Laurie S. Silverstein granted the Venue Transfer Motion and entered the *Order Granting Motion of Plaintiffs and Receiver for Ferrum Capital, LLC and Ferrum IV, LLC to Transfer Venue of Bankruptcy Cases* [ECF No. 76], transferring the Case to this District.

4.      On August 5, 2025, the United States Trustee for the Western District of Texas filed the *Notice of Appointment of Successor Trustee and Fixing of Bond* [ECF No. 94], appointing Ron Satija as Trustee for the Estate in the Case as of August 1, 2025.

5.      On August 16, 2025, the Trustee file the *Application of Ron Satija, Chapter 7 Trustee, to Employ Dykema Gossett PLLC as Counsel to the Chapter 7 Trustee* [ECF No. 104]. On September 8, 2025, the Court entered the *Order Granting Application of Ron Satija, Chapter 7 Trustee, to Employ Dykema Gossett PLLC as Counsel to the Chapter 7 Trustee* [ECF No. 120] (the "Dykema Employment Order").

6.      On November 12, 2025, the Court entered the *Final Order Granting Emergency Motion of Ron Satija, Chapter 7 Trustee, for Entry of (I) Interim and Final Orders Authorizing the Trustee to Utilize Cash Collateral, (II) Authorizing the Trustee to Pay Insurance Premiums, (III) Authorizing the Trustee to Pay a Retainer to Dykema Gossett PLLC, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [ECF No. 191] (the "Cash Collateral Order").

7.      As approved by the Cash Collateral Order, the Trustee remitted a retainer in the amount of $50,000.00 to Dykema.  Dykema has held the retainer in trust and has not applied any such funds.

8.      Dykema's activities during the relevant Application Period primary fall into the following categories: (a) Case Administration; (b) Communications with Creditors; (c) Business Operations; (d) Cash Collections; (e) Asset Analysis and Recovery; and (f) Asset Disposition.

## II.      JURISDICTION AND VENUE

9.      The Court has jurisdiction of this Application pursuant 28 U.S.C. § 1334, and this is a core proceeding under 28 U.S.C. § 157(b).

10.     Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

11.     The relief requested by the Trustee is pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Local Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Western District of Texas.

127196.000001  4908-5877-4662.1

## III.    BASIS FOR COMPENSATION

12.    Dykema's services rendered in the Case on behalf of the Trustee have been instrumental—and critically necessary—in assisting the Trustee with marshalling assets, maintaining a stream of collections income, preserving the Debtor's portfolios, maintaining and renewing, where necessary, local and/or state licenses nationwide, engaging various professionals on behalf of the Trustee, obtaining final approval from the Court for cash collateral use and lien release protocol, and preparing and obtaining Court approval of sale procedures for the efficient marketing, auction, and sale of the Debtor's portfolios (the "Sale Procedures") in an orderly and value-maximizing manner.  As evidenced by the Trustee's sale procedures motion,[2] the Sale Procedures are thorough and required extensive collaboration between the Trustee and Garnet, the Trustee's Broker.  The sale of the Debtor's portfolios is crucial to any distribution to creditors and parties in interest in this Case.  Dykema also successfully prosecuted several contested matters including cash collateral, authority to exercise lienholders rights, relief from stay, and is currently preparing for the hearing on the Sale Procedures which the Trustee believes will be contested.

13.    Dykema seeks interim compensation under 11 U.S.C. § 331, which provides:

> A trustee, an examiner, a debtor's attorney, or any professional person employed under section 327 or 1103 of this title may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation or reimbursement.

11 U.S.C. § 331.

---

[2] See ECF No. 231.

127196.000001  4908-5877-4662.1

14.     As explained in more detail below, Dykema believes its compensation is reasonable under the twelve factors put forth in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974).

15.     Pursuant to Local Rule 2016-1(d)(1)-(3), a Fee Application Summary is attached hereto as **Exhibit A**, and the Compensation Support Exhibit and the Reimbursement Support Exhibit are attached hereto as **Exhibit B**.[3]  Exhibits A and B are incorporated herein by reference.

A.     *Dykema's Fees*

16.     Dykema seeks approval of compensation in the amount of $397,054.50 for fees during the Application Period.  As set forth in more detail in the Compensation Support Exhibit, the total hours for the Application Period is 653.20 hours.

17.     The total fees by professional for the Application Period is broken down below:

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Danielle Rushing Behrends | Member | $605.00 (2025); $655.00 (2026) | 475.60 hours | $290,227.50 |
| Matthew Pepping | Member | $665.00 | 0.70 hours | $465.50 |
| Gary Segal | Member | $875.00 (2025); $980.00 (2026) | 26.30 hours | $23,642.50 |
| Deborah Williamson | Member | $980.00 | 31.60 hours | $30,968.00 |
| Dominique Douglas | Associate | $450.00 (2025); $490.00 (2026) | 106.90 hours | $48,253.00 |
| Miranda Almand | Paralegal | $245.00 | 0.20 hours | $49.00 |
| Lisa Murphy | Paralegal | $385.00 | 4.50 hours | $1,732.50 |
| Jamie Stafford | Paralegal | $245.00 | 3.70 hours | $906.50 |
| Guillermo Escobar | Staff | $300.00 | 1.30 hours | $390.00 |
| Matthew Sherman | Staff | $175.00 | 2.40 hours | $420.00 |

---

[3] Dykema's monthly invoice includes both fee and expense sections for the respective month's time entries.

127196.000001  4908-5877-4662.1

18.     The total fees by billing category for the Application Period is broken down below:

| Billing Category | Hours | Total Amount |
|---|---|---|
| CASE ADMINISTRATION | 45.30 hours | $30,590.50 |
| ASSET ANALYSIS AND RECOVERY | 55.20 hours | $31,499.00 |
| ASSET DISPOSITION | 73.60 hours | $46,423.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 72.10 hours | $43,962.00 |
| EMPLOYMENT AND FEE APPLICATIONS | 74.30 hours | $44,527.00 |
| OTHER CONTESTED MATTERS | 7.20 hours | $3,612.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 1.90 hours | $1,058.00 |
| BUSINESS OPERATIONS | 154.10 hours | $93,278.50 |
| FINANCING AND CASH COLLATERAL | 63.30 hours | $38,618.50 |
| TAX | 1.50 hours | $927.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.40 hours | $1,250.50 |
| LITIGATION | 73.40 hours | $45,314.00 |
| ACCOUNTING/AUDITING | 8.60 hours | $5,238.00 |
| CORPORATE FINANCE | 4.50 hours | $1,732.50 |
| DATA ANALYSIS | 1.90 hours | $773.00 |
| LITIGATION CONSULTING | 2.80 hours | $1,694.00 |
| INSURANCE | 10.10 hours | $5,951.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.00 hours | $605.00 |

19.     Such amount is equal to Dykema's usual and customary charges for services of a similar nature performed for other clients of the firm.

20.     All professional services for which an allowance is requested were performed by Dykema for and on behalf of the Trustee and not on behalf of any other entity or other person.

21.     No agreement or understanding exists between Dykema and any other person with respect to sharing the compensation to be allowed by Dykema for services rendered or to be rendered in connection with this Case.

22.     No promises have been made for the compensation of Dykema, other than to be paid reasonable compensation for its services rendered on behalf of the Trustee.

23.     Dykema is not seeking any fees for the preparation of this Interim Fee Application. Any such fees will be included in Dykema's final fee application.

127196.000001 4908-5877-4662.1

24.     Travel is billed at half-time in accordance with Dykema's engagement letter and the Dykema Employment Order.  A separate matter number has been established by Dykema for fees associated with travel time, which is reflected in **Exhibit B**.

25.     Dykema has voluntarily reduced professional fees during the Application Period in the amount of $20,758.50.

B.     ***Dykema's Expenses***

26.     Dykema incurred and paid in advance out-of-pocket expenses in connection with its representation of the Trustee during the Application Period.  Dykema maintained careful records of expenditures incurred.  The total expenses incurred during the Application Period total $5,107.84.  Other than in-house postage or printing, receipts are not provided since no expense for which reimbursement is sought exceeds $100.00 in accordance with Local Rule 2016-1(d)(3). The expenses incurred in the provision of professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Trustee on behalf of the Estate.

27.     Section 330 of the Bankruptcy Code grants bankruptcy courts wide discretion to award "reasonable compensation" to attorneys employed by the Trustee for the benefit of the Estate.  *See* 11 U.S.C. § 330(a)(l)(A).  In determining reasonable compensation, bankruptcy courts within the Fifth Circuit address the twelve factors promulgated in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d at 717–19; *see also In re Pilgrim's Pride Corp.*, 690 F3d 650, 654–56 (5th Cir. 2012).

28.     The *Johnson* factors weigh in favor of awarding Dykema full compensation for the fees that it incurred during the Application Period.

a)     ***Time and Labor Required.***  The time entries included in **Exhibit B** to this Interim Fee Application detail all the work Dykema performed and for which compensation is sought

127196.000001  4908-5877-4662.1

during the Application Period. All services were performed solely on behalf of the Trustee and for the benefit of the Estate in this Case. The date the services were rendered, the individual performing such services, a description of the services, and the time expended are all detailed. Dykema believes that such detail establishes that its request for compensation is reasonable. This Case has been contentious and complex since the Trustee's appointment, thus requiring Dykema's extensive negotiations and creative solutions with various parties in interest and stakeholders. As detailed herein, Dykema's professionals expended 653.20 hours on behalf of the Trustee for the benefit of the Estate during the Application Period. Dykema believes the amount of time it put into the Case was well adjusted to the Trustee's needs.

b)      ***Novelty and Difficulty.*** All of the services performed during the Application Period were rendered in connection with the representation of the Trustee in the performance of his duties and obligations as required by applicable bankruptcy and non-bankruptcy law and rules. This Case has presented significant novel and difficult issues, warranting the time and attention expended by Dykema.

c)      ***Skill Required to Perform the Legal Service Properly.*** The issues presented in this Case during the Application Period required a high level of expertise, skill, and knowledge of various areas of law. Further, Dykema was required to have knowledge of numerous state-law issues such as contracts, fair debt and unfair collection trade practices, and debt collection compliance and a keen understanding of the receivables management industry to formulate the Sale Procedures and sale timeline and draft the proposed purchase agreement.

d)      ***Preclusion of Other Employment by the Attorneys Involved.*** Time necessary to represent the Trustee in this Case has not precluded the representation of other clients.

127196.000001  4908-5877-4662.1

e)     ***Customary Fee.*** The requested fees reflect a discounted billing rate for Ms. Williamson but is otherwise customary for services comparable to those performed by Dykema for other clients.  Dykema believes that other similarly-situated professionals charge fees similar to or greater than those requested by Dykema.

f)     ***Whether the Fee is Fixed or Contingent.*** Dykema's fees are hourly, which was approved in the Dykema Employment Order.

g)     ***Time Limitations Imposed by Client or Other Circumstances.*** Time has been of the essence throughout this Case.  Dykema has filed various pleadings on an emergency or expedited basis since its retention, and the Court has granted numerous expedited hearing requests in this Case.  Dykema focused heavily in December 2025 on the licensure and compliance of the Debtor's portfolios, which was authorized by the Court.  Dykema's professionals worked tirelessly to renew license registration and bonds, where required, by December 31, 2025, to ensure the Trustee was able to maintain a stream of income from the Debtor's portfolios.

h)     ***Amount Involved and Results Obtained.*** Dykema sought and obtained interim and/or final relief from the Court for the Trustee, including, but not limited to, cash collateral use, authorization to exercise the Debtor's lienholder rights, and approval of the Sale Procedures and sale timeline.  Dykema also played a critical role in ensuring that the stream of income from the Debtor's portfolios to the Trustee never ceased and were not interrupted.  With the assistance of Dykema and his Court-approved broker, the Trustee has successfully marketed the Debtor's portfolios.  The Trustee will seek approval of a sale transaction for the Debtor's portfolios at the March 23, 2026 sale hearing.  During this Application Period, Dykema also facilitated numerous lien releases for consumers nationwide.  The lien release process required Dykema to trace every

127196.000001  4908-5877-4662.1

payment made by the consumer, often times through multiple years, certify the funds were delivered to the Trustee, and coordinate with various third parties to fully release liens.

i) ***Experience, Reputation, and Ability of the Attorneys.*** Dykema's professionals are experienced and credentialed in representing parties in corporate bankruptcy cases and corporate finance and receivables management transactions. Dykema's attorneys have substantial reputations in the legal community in bankruptcy and non-bankruptcy work.

j) ***"Undesirability" of Case.*** Prior to the Trustee's appointment, three successor trustees declined their appointment in this Case. Dykema rose to the challenge and eagerly accepted the Trustee's engagement as counsel in this Case.

k) ***The Nature and Length of the Professional Relationship with the Client.*** Dykema's relationship with the Trustee commenced on August 4, 2025, when the Trustee sought sophisticated bankruptcy counsel to represent him in this Case. Dykema has been responsive and effective in handling the issues presented in this Case for the Trustee on behalf of the Estate.

l) ***Awards in Similar Cases.*** Dykema's fees are very reasonable in comparison to similarly sized and experienced firms handling matters of similar scope.

29. All professional fees incurred by Dykema were reasonable and necessary, sometimes critical, and costs were incident to the performance of Dykema's services for the Trustee on behalf of the Estate. Dykema asserts that the time expended is fair and reasonable in light of its responsibility as counsel for the Trustee and the results achieved during the Application Period. Accordingly, Dykema believes that all of the foregoing factors clearly justify its fees and reimbursement of expenses in this Case during the Application Period.

127196.000001 4908-5877-4662.1

## IV.    CONCLUSION

WHEREFORE, for all of the foregoing reasons, I, as Trustee, respectfully request that the Court enter the proposed order, substantially in the form attached hereto as **Exhibit C**: (1) approving under 11 U.S.C. § 331 and authorizing payment of Dykema's fees during the Application Period in the amount of $397,054.50; (2) approving Dykema's request for expenses incurred during the Application Period in the amount of $5,107.84; and (3) granting such other relief as the Court deems just and proper.

Dated: March 6, 2026                                        Respectfully submitted,

                                                            */s/ Ron Satija*
                                                            Ron Satija

                                                            **CHAPTER 7 TRUSTEE**

127196.000001  4908-5877-4662.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2026, the Interim Fee Application was served via CM/ECF on all parties requesting such service, including:

| | |
|---|---|
| United States Trustee for the Western District of Texas<br><br>615 E Houston, Suite 533<br>San Antonio, TX 78205<br>**via CM/ECF** | Collins Asset Group, LLC, Debtor<br><br>6001 W. William Cannon Dr<br>Suite 102<br>Austin, TX 78749<br>**via CM/ECF through its attorney** |
| Oliphant Financial, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** | Oliphant USA, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** |
| John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>2402 East Main Street<br>Uvalde, TX 78801<br>**via CM/ECF** | Counsel to Musgrove Plaintiffs<br><br>Randall A. Pulman<br>Kerry Alleyne-Simmons<br>Pulman LeFlore Pullen & Reed LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, TX 78213<br>**via CM/ECF through their attorneys** |
| Counsel to John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>Royal Lea<br>Royal Lea Law Office<br>1901 NW Military Highway #218<br>San Antonio, TX 78213<br>**via CM/ECF through his attorney** | Counsel to The Heller Group, LLC & Judith Heller TTEE, Judith Heller Revocable Trust (1/7/1988)<br><br>Lester A. Ottenheimer, III<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089<br>**via CM/ECF through their attorney** |
| | Any party that has requested notice pursuant to Bankruptcy Rule 2002<br>**via CM/ECF** |

Further, the *Interim Fee Application Summary* was served by U.S. first-class mail on all parties on the attached Service List.

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

127196.000001 4908-5877-4662.1

Collins Asset Group, LLC
6001 W. William Cannon Dr, Suite 102
Austin, TX 78749

Action Verb LLC
PO Box 8101
Carol Stream, IL 60197-8101

Alabama Attorney General
501 Washington Ave
Montgomery, AL 36104-4304

Alaska Attorney General
1031 W 4Th Ave, Suite 200
Anchorage, AK 99501-1994

Arizona Attorney General
2005 N Central Ave
Phoenix, AZ 85004-1545

Arkansas Attorney General
323 Center St, Suite 200
Little Rock, AR 72201-2610

Arlo Deyke
403 Crystal Dr
Longview, TX 75604-1243

Assurance Dimensions LLC
4920 Cypress Street, Suite 102
Tampa, FL 33607-3837

Barbara Dean, Irrevocable Trust
Kathy Dean-Frick, Trustee
5 Pheasant Place
Carmel, NY 10512-1612

Barbara L. Dean
2126 Iveywood Street
The Village, FL 32163-2849

Barry Powell
c/o Matthew J. King
411 S. Presa St.
San Antonio, TX 78205

California Attorney General
Po Box 944255
Sacramento, CA 94244-2550

Charles Morris
993 Wilder Path
The Villages, FL 32163-5579

Circuit Court of Greene County, MO
1010 N. Boonville Ave
Springfield, MO 65802-3804

Circuit Court - Nineteenth Judicial Cir
18. N. County St.
Waukegan, IL 60085-4304

City of Yonkers
City Hall Annex - 2nd Floor
87 Nepperhan Ave.
Yonkers, NY 10701-3819

Colin Conway
1682 Pintail Way
Sarasota, FL 34231-9136

Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver, CO 80203-2104

Connecticut Attorney General
55 Elm St
Hartford, CT 06106-1746

Cynthia M Johiro
425 Queen Street
Honolulu, HI 96813-2903

David Scanlan
4719 Tobermory Way
Bradenton, FL 34211-8512

Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801-3509

Delores Delong
c/o Matthew J. Button
4560 S. Campbell Ave, Ste. L112
Springfield, MO 65810-1880

Department of Labor
Division of Unemployment Insurance
P.O. Box 9953
Wilmington, DE 19809-0953

Department of Revenue - IRS
1100 Commerce St. Suite 300
Dallas, TX 75242-1074

Diane Williams
10260 E. Tupelo Avenue
Mesa, AZ 85212-8472

Division of Commercial Recording
33 West State Street
Trenton, NJ 08608-1214

E-Oscar OLDE- Online Data Exchange
Dept 224501
PO Box 55000
Detroit, MI 48255-2245

Eugene Xerxes Martin, IV
8750 N. Central Expressway, #1850
Dallas, TX 75231-6454

F&K Partners, LLP
12075 Mountain Mahogany Road
Loveland, CO 80538-9174

First Insurance Funding -A Wintrust Co
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

Florida Attorney General
The Capitol Pl01
Tallahassee, FL 32399-0001

Forvis Mazars, LLP
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602-4317

Gains Equity Management, LLC
13835 N Tatum Blvd., #9-419
Phoenix, AZ 85032-5581

Generations FCU
PO Box 791870
San Antonio, TX 78279-1870

Georgia Attorney General
Business and Finance BK
40 Capitol Square SW
Atlanta, GA 30334-9057

Greenberg Traurig, LLP
Attn: Alison Hutchings
2200 Ross Avenue, Suite 5200
Dallas, TX 75201-2794

Growth Platforms, LLC
2003 Viking Drive
Reedsburg, WI 53959-8903

Guided Insurance Solutions, LLC
4211 W Boy Scout Blvd., Suite 800
Tampa, FL 33607

Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

Heritage Global Capital Group
3875 North Buffalo Rd, Suite 102
Orchard Park, NY 14127-1883

Idaho Office Of The Attorney General
700 W. Jefferson St, Suite 210
Boise, ID 83720-0001

Illinois Office Of The Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL 60601-3220

Indiana Attorney General
Attn: Bankruptcy Litigation
302 W Washington Street
Indianapolis, IN 46204-4701

Iowa Office Of The Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA 50319-0115

Jacob Michael Bach
8750 N. Central Expressway, #1850
Dallas, TX 75231-6454

Jared Brankamp
1118 Hutchins St.
Portsmouth, OH 45662-4542

Jeffrey Truss
c/o Jilian Sandt
P.O. Box 3065
McDonough, GA 30253-1744

Jeremy Croteau
6919 115th St. E
Palmetto, FL 34221-1790

John Newell
c/o Jilian Sandt
P.O. Box 3065
McDonough, GA 30253-1744

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

Jonathan Wendell Holmes Trust
5457 Twin Knolls Rd., Suite 300
PMB 1283
Columbia, MD 21045-3296

Judy A. Musgrove
c/o Royal Lea (Receiver)
1901 NW Military Hwy, Suite 218
San Antonio, TX 78213-2149

Kansas Office of Attorney General
120 SW 10th Ave – 2nd Floor
Topeka, KS 66612-1237

Karen Aguilar
c/o Jake A. Morrison
411 S. Presa St.
San Antonio, TX 78205

Kentucky Office of Attorney General
Capitol Building
700 Capitol Ave. Suite 118
Frankfort, KY 40601-3458

Kerry Alleyne
2161 NW Military Highway, Suite 400
San Antonio, TX 78213-1844

King Size Storage
5256 West US Highway 290
Austin, TX 78735

LendingPoint
1201 Roberts Blvd., Suite 200
Kennesaw, GA 30144-3612

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 160
Buffalo Grove, Illinois 60089

Louisiana Office of Attorney General
1885 N. Third St
Baton Rouge, LA 70802-5146

Magistrate Court of Walton County GA
303 S. Hammond Dr.
Monroe, GA 30655-2904

Maine Office of Attorney General
6 State House Station
Augusta, ME 04333-0006

Martin Lyons Watts Morgan
Attn: Patrick Watts
8750 Central Expwy Northpark Centra
Dallas, TX 75231-6436

Maryland Office of Attorney General
200 St. Paul Pl
Baltimore, MD 21202-5994

Massachusetts Office of Attorney Gen.
1 Ashburton Place, 20th Floor
Boston, MS 02108-1518

Melody Cuff
312 SW 102nd St
Oklahoma City, OK 73139-9009

Metropolitan Partners Group
850 Third Ave, 18th Floor
New York NY 10022

Michael S. Dillow
1118 Hutchins St.
Portsmouth, OH 45662-4542

Michael P. Ridulfo
5151 San Felipe Street, Suite 800
Houston, TX 77056

Michigan Dept. of Attorney General
G. Mennen Williams Bdg., 7th Floor
525 W Ottawa St
Lansing, MI 48933-1067

Minnesota Office of Attorney General
445 Minnesota St, Suite 1400
St. Paul, MN 55101-2131

Mississippi Office of Attorney General
Walter Sillers Building
550 High St., Suite 1200
Jackson, MS 39201-1113

Missouri Attorney General
Supreme Court Building
207 W High St
Jefferson City, MO 65101-6805

Montana Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena, MT 59601-4517

National Loan Exchange Inc.
10 Sunset Hills Professional Centra
Edwardsville, IL 62025-3785

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701

New Hampshire Attorney General
Nh Department Of Justice
33 Capitol St.
Concord, NH 03301-6317

New Jersey Dept of Banking & Ins.
Collections Unit
P.O. Box 325
Trenton, NJ 08625-0325

New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market St 8Th Fl, West Wing
Trenton, NJ 08611-2148

New Jersey Dept of Banking & Ins.
Consumer Finance Enforcement
Attn: Paulette Sibblies-Flagg
PO Box 040
Trenton, NJ 08625-0040

New Mexico Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501-2689

New York Attorney General
The Capitol
Albany, NY 12224

North Carolina Attorney General
114 W Edenton St
Raleigh, NC 27603-1712

North Dakota Attorney General
State Capitol, 600 E Blvd., Ave
Dept. 125
Bismarck, ND 58505

Office of the Attorney General of DC
441 4Th St NW, Suite 1100
Washington, DC 20001-2714

Ohio Attorney General
State Office Tower
30 E Broad St 14Th Fl
Columbus, OH 43215-3414

Oklahoma Attorney General
313 Ne 21St St
Oklahoma City, OK 73105-3207

Oliphant, Inc.
Attn: Dave Scanlan
6001 W. William Cannon Dr. #102
Austin, TX 78749-1916

Oregon Department of Justice
Attn: Bankruptcy Dept.
1162 Court ST NE
Salem, OR 97301-4096

Patrick A. Watts
1200 S. Big Bend Blvd.
St. Louis, MO 63117-1614

Patrick A. Watts
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606-4211

Pennsylvania Attorney General
Strawberry Square 16th Floor
Harrisburg, PA 17120-0001

Randall A. Pulman
2161 N. W. Military Highway, Ste. 400
San Antonio, TX 78213-1844

Regeneration Nation LLC
30 North Gould St Suite R
Sheridan, WY 82801-6317

Rhode Island Attorney General
150 S Main St
Providence, RI 02903-2994

Richard M. Beck
c/o Klehr Harrison Harvey Branzburg
1835 Market, Suite 1400
Philadelphia, PA 19103

Amanda Morgan
P.O. Box 575
Helotes, TX 78023-0575

Robert Morris
7865 Chick Evans Pl
Sarasota, FL 34240-8752

Royal B. Lea, III
1901 NW Military Hwy, Suite 218
San Antonio, TX 78213

S4 Family Trust
141 Yorks Xing
Driftwood, TX 78619-5719

Sentinel Data Solutions, Inc.
PO Box 95
Lawson, MO 64062-0095

Shari Pullen Pulman
2161 N. W. Military Highway, Ste 400
San Antonio, TX 78213-1844

Sharon Young King
5345 Rocky Coast PL
Palmetto, FL 34221-1424

Shauna K. Travis
1118 Hutchins St.
Portsmouth, OH 45662-4542

Sill & Associates
1451 River Park Drive, Suite 145
Sacramento, CA 95815

Skypeak Fund I LP
3017 Bolling Way NE
Atlanta, GA 30305-2205

South Carolina Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201-3183

South Dakota Department of Revenue
445 E Capitol Avenue
Pierre, SD, 57501, SD 57501-3100

South Dakota Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501-8501

State of Delaware
Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

State of New Jersey
Department of Banking & Ins
20 West State Street
P.O. Box 325
Trenton, NJ 08625-0325

Stephen R. Dillow
1118 Hutchins St.
Portsmouth, OH 45662-4542

Tatiana Quinones
3912 Farm Garden Ct
Bradenton, FL 34211-1380

Tennessee Attorney General
301 6Th Ave N
Nashville, TN 37243-1412

Tennessee Department of Revenue
c/o Attorney General – BK Division
PO Box 20207
Nashville, TN 37202-4015

Texas Office Of The Attorney General
300 W. 15Th St
Austin, TX 78701-1649

Texas State Comptroller
P.O. Box 149359
Austin, Texas 78714

The Heller Group, LLC
Attn: John Heller
1655 Lake Cook Rd, Apt. 140
Highland Park, IL 60035-4400

Thompson Reuters
6160 Warren Parkway, Suite 700
Frisco, TX 75034-9747

Tom Pawelek
271 Crew Ct
Sarasota, FL 34243-2301

Travis County
PO Box 149328
Austin, TX 78714-9328

US Trustee's Office
615 E. Houston, Suite 533
San Antonio, Texas 78205

Utah Office Of The Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT 84114-4799

Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001

Virginia Attorney General
202 N. Ninth St.
Richmond, VA 23219-3402

Washington Attorney General
1125 Washington St Se
Olympia, WA 98501-2283

West Virginia Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV 25305

William O'Donnell
c/o Delaney A. Hunt
2275 Half Day Road, Suite 126
Bannockburn, IL 60015-1274

Wisconsin Attorney General
114 E State Capitol
Madison, WI 53702-0001

Wyoming Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne, WY 82001-3644

Tony Miller
P.O. Box 575
Helotes, TX 78023-0575

Barbara Smallwood
P.O. Box 575
Helotes, TX 78023-0575

Billy Smallwood
P.O. Box 575
Helotes, TX 78023-0575

Cameron Chandler
P.O. Box 575
Helotes, TX 78023-0575

Carolyn Kempf
P.O. Box 575
Helotes, TX 78023-0575

Cecil Douglas & Jennifer Honeycutt
P.O. Box 575
Helotes, TX 78023-0575

Charles Norris
P.O. Box 575
Helotes, TX 78023-0575

Christopher S. Murphy
Texas Attorney General's Office
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Cindy Ainsworth
P.O. Box 575
Helotes, TX 78023-0575

Connie Doyle
P.O. Box 575
Helotes, TX 78023-0575

David C. Shaffer
P.O. Box 575
Helotes, TX 78023-0575

Deborah Howell
20872 Roys Rd.
Centreville, MI 49032-9737

Dennis McDonough
P.O. Box 575
Helotes, TX 78023-0575

Dung T. Compton
P.O. Box 575
Helotes, TX 78023-0575

Estate of Destiny Ward
16302 E. Bobwhite Way
Scottsdale, AZ 85262-6109

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Gay Schaffer
P.O. Box 575
Helotes, TX 78023-0575

George & Monique Boesch
P.O. Box 575
Helotes, TX 78023-0575

Gerald Vaughn
P.O. Box 575
Helotes, TX 78023-0575

Gregory Kempf
P.O. Box 575
Helotes, TX 78023-0575

James D. Wilson Jr
P.O. Box 575
Helotes, TX 78023-0575

James Steve McKenzie
P.O. Box 575
Helotes, TX 78023-0575

Janice Conner
P.O. Box 575
Helotes, TX 78023-0575

Jeff Perkins
P.O. Box 575
Helotes, TX 78023-0575

John Fludine
P.O. Box 575
Helotes, TX 78023-0575

Julia Hedges
P.O. Box 575
Helotes, TX 78023-0575

Karl Zemgals
P.O. Box 575
Helotes, TX 78023-0575

Kimberly Sherrill
P.O. Box 575
Helotes, TX 78023-0575

Lacey Lyons
 a/k/a Lacey Nicole Lyons Murphy
16302 E Bobwhite Way
Scottsdale, AZ 85262-6109

Larry & Sue McLaughlin
P.O. Box 575
Helotes, TX 78023-0575

Lee J Sherrill
P.O. Box 575
Helotes, TX 78023-0575

Lynn Blanke
P.O. Box 575
Helotes, TX 78023-0575

Marian B Harlos
P.O. Box 575
Helotes, TX 78023-0575

Marianne Toombs
P.O. Box 575
Helotes, TX 78023-0575

Marie Johnson
 P.O. Box 575
Helotes, TX 78023-0575

Martin Fox
P.O. Box 575
Helotes, TX 78023-0575

Mary McDonough
P.O. Box 575
Helotes, TX 78023-0575

Matthew J King
 P.O. Box 575
Helotes, TX 78023-0575

Patricia Constantino
P.O. Box 575
Helotes, TX 78023-0575

Richard Pickett
P.O. Box 575
Helotes, TX 78023-0575

Ronald Svetz
 P.O. Box 575
Helotes, TX 78023-0575

Roy Meli
P.O. Box 575
Helotes, TX 78023-0575

Rudy Cruz
P.O. Box 575
Helotes, TX 78023-0575

Ryan Wallace
 P.O. Box 575
Helotes, TX 78023-0575

Sandra Norris
P.O. Box 575
Helotes, TX 78023-0575

Sandra Vaughn
P.O. Box 575
Helotes, TX 78023-0575

Sierra Ward
16302 E Bobwhite Way
Scottsdale, AZ 85262-6109

Steffanie & Thomas Jones
P.O. Box 575
Helotes, TX 78023-0575

Thelma Jeanette Sons
P.O. Box 575
Helotes, TX 78023-0575

Thomas Braunlinger
 P.O. Box 575
Helotes, TX 78023-0575

Tracy Gardner
P.O. Box 575
Helotes, TX 78023-0575

**EXHIBIT A**

127196.000001  4908-5877-4662.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | **Case No. 25-51660-CAG** |
| **COLLINS ASSET GROUP, LLC,** | § | |
| | § | **Chapter 7** |
| Debtor. [1] | § | |
| | § | |

_____

## INTERIM FEE APPLICATION SUMMARY

I.      CLIENT – Ron Satija, Chapter 7 Trustee

II.      REQUESTING APPLICANT/FIRM – Dykema Gossett, PLLC, counsel to Ron Satija, Chapter 7 Trustee

III.      TOTAL AMOUNT OF FEES REQUESTED –

         a) Fees: $397,054.50

         b) Expenses: $5,107.84

         c) Pre-petition retainer, if any: $0.00 (of this amount, $0.00 has previously been offset pursuant to prior fee applications)

         d) Time period covered: August 4, 2025 to January 31, 2026

IV.      BREAKOUT OF CURRENT APPLICATION

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Danielle Rushing Behrends | Member | $605.00 (2025); $655.00 (2026) | 475.60 hours | $290,227.50 |
| Matthew Pepping | Member | $665.00 | 0.70 hours | $465.50 |
| Gary Segal | Member | $875.00 (2025); $980.00 (2026) | 26.30 hours | $23,642.50 |
| Deborah Williamson | Member | $980.00 | 31.60 hours | $30,968.00 |
| Dominique Douglas | Associate | $450.00 (2025); $490.00 (2026) | 106.90 hours | $48,253.00 |
| Miranda Almand | Paralegal | $245.00 | 0.20 hours | $49.00 |
| Lisa Murphy | Paralegal | $385.00 | 4.50 hours | $1,732.50 |
| Jamie Stafford | Paralegal | $245.00 | 3.70 hours | $906.50 |
| Guillermo Escobar | Staff | $300.00 | 1.30 hours | $390.00 |
| Matthew Sherman | Staff | $175.00 | 2.40 hours | $420.00 |

---

[1] The last four digits of this Debtor's federal tax identification number are 3148. This Debtor's address is 6001 W. William Cannon Drive, Suite 102, Austin, Texas 78749.

1

| Billing Category | Hours | Total Amount |
|---|---|---|
| CASE ADMINISTRATION | 45.30 hours | $30,590.50 |
| ASSET ANALYSIS AND RECOVERY | 55.20 hours | $31,499.00 |
| ASSET DISPOSITION | 73.60 hours | $46,423.50 |
| MEETINGS AND COMMUNICATIONS WITH CREDITORS | 72.10 hours | $43,962.00 |
| EMPLOYMENT AND FEE APPLICATIONS | 74.30 hours | $44,527.00 |
| OTHER CONTESTED MATTERS | 7.20 hours | $3,612.00 |
| ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 1.90 hours | $1,058.00 |
| BUSINESS OPERATIONS | 154.10 hours | $93,278.50 |
| FINANCING AND CASH COLLATERAL | 63.30 hours | $38,618.50 |
| TAX | 1.50 hours | $927.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS | 2.40 hours | $1,250.50 |
| LITIGATION | 73.40 hours | $45,314.00 |
| ACCOUNTING/AUDITING | 8.60 hours | $5,238.00 |
| CORPORATE FINANCE | 4.50 hours | $1,732.50 |
| DATA ANALYSIS | 1.90 hours | $773.00 |
| LITIGATION CONSULTING | 2.80 hours | $1,694.00 |
| INSURANCE | 10.10 hours | $5,951.00 |
| RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.00 hours | $605.00 |

A.    MINIMUM FEE INCREMENTS – 0.10 hours

B.    EXPENSES
- a) Court Costs – $0.00
- b) Copying/Scanning/Printing – $3,591.20
- c) Mailing – $750.70
- d) Other – $765.94

B.    AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION – N/A

II.    PRIOR APPLICATIONS – N/A

III.    OTHER CO-EQUAL OR ADMINISTRATIVE CLAIMANTS IN THIS CASE –
2.    Weaver and Tidwell, L.L.P.
3.    Saul Ewing LLP
4.    Miller Coffee Tate LLP

C.    RESULT OBTAINED – Dykema sought and obtained interim and/or final relief from the Court for the Trustee, including, but not limited to, cash collateral use, authorization to exercise the Debtor's lienholder rights, and approval of the Sale Procedures and sale timeline. Dykema also played a critical role in ensuring that the stream of income from the Debtor's portfolios to the Trustee never ceased and were not interrupted on the operational front. With the assistance of Dykema and his Court-approved broker, the Trustee has successfully marketed the Debtor's portfolios. During this Application Period, Dykema also facilitated numerous lien releases for consumers nationwide. The lien release process required Dykema to trace every payment made by the consumer, often times through multiple years, certify the funds were delivered to the Trustee, and coordinate with various third parties to fully release liens.

127196.000001 4908-5877-4662.1

**DYKEMA GOSSETT PLLC**

By: */s/ Danielle Rushing Behrends*
    Danielle Rushing Behrends
    State Bar No. 24086961
    dbehrends@dykema.com
    Dominique A. Douglas
    State Bar No. 21434409
    ddouglas@dykema.com
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205
    Telephone: (210) 554-5500
    Facsimile: (210) 226-8395

**COUNSEL TO RON SATIJA,
CHAPTER 7 TRUSTEE**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2026, the Interim Fee Application was served via CM/ECF on all parties requesting such service, including:

| | |
|---|---|
| United States Trustee for the Western District of Texas<br><br>615 E Houston, Suite 533<br>San Antonio, TX 78205<br>**via CM/ECF** | Collins Asset Group, LLC, Debtor<br><br>6001 W. William Cannon Dr<br>Suite 102<br>Austin, TX 78749<br>**via CM/ECF through its attorney** |
| Oliphant Financial, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** | Oliphant USA, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** |
| John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>2402 East Main Street<br>Uvalde, TX 78801<br>**via CM/ECF** | Counsel to Musgrove Plaintiffs<br><br>Randall A. Pulman<br>Kerry Alleyne-Simmons<br>Pulman LeFlore Pullen & Reed LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, TX 78213<br>**via CM/ECF through their attorneys** |
| Counsel to John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>Royal Lea<br>Royal Lea Law Office<br>1901 NW Military Highway #218<br>San Antonio, TX 78213<br>**via CM/ECF through his attorney** | Counsel to The Heller Group, LLC & Judith Heller TTEE, Judith Heller Revocable Trust (1/7/1988)<br><br>Lester A. Ottenheimer, III<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089<br>**via CM/ECF through their attorney** |
| | Any party that has requested notice pursuant to Bankruptcy Rule 2002<br>**via CM/ECF** |

Further, the *Interim Fee Application Summary* was served by U.S. first-class mail on all parties on the attached Service List.

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

4

Collins Asset Group, LLC
6001 W. William Cannon Dr, Suite 102
Austin, TX 78749

Action Verb LLC
PO Box 8101
Carol Stream, IL 60197-8101

Alabama Attorney General
501 Washington Ave
Montgomery, AL 36104-4304

Alaska Attorney General
1031 W 4Th Ave, Suite 200
Anchorage, AK 99501-1994

Arizona Attorney General
2005 N Central Ave
Phoenix, AZ 85004-1545

Arkansas Attorney General
323 Center St, Suite 200
Little Rock, AR 72201-2610

Arlo Deyke
403 Crystal Dr
Longview, TX 75604-1243

Assurance Dimensions LLC
4920 Cypress Street, Suite 102
Tampa, FL 33607-3837

Barbara Dean, Irrevocable Trust
Kathy Dean-Frick, Trustee
5 Pheasant Place
Carmel, NY 10512-1612

Barbara L. Dean
2126 Iveywood Street
The Village, FL 32163-2849

Barry Powell
c/o Matthew J. King
411 S. Presa St.
San Antonio, TX 78205

California Attorney General
Po Box 944255
Sacramento, CA 94244-2550

Charles Morris
993 Wilder Path
The Villages, FL 32163-5579

Circuit Court of Greene County, MO
1010 N. Boonville Ave
Springfield, MO 65802-3804

Circuit Court - Nineteenth Judicial Cir
18. N. County St.
Waukegan, IL 60085-4304

City of Yonkers
City Hall Annex - 2nd Floor
87 Nepperhan Ave.
Yonkers, NY 10701-3819

Colin Conway
1682 Pintail Way
Sarasota, FL 34231-9136

Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10Th Fl
Denver, CO 80203-2104

Connecticut Attorney General
55 Elm St
Hartford, CT 06106-1746

Cynthia M Johiro
425 Queen Street
Honolulu, HI 96813-2903

David Scanlan
4719 Tobermory Way
Bradenton, FL 34211-8512

Delaware Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801-3509

Delores Delong
c/o Matthew J. Button
4560 S. Campbell Ave, Ste. L112
Springfield, MO 65810-1880

Department of Labor
Division of Unemployment Insurance
P.O. Box 9953
Wilmington, DE 19809-0953

Department of Revenue - IRS
1100 Commerce St. Suite 300
Dallas, TX 75242-1074

Diane Williams
10260 E. Tupelo Avenue
Mesa, AZ 85212-8472

Division of Commercial Recording
33 West State Street
Trenton, NJ 08608-1214

E-Oscar OLDE- Online Data Exchange
Dept 224501
PO Box 55000
Detroit, MI 48255-2245

Eugene Xerxes Martin, IV
8750 N. Central Expressway, #1850
Dallas, TX 75231-6454

F&K Partners, LLP
12075 Mountain Mahogany Road
Loveland, CO 80538-9174

First Insurance Funding -A Wintrust Co
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

Florida Attorney General
The Capitol Pl01
Tallahassee, FL 32399-0001

Forvis Mazars, LLP
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602-4317

Gains Equity Management, LLC
13835 N Tatum Blvd., #9-419
Phoenix, AZ 85032-5581

Generations FCU
PO Box 791870
San Antonio, TX 78279-1870

Georgia Attorney General
Business and Finance BK
40 Capitol Square SW
Atlanta, GA 30334-9057

Greenberg Traurig, LLP
Attn: Alison Hutchings
2200 Ross Avenue, Suite 5200
Dallas, TX 75201-2794

Growth Platforms, LLC
2003 Viking Drive
Reedsburg, WI 53959-8903

Guided Insurance Solutions, LLC
4211 W Boy Scout Blvd., Suite 800
Tampa, FL 33607

Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

Heritage Global Capital Group
3875 North Buffalo Rd, Suite 102
Orchard Park, NY 14127-1883

Idaho Office Of The Attorney General
700 W. Jefferson St, Suite 210
Boise, ID 83720-0001

Illinois Office Of The Attorney General
James R. Thompson Center
100 W. Randolph St
Chicago, IL 60601-3220

Indiana Attorney General
Attn: Bankruptcy Litigation
302 W Washington Street
Indianapolis, IN 46204-4701

Iowa Office Of The Attorney General
Hoover State Office Building
1305 E. Walnut Street Rm 109
Des Moines, IA 50319-0115

Jacob Michael Bach
8750 N. Central Expressway, #1850
Dallas, TX 75231-6454

Jared Brankamp
1118 Hutchins St.
Portsmouth, OH 45662-4542

Jeffrey Truss
c/o Jilian Sandt
P.O. Box 3065
McDonough, GA 30253-1744

Jeremy Croteau
6919 115th St. E
Palmetto, FL 34221-1790

John Newell
c/o Jilian Sandt
P.O. Box 3065
McDonough, GA 30253-1744

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

Jonathan Wendell Holmes Trust
5457 Twin Knolls Rd., Suite 300
PMB 1283
Columbia, MD 21045-3296

Judy A. Musgrove
c/o Royal Lea (Receiver)
1901 NW Military Hwy, Suite 218
San Antonio, TX 78213-2149

Kansas Office of Attorney General
120 SW 10th Ave – 2nd Floor
Topeka, KS 66612-1237

Karen Aguilar
c/o Jake A. Morrison
411 S. Presa St.
San Antonio, TX 78205

Kentucky Office of Attorney General
Capitol Building
700 Capitol Ave. Suite 118
Frankfort, KY 40601-3458

Kerry Alleyne
2161 NW Military Highway, Suite 400
San Antonio, TX 78213-1844

King Size Storage
5256 West US Highway 290
Austin, TX 78735

LendingPoint
1201 Roberts Blvd., Suite 200
Kennesaw, GA 30144-3612

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 160
Buffalo Grove, Illinois 60089

Louisiana Office of Attorney General
1885 N. Third St
Baton Rouge, LA 70802-5146

Magistrate Court of Walton County GA
303 S. Hammond Dr.
Monroe, GA 30655-2904

Maine Office of Attorney General
6 State House Station
Augusta, ME 04333-0006

Martin Lyons Watts Morgan
Attn: Patrick Watts
8750 Central Expwy Northpark Centra
Dallas, TX 75231-6436

Maryland Office of Attorney General
200 St. Paul Pl
Baltimore, MD 21202-5994

Massachusetts Office of Attorney Gen.
1 Ashburton Place, 20th Floor
Boston, MS 02108-1518

Melody Cuff
312 SW 102nd St
Oklahoma City, OK 73139-9009

Metropolitan Partners Group
850 Third Ave, 18th Floor
New York NY 10022

Michael S. Dillow
1118 Hutchins St.
Portsmouth, OH 45662-4542

Michael P. Ridulfo
5151 San Felipe Street, Suite 800
Houston, TX 77056

Michigan Dept. of Attorney General
G. Mennen Williams Bdg., 7th Floor
525 W Ottawa St
Lansing, MI 48933-1067

Minnesota Office of Attorney General
445 Minnesota St, Suite 1400
St. Paul, MN 55101-2131

Mississippi Office of Attorney General
Walter Sillers Building
550 High St., Suite 1200
Jackson, MS 39201-1113

Missouri Attorney General
Supreme Court Building
207 W High St
Jefferson City, MO 65101-6805

Montana Attorney General
215 N. Sanders
Justice Building, Third Fl
Helena, MT 59601-4517

National Loan Exchange Inc.
10 Sunset Hills Professional Centra
Edwardsville, IL 62025-3785

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Nevada Attorney General
100 N. Carson St.
Carson City, NV 89701

New Hampshire Attorney General
Nh Department Of Justice
33 Capitol St.
Concord, NH 03301-6317

New Jersey Dept of Banking & Ins.
Collections Unit
P.O. Box 325
Trenton, NJ 08625-0325

New Jersey Attorney General
Richard J. Hughes Justice Complex
25 Market St 8Th Fl, West Wing
Trenton, NJ 08611-2148

New Jersey Dept of Banking & Ins.
Consumer Finance Enforcement
Attn: Paulette Sibblies-Flagg
PO Box 040
Trenton, NJ 08625-0040

New Mexico Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501-2689

New York Attorney General
The Capitol
Albany, NY 12224

North Carolina Attorney General
114 W Edenton St
Raleigh, NC 27603-1712

North Dakota Attorney General
State Capitol, 600 E Blvd., Ave
Dept. 125
Bismarck, ND 58505

Office of the Attorney General of DC
441 4Th St NW, Suite 1100
Washington, DC 20001-2714

Ohio Attorney General
State Office Tower
30 E Broad St 14Th Fl
Columbus, OH 43215-3414

Oklahoma Attorney General
313 Ne 21St St
Oklahoma City, OK 73105-3207

Oliphant, Inc.
Attn: Dave Scanlan
6001 W. William Cannon Dr. #102
Austin, TX 78749-1916

Oregon Department of Justice
Attn: Bankruptcy Dept.
1162 Court ST NE
Salem, OR 97301-4096

Patrick A. Watts
1200 S. Big Bend Blvd.
St. Louis, MO 63117-1614

Patrick A. Watts
150 S. Wacker Drive, Suite 2400
Chicago, IL 60606-4211

Pennsylvania Attorney General
Strawberry Square 16th Floor
Harrisburg, PA 17120-0001

Randall A. Pulman
2161 N. W. Military Highway, Ste. 400
San Antonio, TX 78213-1844

Regeneration Nation LLC
30 North Gould St Suite R
Sheridan, WY 82801-6317

Rhode Island Attorney General
150 S Main St
Providence, RI 02903-2994

Richard M. Beck
c/o Klehr Harrison Harvey Branzburg
1835 Market, Suite 1400
Philadelphia, PA 19103

Amanda Morgan
P.O. Box 575
Helotes, TX 78023-0575

Robert Morris
7865 Chick Evans Pl
Sarasota, FL 34240-8752

Royal B. Lea, III
1901 NW Military Hwy, Suite 218
San Antonio, TX 78213

S4 Family Trust
141 Yorks Xing
Driftwood, TX 78619-5719

Sentinel Data Solutions, Inc.
PO Box 95
Lawson, MO 64062-0095

Shari Pullen Pulman
2161 N. W. Military Highway, Ste 400
San Antonio, TX 78213-1844

Sharon Young King
5345 Rocky Coast PL
Palmetto, FL 34221-1424

Shauna K. Travis
1118 Hutchins St.
Portsmouth, OH 45662-4542

Sill & Associates
1451 River Park Drive, Suite 145
Sacramento, CA 95815

Skypeak Fund I LP
3017 Bolling Way NE
Atlanta, GA 30305-2205

South Carolina Attorney General
Rembert C. Dennis Bldg
1000 Assembly St Rm 519
Columbia, SC 29201-3183

South Dakota Department of Revenue
445 E Capitol Avenue
Pierre, SD, 57501, SD 57501-3100

South Dakota Attorney General
1302 E Highway 14
Ste 1
Pierre, SD 57501-8501

State of Delaware
Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

State of New Jersey
Department of Banking & Ins
20 West State Street
P.O. Box 325
Trenton, NJ 08625-0325

Stephen R. Dillow
1118 Hutchins St.
Portsmouth, OH 45662-4542

Tatiana Quinones
3912 Farm Garden Ct
Bradenton, FL 34211-1380

Tennessee Attorney General
301 6Th Ave N
Nashville, TN 37243-1412

Tennessee Department of Revenue
c/o Attorney General – BK Division
PO Box 20207
Nashville, TN 37202-4015

Texas Office Of The Attorney General
300 W. 15Th St
Austin, TX 78701-1649

Texas State Comptroller
P.O. Box 149359
Austin, Texas 78714

The Heller Group, LLC
Attn: John Heller
1655 Lake Cook Rd, Apt. 140
Highland Park, IL 60035-4400

Thompson Reuters
6160 Warren Parkway, Suite 700
Frisco, TX 75034-9747

Tom Pawelek
271 Crew Ct
Sarasota, FL 34243-2301

Travis County
PO Box 149328
Austin, TX 78714-9328

US Trustee's Office
615 E. Houston, Suite 533
San Antonio, Texas 78205

Utah Office Of The Attorney General
Utah State Capitol Complex
350 North State St Ste 230
Salt Lake City, UT 84114-4799

Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001

Virginia Attorney General
202 N. Ninth St.
Richmond, VA 23219-3402

Washington Attorney General
1125 Washington St Se
Olympia, WA 98501-2283

West Virginia Attorney General
State Capitol, 1900 Kanawha Blvd E
Building 1 Rm E-26
Charleston, WV 25305

William O'Donnell
c/o Delaney A. Hunt
2275 Half Day Road, Suite 126
Bannockburn, IL 60015-1274

Wisconsin Attorney General
114 E State Capitol
Madison, WI 53702-0001

Wyoming Attorney General
Kendrick Building
2320 Capitol Ave
Cheyenne, WY 82001-3644

Tony Miller
P.O. Box 575
Helotes, TX 78023-0575

Barbara Smallwood
P.O. Box 575
Helotes, TX 78023-0575

Billy Smallwood
P.O. Box 575
Helotes, TX 78023-0575

Cameron Chandler
P.O. Box 575
Helotes, TX 78023-0575

Carolyn Kempf
P.O. Box 575
Helotes, TX 78023-0575

Cecil Douglas & Jennifer Honeycutt
P.O. Box 575
Helotes, TX 78023-0575

Charles Norris
P.O. Box 575
Helotes, TX 78023-0575

Christopher S. Murphy
Texas Attorney General's Office
Bankruptcy and Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Cindy Ainsworth
P.O. Box 575
Helotes, TX 78023-0575

Connie Doyle
P.O. Box 575
Helotes, TX 78023-0575

David C. Shaffer
P.O. Box 575
Helotes, TX 78023-0575

Deborah Howell
20872 Roys Rd.
Centreville, MI 49032-9737

Dennis McDonough
P.O. Box 575
Helotes, TX 78023-0575

Dung T. Compton
P.O. Box 575
Helotes, TX 78023-0575

Estate of Destiny Ward
16302 E. Bobwhite Way
Scottsdale, AZ 85262-6109

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Gay Schaffer
P.O. Box 575
Helotes, TX 78023-0575

George & Monique Boesch
P.O. Box 575
Helotes, TX 78023-0575

Gerald Vaughn
P.O. Box 575
Helotes, TX 78023-0575

Gregory Kempf
P.O. Box 575
Helotes, TX 78023-0575

James D. Wilson Jr
P.O. Box 575
Helotes, TX 78023-0575

James Steve McKenzie
P.O. Box 575
Helotes, TX 78023-0575

Janice Conner
P.O. Box 575
Helotes, TX 78023-0575

Jeff Perkins
P.O. Box 575
Helotes, TX 78023-0575

John Fludine
P.O. Box 575
Helotes, TX 78023-0575

Julia Hedges
P.O. Box 575
Helotes, TX 78023-0575

Karl Zemgals
P.O. Box 575
Helotes, TX 78023-0575

Kimberly Sherrill
P.O. Box 575
Helotes, TX 78023-0575

Lacey Lyons
 a/k/a Lacey Nicole Lyons Murphy
16302 E Bobwhite Way
Scottsdale, AZ 85262-6109

Larry & Sue McLaughlin
P.O. Box 575
Helotes, TX 78023-0575

Lee J Sherrill
P.O. Box 575
Helotes, TX 78023-0575

Lynn Blanke
P.O. Box 575
Helotes, TX 78023-0575

Marian B Harlos
P.O. Box 575
Helotes, TX 78023-0575

Marianne Toombs
P.O. Box 575
Helotes, TX 78023-0575

Marie Johnson
 P.O. Box 575
Helotes, TX 78023-0575

Martin Fox
P.O. Box 575
Helotes, TX 78023-0575

Mary McDonough
P.O. Box 575
Helotes, TX 78023-0575

Matthew J King
 P.O. Box 575
Helotes, TX 78023-0575

Patricia Constantino
P.O. Box 575
Helotes, TX 78023-0575

Richard Pickett
P.O. Box 575
Helotes, TX 78023-0575

Ronald Svetz
 P.O. Box 575
Helotes, TX 78023-0575

Roy Meli
P.O. Box 575
Helotes, TX 78023-0575

Rudy Cruz
P.O. Box 575
Helotes, TX 78023-0575

Ryan Wallace
 P.O. Box 575
Helotes, TX 78023-0575

Sandra Norris
P.O. Box 575
Helotes, TX 78023-0575

Sandra Vaughn
P.O. Box 575
Helotes, TX 78023-0575

Sierra Ward
16302 E Bobwhite Way
Scottsdale, AZ 85262-6109

Steffanie & Thomas Jones
P.O. Box 575
Helotes, TX 78023-0575

Thelma Jeanette Sons
P.O. Box 575
Helotes, TX 78023-0575

Thomas Braunlinger
P.O. Box 575
Helotes, TX 78023-0575

Tracy Gardner
P.O. Box 575
Helotes, TX 78023-0575

**EXHIBIT B**



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719217

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---:|
| FEES | $ | 105,966.50 |
| DISBURSEMENTS | | 2,229.09 |
| **INVOICE TOTAL** | **$** | **108,195.59** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 2

MARCH 5, 2026

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 08/04/25 | DNR | REVIEW CORRESPONDENCE FROM RON SATIJA TO VARIOUS COUNSEL OF RECORD, INCLUDING FORMER TRUSTEE. | 0.70 |
| 08/04/25 | DNR | CORRESPONDENCE WITH UST REGARDING APPOINTMENT OF TRUSTEE AND DOCKET ENTRIES OR NOTICES REFLECTING SAME. | 0.30 |
| 08/04/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DEBT PORTFOLIO AND RELEVANT PLEADINGS ON SAME. | 0.20 |
| 08/04/25 | DNR | CORRESPONDENCE WITH UST REGARDING AMENDED NOTICE OF 341 MEETING OF CREDITORS AND BAR DATE ISSUES. | 0.20 |
| 08/04/25 | DNR | REVIEW AMENDED NOTICE OF 341 MEETING OF CREDITORS AND NO PROOF OF CLAIM DEADLINE. | 0.10 |
| 08/04/25 | DADO | SHORT CONFERENCE WITH MS. BEHRENDS REGARDING PREVIOUSLY FILED PLEADINGS IN MAIN BANKRUPTCY CASE. | 0.20 |
| 08/04/25 | DNR | ANALYZE DOCKET SHEET FOR STATE COURT RECEIVERSHIP AND IDENTIFY DEBTOR-RELEVANT PLEADINGS, MUSGROVE V. WILLY AP, BOTH DEBTOR DOCKETS, AND BEGIN REVIEWING DELAWARE TRUSTEE FILINGS PENDING BEFORE THE COURT, INCLUDING LIENHOLDERS RIGHTS MOTION, INTERIM ORDER, LIMITED OBJECTION, AND REPLY, AND VARIOUS MEETING OF CREDITOR NOTICES ISSUED BY DELAWARE AND TEXAS BANKRUPTCY COURTS. | 4.50 |
| 08/04/25 | DDW | TELEPHONE CALL WITH MR. SATIJA REGARDING STATUS OF CASE AND OUTSTANDING ISSUES. | 0.80 |
| 08/05/25 | DNR | CORRESPONDENCE WITH UST REGARDING AMENDED NOTICE OF MEETING OF CREDITORS AND DELAWARE TRUSTEE'S PROOF OF CLAIM DEADLINE. | 0.10 |
| 08/05/25 | DDW | CONTINUED REVIEW OF PLEADINGS, EMAILS AND OTHER RELEVANT INFORMATION. | 0.90 |
| 08/06/25 | DADO | DRAFT DECLARATION OF DANIELLE RUSHING BEHRENDS IN SUPPORT OF DYKEMA'S APPLICATION TO EMPLOY. | 0.70 |
| 08/06/25 | DNR | REVIEW NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE IN BOTH CASES. | 0.10 |
| 08/06/25 | DNR | REVIEW COLLINS AND HOLLINS SCHEDULES AND SOFAS. | 0.70 |
| 08/06/25 | DNR | CALL WITH CLERK'S OFFICE REGARDING AMENDED NOTICE OF CREDITORS MEETING AND NO ASSET DESIGNATION DESPITE ASSET NOTICE AND BAR DATE ASSIGNED PRIOR TO VENUE TRANSFER. | 0.10 |
| 08/06/25 | DNR | REVISE APPLICATION TO EMPLOY DYKEMA AS COUNSEL TO TRUSTEE. | 2.00 |



RON SATIJA                                            MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                         INVOICE #: 3719217
CHAPTER 7 TRUSTEE                                     PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/06/25 | DDW | REVIEW OF ANALYSIS OF OUTSTANDING CASE ISSUES POST-TRANSFER. | 1.20 |
| 08/07/25 | DDW | REVIEW AND REVISE APPLICATION TO EMPLOY DYKEMA. | 0.40 |
| 08/07/25 | DDW | CONFERENCE WITH MS. BEHRENDS REGARDING INFORMATION TO BE ACQUIRED, PLEADINGS TO BE FILED AND OTHER ACTIONS. | 0.40 |
| 08/07/25 | DDW | REVIEW OF COMMUNICATIONS PROVIDING UPDATES AND INFORMATION REGARDING PENDING CASES. | 1.00 |
| 08/07/25 | DNR | CONTINUE REVISING APPLICATION TO EMPLOY DYKEMA GOSSETT AS COUNSEL TO TRUSTEE, CORRESPONDING PROPOSED ORDER, AND DECLARATION IN SUPPORT OF SAME. | 2.00 |
| 08/07/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DRAFT APPLICATION TO EMPLOY DYKEMA, PROPOSED ORDER, AND SUPPORTING DECLARATION REGARDING SAME. | 0.10 |
| 08/07/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND LITIGATION COUNSEL REGARDING REQUEST OF OUSA COUNSEL FOR CALL RE MUSGROVE V. WILLY STATUS AND COMPLAINT REQUEST OF PLAINTIFFS. | 0.10 |
| 08/08/25 | DNR | INCORPORATE TRUSTEE'S COMMENTS TO DYKEMA'S APPLICATION TO EMPLOY. | 0.20 |
| 08/08/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING REVISED DRAFT APPLICATION TO EMPLOY DYKEMA. | 0.30 |
| 08/08/25 | DNR | REVIEW OFFER TO PURCHASE PORTFOLIO FROM OLIPHANT. | 0.30 |
| 08/08/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL REGARDING OFFER TO PURCHASE CERTAIN ASSET OF THE DEBTORS. | 0.20 |
| 08/08/25 | DNR | PREPARE NOTICES OF APPEARANCE ON BEHALF OF TRUSTEE FOR BOTH CASES. | 0.20 |
| 08/08/25 | DNR | CORRESPONDENCE WITH UST REGARDING DRAFT EMPLOYMENT APPLICATION FOR DYKEMA AND SUPPORTING DECLARATION REGARDING SAME. | 0.10 |
| 08/08/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN AND VARIOUS COUNSEL OF RECORD REGARDING INITIAL CALLS WITH CHAPTER 7 TRUSTEE AND PROPOSED COUNSEL. | 0.20 |
| 08/08/25 | DNR | TELEPHONE CONFERENCE WITH CLERK'S OFFICE REGARDING ASSET NOTICE AND BAR DATE POST-TRANSFER FROM DELAWARE. | 0.10 |
| 08/08/25 | DNR | CORRESPONDENCE TO TRUSTEE REQUESTING ASSET NOTICE FOR COLLINS DOCKET TO TRIGGER NOTICING FROM CLERK'S OFFICE. | 0.10 |
| 08/08/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASES AND CURRENT ISSUES WITH INTERIM ORDER. | 0.20 |
| 08/08/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST. | 0.10 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON SATIJA

INVOICE #: 3719217

CHAPTER 7 TRUSTEE

PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/08/25 | DNR | CORRESPONDENCE WITH ROYAL LEA AND PAT LOWE REGARDING DOCUMENT AND INFORMATION REQUESTS AND CALL WITH TRUSTEE. | 0.20 |
| 08/08/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING DOCUMENT AND INFORMATION REQUESTS AND CALL WITH TRUSTEE. | 0.30 |
| 08/08/25 | DNR | CORRESPONDENCE TO XERXES MARTIN REGARDING CALL AND DOCUMENT REQUEST. | 0.10 |
| 08/08/25 | DNR | REVIEW TWO MOTIONS FOR REMAND AND ACCOMPANYING EXHIBITS, RECEIVERSHIP CASE'S 2Q25 RECEIVER REPORT, RESPONSE OF OLIPHANT AND AFFILIATES TO RECEIVER'S MOTION FOR REMAND, OBJECTION OF WALT COLLINS TO MOTIONS FOR REMAND. | 3.00 |
| 08/10/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING SAMPLE NOTE FROM CAG TO FERRUM AND OTHER RELEVANT EXHIBITS FROM RECEIVERSHIP CASE. | 0.20 |
| 08/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING STATE COURT RECEIVERSHIP PLEADINGS AND EXHIBITS ADMITTED, LEADING TO BANKRUPTCY FILINGS. | 0.10 |
| 08/11/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING SECURITY INTEREST IN FUNDS FROM DELAWARE TRUSTEE'S COUNSEL. | 0.20 |
| 08/11/25 | DNR | REVIEW OLIPHANT'S NOTICE OF REMOVAL (WITHOUT 2,000+ PAGES OF EXHIBITS) AND RECEIVER'S FIRST AMENDED PETITION AGAINST DEBTORS AND OTHER DEFENDANTS PENDING IN ADVERSARY PROCEEDING. | 0.50 |
| 08/11/25 | DNR | CALL WITH TRUSTEE AND OLIPHANT'S COUNSEL REGARDING REQUESTED DOCUMENTS, URGENT OPERATIONAL AND LICENSE ISSUES, LIEN RELEASE ISSUES, AND POTENTIAL SALE PROCESS. | 0.50 |
| 08/11/25 | DNR | CORRESPONDENCE WITH JAMESON WATTS REGARDING SUBSTITUTION AS DEBTORS' COUNSEL IN BANKRUPTCY CASES. | 0.30 |
| 08/11/25 | DNR | RECEIVE FOUR AUDIO FILES FROM UST REGARDING DELAWARE 341 MEETINGS OF CREDITORS. | 0.10 |
| 08/11/25 | DNR | APPEAR BEFORE THE HON. CRAIG A. GARGOTTA REGARDING MOTIONS TO REMAND IN MUSGROVE V. WILLY AND STATUS CONFERENCES ON CHAPTER 7 PETITIONS. | 1.30 |
| 08/11/25 | DNR | CALL WITH EVAN MILLER OF SAUL EWING REGARDING PRE-TRANSFER ISSUES FOR TRUSTEE AND POST-TRANSFER URGENT CASE NEEDS. | 0.70 |
| 08/11/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING FUNDS DUE BY SUBSERVICERS. | 0.10 |
| 08/11/25 | DNR | CORRESPONDENCE WITH PLAINTIFFS' COUNSEL REGARDING ANSWERS OF DEBTORS IN STATE COURT LITIGATION AND DEPOSITION OF WALT COLLINS. | 0.20 |
| 08/11/25 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND GARY SEGAL REGARDING POTENTIAL SALE PROCESS AND PURCHASE OFFER AND RETENTION OF POTENTIAL BROKER. | 0.50 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/11/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING TURNOVER OF DOCUMENTS TO TRUSTEE. | 0.20 |
| 08/11/25 | DNR | CORRESPONDENCE WITH RECEIVER'S COUNSEL, PLAINTIFFS' COUNSEL, AND TRUSTEE REGARDING D&O POLICY AND PREMIUM PAYMENT ISSUES. | 0.30 |
| 08/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TURNOVER OF DOCUMENTS AND ISSUES REGARDING SAME. | 0.20 |
| 08/11/25 | DNR | REVISE DYKEMA'S APPLICATION TO EMPLOY AND CORRESPONDING PROPOSED ORDER. | 0.20 |
| 08/11/25 | DNR | RECEIVE AND REVIEW NOTICE LETTER OF PLAINTIFFS' COUNSEL TO INSURER REGARDING LIABILITY POLICY OF D&O. | 0.40 |
| 08/11/25 | DNR | BEGIN REVIEWING DEPOSITION TRANSCRIPT OF WALT COLLINS. | 1.00 |
| 08/11/25 | DNR | CORRESPONDENCE WITH XERXES MARTIN AND MICHAEL RIDULFO REGARDING DOCUMENTATION REQUEST OF TRUSTEE AND REPRESENTATION OF DEBTORS IN MUSGROVE V. WILLY. | 0.40 |
| 08/11/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S PROPOSED COUNSEL REGARDING REQUEST FOR CALL AND UPDATE ON CASE STATUS PRIOR TO TRANSFER. | 0.20 |
| 08/11/25 | DNR | CALL WITH TRUSTEE AND DEBORAH D. WILLIAMSON REGARDING LICENSING, LIEN RELEASE AND PROCEEDS ISSUES, AND OTHER URGENT RETENTION MATTERS FOR BANKRUPTCY CASES AND MUSGROVE V. WILLY AP. | 0.50 |
| 08/11/25 | DNR | CORRESPONDENCE WITH UST REGARDING TRUSTEE ELECTION STATUS AND 341 AUDIO. | 0.20 |
| 08/11/25 | DNR | BEGIN DRAFTING MOTION FOR ENTRY OF SECOND INTERIM ORDER REGARDING TRUSTEE'S EXERCISE OF LIENHOLDER RIGHTS. | 1.00 |
| 08/11/25 | DNR | CORRESPONDENCE WITH FIRST INSURANCE FUNDING CONTACT REGARDING REQUEST FOR D&O POLICY AND RECEIVE PAYMENT INVOICE FROM COMPANY. | 0.20 |
| 08/11/25 | DNR | CALL WITH DEBORAH D. WILLIAMSON AND TRUSTEE REGARDING UPDATES FROM CALLS WITH VARIOUS COUNSEL OF RECORD AND SECURITY INTEREST DISPUTES. | 0.40 |
| 08/11/25 | DNR | CORRESPONDENCE TO DELAWARE TRUSTEE REGARDING TRANSFER OF FUNDS TO MR. SATIJA. | 0.10 |
| 08/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BANK INFORMATION AND WIRE INFORMATION FOR ESTATE'S ACCOUNT. | 0.20 |
| 08/11/25 | DNR | CORRESPONDENCE TO DELAWARE TRUSTEE REGARDING REQUEST FOR DOCUMENT TRANSFER. | 0.10 |
| 08/11/25 | DADO | DRAFT CASH COLLATERAL MOTION AND PROPOSED ORDER FOR THE SAME. | 2.60 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/11/25 | DDW | CONFERENCE WITH MR. LEA REGARDING STATUS OF CASE, PENDING LITIGATION AND OTHER ISSUES. | 0.50 |
| 08/11/25 | DDW | CONFERENCE WITH MR. PULMAN REGARDING STATUS OF CASE, PENDING LITIGATION AND OTHER ISSUES. | 0.50 |
| 08/11/25 | DDW | CONFERENCE WITH MR. SATIJA AND MS. BEHRENDS REGARDING STATUS OF POTENTIAL ASSET DISPOSITION, PENDING LITIGATION AND OTHER ISSUES. | 0.50 |
| 08/11/25 | DDW | CONFERENCE WITH MR. SEGAL AND MS. BEHRENDS REGARDING PROCESS FOR VALUING AND SELLING CONSUMER DEBT PORTFOLIOS. | 0.50 |
| 08/11/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MS. BEHRENDS AND MR. RIDULFO REGARDING STATUS OF LITIGATION, STATUS OF ASSETS, POTENTIAL SALE AND OTHER ISSUES. | 0.90 |
| 08/11/25 | DDW | ATTEND COURT RULING ON MOTION TO REMAND AND STATUS CONFERENCE ON BANKRUPTCY CASES. | 1.20 |
| 08/11/25 | DDW | MULTIPLE COMMUNICATIONS REGARDING D&O INSURANCE, PAST DUE PREMIUMS, DEMAND LETTERS AND RELATED ISSUES. | 0.40 |
| 08/12/25 | DADO | OBTAIN TRANSCRIPTS OF 341 MEETING FROM AUDIO PROVIDED BY U.S. TRUSTEE. | 0.30 |
| 08/12/25 | DADO | DRAFT MOTION TO EXPEDITE HEARING ON CASH COLLATERAL MOTION AND REVISION OF THE SAME. | 1.80 |
| 08/12/25 | DADO | REVIEW WALTER A. COLLINS DEPOSITION. | 1.80 |
| 08/12/25 | DADO | REVIEW EMAIL CORRESPONDENCE BETWEEN DANIELLE RUSHING BEHRENDS AND COUNSEL TO OLIPHANT FINANCIAL REGARDING ASSETS IN OFFICES. | 0.20 |
| 08/12/25 | DADO | DRAFT DEMAND LETTER TO TRUSTEE'S PREVIOUS COUNSEL REGARDING TURNOVER OF DOCUMENTS. | 0.90 |
| 08/12/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MR. PULMAN, MS. ALLEYNE, MS. BEHRENDS AND MR. SATIJA REGARDING REVIEW OF DOCUMENTS, STATUS OF LITIGATION AND OTHER ISSUES. | 2.70 |
| 08/12/25 | DDW | REVISE MOTION TO USE CASH COLLATERAL. | 0.40 |
| 08/12/25 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON CASH COLLATERAL MOTION AND POTENTIAL MONTHLY EXPENSES. | 0.20 |
| 08/12/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL REGARDING DOCUMENTS PRODUCED TO DELAWARE TRUSTEE AND RECEIPT OF SAME. | 0.20 |
| 08/12/25 | DNR | RECEIVE AND DOWNLOAD DOCUMENTS PROVIDED BY OLIPHANT'S COUNSEL TO DELAWARE TRUSTEE. | 0.10 |
| 08/12/25 | DNR | REVISE CASH COLLATERAL MOTION AND PROPOSED ORDER. | 3.00 |



RON SATIJA

CHAPTER 7 TRUSTEE RON  SATIJA

CHAPTER 7 TRUSTEE

MATTER #: 127196.000001

INVOICE #: 3719217

PAGE 7

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/12/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL AND TRUSTEE REGARDING TRANSFER OF FUNDS COLLECTED PRIOR TO VENUE TRANSFER. | 0.30 |
| 08/12/25 | DNR | REVISE MOTION TO WITHDRAW XERXES MARTIN AND SUBSTITUTE DYKEMA IN AS COUNSEL TO DEFENDANTS COLLINS AND HOLLINS IN ADVERSARY PROCEEDING OF MUSGROVE V. WILLY AND CORRESPONDING PROPOSED ORDER. | 0.60 |
| 08/12/25 | DNR | CORRESPONDENCE TO OLIPHANT'S COUNSEL REGARDING ORGANIZATIONAL CHART DEPICTING RELATIONSHIP BETWEEN OLIPHANT ENTITIES AND DEBTORS. | 0.10 |
| 08/12/25 | DNR | ATTEND MEETING WITH PLAINTIFFS' COUNSEL, RECEIVER, AND DEBORAH D. WILLIAMSON REGARDING CASE BACKGROUND, POTENTIAL CLAIMS OF TRUSTEE, AND PENDING ADVERSARY PROCEEDING CLAIMS. | 2.80 |
| 08/12/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING INSURANCE COVERAGE AND INFORMATION NEEDED FROM DEBTORS. | 0.10 |
| 08/12/25 | DNR | RECEIVE AND REVIEW OLIPHANT ENTITIES' ORGANIZATIONAL CHART. | 0.20 |
| 08/12/25 | DNR | CORRESPONDENCE TO FIRST INSURANCE FUNDING REGARDING D&O POLICY AND PREMIUM FINANCING AGREEMENT. | 0.10 |
| 08/12/25 | DNR | CORRESPONDENCE TO DEBTORS' COUNSEL REGARDING CALL WITH TRUSTEE AND REQUEST CLIENT FILES. | 0.10 |
| 08/13/25 | DNR | DRAFT AND SEND DEMAND LETTER TO XERXES MARTIN AND PATRICK WATTS REGARDING TURNOVER OF DEBTORS' FILES AND PRESERVATION OF ESI. | 1.30 |
| 08/13/25 | DDW | CONFERENCE WITH PROPOSED COUNSEL FOR DEBTOR AND MS. BEHRENDS REGARDING STATUS OF CASE. | 0.50 |
| 08/13/25 | DDW | REVIEW AND REVISE DEMAND LETTER TO OUTSIDE COUNSEL REGARDING DOCUMENT AND CLIENT FILES TURNOVER. | 0.60 |
| 08/13/25 | DADO | DRAFT BUDGET FOR ATTACHING TO MOTION FOR CASH COLLATERAL. | 0.30 |
| 08/13/25 | DADO | MULTIPLE ROUNDS OF REVISION TO MOTION FOR CASH COLLATERAL AND PROPOSED ORDER. | 2.80 |
| 08/13/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE REGARDING TURNOVER OF ASSETS TO TRUSTEE. | 0.20 |
| 08/13/25 | DNR | CORRESPONDENCE TO DELAWARE TRUSTEE REQUESTING DOCUMENT TURNOVER. | 0.10 |
| 08/13/25 | DNR | CALL WITH JAMESON WATTS AS POTENTIAL NEW DEBTORS' COUNSEL IN CASES REGARDING BACKGROUND AND URGENT INFORMATION REQUIRED FROM DEBTORS. | 1.00 |
| 08/13/25 | DNR | CONTINUE DRAFTING AND REVISE CASH COLLATERAL MOTION AND PROPOSED | 2.60 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | INTERIM ORDER. | |
| 08/13/25 | DNR | RECEIVE AND REVIEW NOTICE FROM STORAGE UNIT COMPANY IN AUSTIN. | 0.30 |
| 08/14/25 | DNR | RECEIVE DOCUMENTATION FROM DELAWARE TRUSTEE PROVIDED TO HIM IN PREPARATION OF 341 MEETING OF CREDITORS. | 0.30 |
| 08/14/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING FILES SENT TO TRUSTEE AND REQUEST FOR CONFIRMATION THAT OLIPHANT ONLY HAS 17 FILES RELATING TO THE DEBTORS. | 0.30 |
| 08/14/25 | DNR | REVISE MOTION FOR EXPEDITED HEARING ON CASH COLLATERAL MOTION AND PROPOSED ORDER GRANTING SAME. | 0.60 |
| 08/14/25 | DNR | REVISE CASH COLLATERAL MOTION AND PROPOSED INTERIM ORDER. | 0.50 |
| 08/14/25 | DNR | REVIEW EMAILS FROM OLIPHANT'S COUNSEL AND TEXAS PLAINTIFFS' COUNSEL REGARDING INSURANCE COVERAGE AND REQUEST FOR 2004 EXAM. | 0.10 |
| 08/14/25 | DNR | REVISE DYKEMA'S APPLICATION TO EMPLOY AND SUPPORTING DECLARATION THERETO. | 0.50 |
| 08/14/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING CHECK FROM DELAWARE TRUSTEE. | 0.10 |
| 08/14/25 | DNR | CORRESPONDENCE TO UST REGARDING REVISED APPLICATION TO EMPLOY OF DYKEMA. | 0.10 |
| 08/14/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING UPDATED DYKEMA EMPLOYMENT APPLICATION AND SUPPORTING DECLARATION THERETO. | 0.20 |
| 08/14/25 | DNR | CALL WITH TRUSTEE, DEBORAH D. WILLIAMSON, AND ROYAL LEA REGARDING BANKRUPTCY AND ADVERSARY PROCEEDING, AND RECEIVERSHIP CASE BACKGROUND, CASH COLLATERAL MOTION, DISCOVERY SERVED AND DEPOSITIONS TAKEN, AND 341 MEETINGS OF CREDITOR HELD. | 1.00 |
| 08/14/25 | DNR | REVIEW DEBTORS' DISCLOSURE OF COMPENSATION OF ATTORNEYS AND SUPPLEMENT THERETO. | 0.20 |
| 08/14/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING DISCOVERY UPDATE AND MOTION REGARDING SAME. | 0.10 |
| 08/14/25 | DADO | REVISE BUDGET TO INCORPORATE COMMENTS. | 0.20 |
| 08/14/25 | DADO | REVISIONS TO CASH COLLATERAL MOTION. | 0.60 |
| 08/14/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MR. LEA AND MS. BEHRENDS REGARDING PENDING LITIGATION, DISCOVERY AND OTHER ISSUES. | 1.30 |
| 08/14/25 | DDW | MULTIPLE EMAILS REGARDING D&O INSURANCE POLICY QUESTIONS AND OTHER CASH COLLATERAL ISSUES. | 0.50 |
| 08/15/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE REGARDING BANK STATEMENTS AND TAX RETURNS FROM DEBTORS AS PART OF 341 MEETINGS | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | OF CREDITORS. | |
| 08/15/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST OF CUSTOMER. | 0.20 |
| 08/15/25 | DNR | REVISE CASH COLLATERAL MOTION AND MOTION TO EXPEDITE HEARING ON SAME. | 0.40 |
| 08/15/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING EMERGENCY CASH COLLATERAL MOTION AND MOTION FOR EXPEDITED HEARING ON SAME AND INSURANCE COVERAGE DISPUTES AMONGST CREDITORS. | 0.50 |
| 08/15/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE AND HIS COUNSEL REGARDING DOCUMENTS PRODUCED BY DEBTORS PRIOR TO 341 MEETINGS OF CREDITORS. | 0.30 |
| 08/15/25 | DNR | REVIEW PROPOSED ORDER SENT BY RANDY PULMAN ON MOTIONS FOR REMAND. | 0.10 |
| 08/15/25 | DNR | CORRESPONDENCE WITH XERXES MARTIN REGARDING DOCUMENT TRANSFER AND CALL TO DISCUSS REPRESENTATION OF DEBTORS IN MUSGROVE V. WILLY. | 0.10 |
| 08/15/25 | DNR | RECEIVE DOCUMENT PRODUCTION FROM DELAWARE TRUSTEE IN CONNECTION WITH 341 MEETINGS OF CREDITORS AND FROM OLIPHANT'S COUNSEL. | 0.40 |
| 08/15/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL AND UST REGARDING EX PARTE MOTION TO DISCHARGE DELAWARE TRUSTEE AND PROPOSED ORDER. | 0.30 |
| 08/15/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY AND VARIOUS COUNSEL OF RECORD REGARDING EXPEDITED HEARING REQUEST ON EMERGENCY MOTION TO USE CASH COLLATERAL AND REQUEST FOR REVISED PROPOSED ORDERS WITH SINGLE CASE CAPTION. | 0.20 |
| 08/15/25 | DNR | CALL WITH DEBORAH D. WILLIAMSON REGARDING CASH COLLATERAL MOTION AND POTENTIAL OBJECTION. | 0.20 |
| 08/15/25 | DNR | CALL WITH RANDY PULMAN REGARDING CASH COLLATERAL MOTION AND MANAGEMENT LIABILITY INSURANCE POLICY. | 0.30 |
| 08/15/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING REQUEST FOR COPY OF MANAGEMENT LIABILITY COMPANY. | 0.10 |
| 08/15/25 | DNR | CALL AND CORRESPONDENCE WITH MICHAEL RIDULFO REGARDING MANAGEMENT LIABILITY POLICY AND INVOICE ON SAME. | 0.30 |
| 08/15/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING REVISED PROPOSED INTERIM CASH COLLATERAL ORDER. | 0.10 |
| 08/15/25 | DNR | REVISE PROPOSED INTERIM CASH COLLATERAL ORDER AT COURTROOM | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-----|
| | | DEPUTY'S REQUEST. | |
| 08/15/25 | DNR | REVIEW ORDER GRANTING MOTION FOR EXPEDITED HEARING ON CASH COLLATERAL MOTION. | 0.10 |
| 08/15/25 | DNR | PREPARE NOTICE OF EXPEDITED HEARING ON CASH COLLATERAL MOTION FOR AUGUST 18, 2025. | 0.20 |
| 08/15/25 | DNR | CORRESPONDENCE WITH ROSETTA MURPHY REGARDING PREMIUM FINANCE AGREEMENT AND OUTSTANDING BALANCE. | 0.30 |
| 08/15/25 | DNR | CORRESPONDENCE TO JEN HIGHTOWER REGARDING REQUEST FOR MANAGEMENT LIABILITY POLICY AND ANY OTHER POLICIES OF DEBTORS. | 0.10 |
| 08/15/25 | DADO | DRAFT WITNESS AND EXHIBIT LIST FOR HEARING IN COLLINS ASSET GROUP ON CASH COLLATERAL. | 0.40 |
| 08/15/25 | DADO | EMAIL CORRESPONDENCE AND SHORT CONFERENCE WITH MS. BEHRENDS REGARDING DRAFTING OF WITNESS AND EXHIBIT LIST. | 0.20 |
| 08/15/25 | DADO | REVISE MOTION FOR AUTHORITY TO USE CASH COLLATERAL. | 0.40 |
| 08/15/25 | DADO | REVIEW EMAIL CORRESPONDENCE WITH COUNSEL TO VARIOUS "SECURED CREDITORS" REGARDING CASH COLLATERAL MOTION. | 0.50 |
| 08/15/25 | DADO | REVISE BUDGET BASED ON COMMENTS. | 0.20 |
| 08/15/25 | DDW | MULTIPLE COMMUNICATIONS REGARDING MOTION TO USE CASH COLLATERAL AND OTHER ISSUES. | 0.50 |
| 08/16/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING AUGUST 18, 2025 EXPEDITED HEARING. | 0.10 |
| 08/16/25 | DNR | CORRESPONDENCE FROM EVAN MILLER AND TO UST REGARDING COMMENTS ON MOTION AND PROPOSED ORDER DISCHARGING DELAWARE TRUSTEE. | 0.20 |
| 08/16/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING SALE PROCESS AND PURCHASE OFFER SUBMITTED AND INSURANCE POLICY ITEMS. | 0.40 |
| 08/16/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING EXHIBIT LIST OF TRUSTEE AND EXHIBITS FOR AUGUST 18, 2025 EXPEDITED HEARING. | 0.10 |
| 08/17/25 | DNR | RECEIVE FROM OLIPHANT COUNSEL AND REVIEW OF MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY OF COLLINS ASSET GROUP. | 0.40 |
| 08/17/25 | DNR | RECEIVE FROM MUSGROVE PLAINTIFFS' COUNSEL AND REVIEW DEBTOR'S AMENDED OBJECTIONS AND RESPONSES TO REQUEST FOR PRODUCTION AND OLIPHANT'S AMENDED OBJECTIONS AND RESPONSES TO REQUEST FOR PRODUCTION IN MUSGROVE V. WILLY. | 0.50 |
| 08/17/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING ADDITIONAL EXHIBIT FOR CASH COLLATERAL HEARING RECEIVED REGARDING INSURANCE POLICY FROM OLIPHANT'S COUNSEL. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/18/25 | DNR | CORRESPONDENCE WITH UST AND TRUSTEE REGARDING MANAGEMENT LIABILITY INSURANCE COVERAGE. | 0.30 |
| 08/18/25 | DNR | CORRESPONDENCE WITH RECEIVER'S COUNSEL REGARDING MOTION TO RECONSIDER AND TO ALTER OR AMEND ORDER DENYING MOTION TO ABSTAIN AND REMAND. | 0.20 |
| 08/18/25 | DNR | REVIEW RECEIVER'S MOTION TO RECONSIDER AND TO ALTER OR AMEND ORDER DENYING MOTION TO ABSTAIN AND REMAND. | 0.20 |
| 08/18/25 | DNR | PREPARE FOR EMERGENCY HEARING ON CASH COLLATERAL MOTION, INCLUDING REVIEW OF EXHIBITS AND DEBTORS' SCHEDULES AND SOFAS. | 2.50 |
| 08/18/25 | DNR | DISCUSS WITH DEBORAH D. WILLIAMSON BANK ACCOUNTS OF DEBTOR AND INSURANCE COVERAGE APPLICATION ITEMS. | 0.30 |
| 08/18/25 | DNR | ATTEND MEETING WITH OLIPHANT'S COUNSEL REGARDING CLIENT CONTACTS, REQUEST ADDITIONAL DOCUMENTS REGARDING DEBTORS FROM OLIPHANT, INSURANCE AND BANK ACCOUNTS, AND LITIGATION ITEMS. | 1.00 |
| 08/18/25 | DNR | CORRESPONDENCE FROM PLAINTIFFS' COUNSEL REGARDING ADDITIONAL DOCUMENT REQUESTS REGARDING INSURANCE COVERAGE FROM DEBTOR AND OLIPHANT. | 0.10 |
| 08/18/25 | DNR | BEGIN LISTENING TO FIRST 341 MEETING OF CREDITOR AUDIO. | 0.50 |
| 08/18/25 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON AND TRUSTEE REGARDING INSURANCE COVERAGE ITEMS, INCLUDING MANAGEMENT LIABILITY. | 0.40 |
| 08/18/25 | DNR | MEETING AFTER HEARING WITH OLIPHANT COUNSEL, PLAINTIFFS' COUNSEL, AND RECEIVER'S COUNSEL TO DISCUSS DISCOVERY AND DOCUMENT PRODUCTIONS. | 0.80 |
| 08/18/25 | DNR | MEET WITH VARIOUS COUNSEL OF RECORD PRIOR TO HEARING AND APPEAR BEFORE THE HON. CRAIG A. GARGOTTA ON EMERGENCY CASH COLLATERAL MOTION. | 1.50 |
| 08/18/25 | DNR | REVIEW ORDER GRANTING PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND AND DENYING RECEIVER'S MOTION ON SAME AS MOOT. | 0.20 |
| 08/18/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING FUNDS FOR 2Q25 FROM OLIPHANT. | 0.10 |
| 08/18/25 | DNR | REVIEW CORRESPONDENCE FROM ROYAL LEA REGARDING MOTION TO RECONSIDER RULING ON RECEIVER'S MOTION FOR ABSTENTION AND TO REMAND. | 0.10 |
| 08/18/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING REVISED INTERIM CASH COLLATERAL ORDER. | 0.10 |
| 08/18/25 | DDW | PREPARE FOR AND ATTEND HEARING OF USE OF CASH COLLATERAL AND | 2.80 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | STATUS UPDATE. | |
| 08/18/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MR. RIDULFO REGARDING DISCOVERY AND DOCUMENT PRODUCTION. | 0.60 |
| 08/18/25 | DDW | CONFERENCE WITH MR. PULMAN AND MR. LEA REGARDING STATUS OF LITIGATION, DOCUMENT PRODUCTION AND OTHER ISSUES. | 0.50 |
| 08/18/25 | DADO | RESEARCH CASE LAW ON PAYMENT OF INSURANCE UNDER SECTION 721. | 0.60 |
| 08/18/25 | DADO | RESEARCH EMPLOYEES OF OLIPHANT TO DETERMINE CONNECTION TO THE DEBTORS. | 1.30 |
| 08/18/25 | DADO | REVISE CASH COLLATERAL ORDER AND BUDGET BASED ON COURT'S RULING. | 0.60 |
| 08/19/25 | DNR | CORRESPONDENCE TO MATTHEW PEPPING REGARDING MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY AND TRUSTEE'S RIGHTS UNDER SAME. | 0.10 |
| 08/19/25 | DNR | REVIEW CORRESPONDENCE FROM ROYAL LEA AND OLPHANT'S COUNSEL REGARDING MOTION TO RECONSIDER RULING ON RECEIVER'S MOTION FOR ABSTENTION AND TO REMAND. | 0.20 |
| 08/19/25 | DNR | CALL WITH MATTHEW PEPPING REGARDING MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY. | 0.50 |
| 08/19/25 | DNR | UPDATE TRUSTEE ON MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY COVERAGE. | 0.20 |
| 08/19/25 | DNR | CALL WITH TRUSTEE REGARDING INSURANCE PAYMENT, CHECK FROM OLIPHANT, AND BANKING ITEMS. | 0.30 |
| 08/19/25 | DNR | CORRESPONDENCE WITH FIRST INSURANCE FUNDING REGARDING PAYMENT INSTRUCTIONS AND PENDING ENTRY OF INTERIM CASH COLLATERAL ORDER REGARDING AUTHORITY TO PAY INSURANCE PREMIUMS. | 0.40 |
| 08/19/25 | DNR | REVISE PROPOSED INTERIM CASH COLLATERAL ORDER AT REQUEST OF COURTROOM DEPUTY. | 0.10 |
| 08/19/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING REVISIONS TO UST'S MOTIONS AND PROPOSED ORDERS DISCHARGING GEORGE MILLER AS TRUSTEE. | 0.20 |
| 08/19/25 | DNR | CORRESPONDENCE TO UST REGARDING DELAWARE TRUSTEE'S COUNSEL'S PROPOSED REVISIONS TO MOTIONS AND PROPOSED ORDERS DISCHARGING DELAWARE TRUSTEE. | 0.10 |
| 08/19/25 | DNR | CONTINUE LISTENING TO 341 MEETING OF CREDITORS AUDIO AND ANALYZE COLLINS ASSET GROUP'S SCHEDULES AND SOFA IN CONJUNCTION WITH MR. LAUX'S TESTIMONY. | 3.00 |
| 08/19/25 | MEP | ANALYZE POTENTIAL INSURANCE COVERAGE ISSUES. | 0.70 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/20/25 | DNR | REVIEW INTERIM CASH COLLATERAL ORDER ENTERED BY THE COURT. | 0.10 |
| 08/20/25 | DNR | CORRESPONDENCE TO FIRST INSURANCE FUNDING REGARDING INTERIM CASH COLLATERAL ORDER. | 0.10 |
| 08/20/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND FORENSIC ACCOUNTANT REGARDING POTENTIAL RETENTION AND CASE BACKGROUND. | 0.20 |
| 08/20/25 | DNR | CALL WITH OLIPHANT EMPLOYEES AND COUNSEL REGARDING REQUEST FOR DOCUMENTATION AND DETAILS ON SERVICING AND OPERATION INFORMATION FOR CAG'S ASSETS. | 1.50 |
| 08/20/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING TRUSTEE'S WIRING INSTRUCTIONS FOR TURNOVER OF FUNDS AND OUTSTANDING DELIVERABLES TO TRUSTEE. | 0.20 |
| 08/20/25 | DDW | PREPARE FOR AND ATTEND MEETING OF WITH OLIPHANT REPRESENTATIVES INCLUDING REVISIONS TO REQUESTED DOCUMENTS AND INFORMATION. | 1.90 |
| 08/20/25 | DDW | CONFERENCE WITH MS. BEHRENDS AND MS. DOUGLAS REGARDING INFORMATION TO BE RECEIVED FROM OLIPHANT AND OTHER PARTIES. | 0.90 |
| 08/20/25 | DADO | CONFERENCE WITH MS. BEHRENDS AND MS. WILLIAMSON REGARDING CONFERENCE WITH OLIPHANT AND COUNSEL AND GOING FORWARD ACTION ITEMS. | 1.00 |
| 08/20/25 | DADO | EMAIL CORRESPONDENCE WITH MS. MURPHY REGARDING DELAWARE SECRETARY OF STATE DOCUMENTS. | 0.40 |
| 08/20/25 | DADO | BEGIN DRAFTING LETTER TO STORAGE COMPANY REGARDING ACCESS TO UNITS AND REVIEW OF INVOICE RELATED TO THE SAME. | 0.40 |
| 08/20/25 | DADO | DRAFT AND FINALIZE CERTIFICATE OF SERVICE OF INTERIM ORDER GRANTING CASH COLLATERAL. | 0.40 |
| 08/20/25 | LAMU1 | OBTAIN MULTIPLE ANNUAL REPORTS FROM THE DELAWARE SECRETARY OF STATE WITH RESPECT TO DEBTORS. | 1.10 |
| 08/21/25 | DNR | CORRESPONDENCE TO PROPOSED COUNSEL FOR THE DEBTORS REGARDING CALL TO DISCUSS SCHEDULES AND SOFA. | 0.10 |
| 08/21/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING ADDITIONAL DOCUMENT REQUESTS FROM OLIPHANT REGARDING DEBTOR'S OPERATIONS AND ASSETS. | 0.20 |
| 08/21/25 | DNR | CALL WITH POTENTIAL FORENSIC ACCOUNTANT REGARDING CASE BACKGROUND, BANK ACCOUNT SETUP, FINANCIAL TRACING, AND NEEDS FOR ESTATES. | 1.80 |
| 08/21/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING NOTICE FROM KING SIZE STORAGE REGARDING AUCTION OF DEBTOR'S UNITS. | 0.20 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719217

CHAPTER 7 TRUSTEE

PAGE 14

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/21/25 | DNR | REVIEW NOTICES OF CLAIMS SENT BY KING SIZE STORAGE REGARDING STORAGE UNITS OF COLLINS ASSET GROUP AND SEND LETTER IN RESPONSE REGARDING IMPOSITION OF AUTOMATIC STAY AND APPOINTMENT OF TRUSTEE. | 0.70 |
| 08/21/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING DEBTORS' DATA AND OLIPHANT'S SERVER ITEMS. | 0.20 |
| 08/21/25 | DNR | REVIEW OLIPHANT DOCUMENT PRODUCTION REGARDING OPERATIONS AND ADMINISTRATION CONTACTS. | 0.40 |
| 08/21/25 | DNR | CORRESPONDENCE WITH KING SIZE STORAGE REGARDING LOCKS ON STORAGE UNITS, APPOINTMENT OF TRUSTEE, AND REQUEST FOR AGREEMENT AND PAYMENT HISTORY. | 0.30 |
| 08/21/25 | DNR | RECEIVE HARD DRIVE FROM RECEIVER'S COUNSEL AND REVIEW DOCUMENT PRODUCTION SUBSETS TO TRUSTEE. | 0.40 |
| 08/21/25 | DNR | CORRESPONDENCE WITH FORMER COUNSEL OF DEBTORS REGARDING TURNOVER OF DOCUMENTS. | 0.30 |
| 08/21/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING REQUEST FOR OLIPHANT UNITED AND OLIPHANT INC.'S CONSOLIDATED TAX RETURNS THAT INCLUDE BOTH DEBTORS AS DISREGARDED ENTITIES. | 0.10 |
| 08/21/25 | DNR | FINISH LISTENING TO 341 MEETING OF CREDITORS AUDIO AND ANALYZE CAG'S SCHEDULES AND SOFA IN CONJUNCTION WITH MR. LAUX'S TESTIMONY AS SOLE MEMBER. | 2.50 |
| 08/21/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SALE OF ASSETS AND BEGINNING PROCESS FOR SAME, INCLUDING POTENTIAL BROKERS. | 0.40 |
| 08/21/25 | DADO | DRAFT LETTER TO KING SIZE STORAGE REGARDING STOPPING OF ANY ACTIONS RELATED TO DEBTORS' ESTATE PROPERTY. | 0.60 |
| 08/21/25 | DADO | CONFERENCE WITH MS. BEHRENDS REGARDING DOCUMENTS RECEIVED FROM OLIPHANT AND NEXT STEPS. | 0.50 |
| 08/21/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING REVIEW OF PROMISSORY NOTES AND UCCS. | 0.30 |
| 08/22/25 | MRSH1 | PUBLIC RECORDS RESEARCH ON POTENTIAL INSIDERS AND INDIVIDUALS AND ENTITIES FOR MS. BEHRENDS. | 2.40 |
| 08/22/25 | DNR | DRAFT AND SEND DEMAND LETTER TO KLEHR HARRISON FOR PRESERVATION AND TURNOVER OF DEBTORS' FILES TO TRUSTEE. | 0.40 |
| 08/22/25 | DNR | RECEIVE TWO DOCUMENT PRODUCTIONS FROM OLIPHANT'S COUNSEL REGARDING 1Q25 RECONCILIATION AND ADDRESS QUESTIONS ON SAME WITH OLIPHANT'S COUNSEL. | 0.50 |
| 08/22/25 | DADO | REVIEW FILE WITH ALL PROMISSORY NOTES AND UCCS FILED BY CAG AND TO | 2.00 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 15

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | CONNECT MONEY LOANED TO CAG VIA PROMISSORY NOTE TO UCC FILING. | |
| 08/22/25 | DADO | CONFERENCE WITH MS. BEHRENDS REGARDING REVIEW OF PROMISSORY NOTES AND UCCS AND STATUS OF OLIPHANT DELIVERABLES. | 0.90 |
| 08/25/25 | DNR | REQUEST RESUBMISSION OF SECOND DOCUMENT PRODUCTIONS FROM OLIPHANT'S COUNSEL REGARDING LENDER UCCS AND ADDRESS QUESTIONS ON SAME WITH OLIPHANT'S COUNSEL. | 0.30 |
| 08/25/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING DOCUMENT PRODUCTION OF OLIPHANT REGARDING 1Q25 RECONCILIATION. | 0.10 |
| 08/25/25 | DNR | CORRESPONDENCE WITH HUSCH BLACKWELL REGARDING CALL WITH DEBTORS' REPRESENTATIVES REGARDING SCHEDULES AND SOFA. | 0.40 |
| 08/25/25 | DNR | CALL WITH DOMINIQUE DOUGLAS REGARDING OLIPHANT DOCUMENT PRODUCTION TO DATE AND OUTSTANDING FILES TO BE SENT TO TRUSTEE BY OLIPHANT AND ADDRESS ISSUES RELATING TO SAME. | 0.50 |
| 08/25/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING POTENTIAL INTERESTED PURCHASER IN DEBTOR PORTFOLIO. | 0.20 |
| 08/25/25 | DNR | RESEARCH POTENTIAL BROKERS FOR CONSUMER DEBT PORTFOLIO. | 0.40 |
| 08/25/25 | DNR | CORRESPONDENCE WITH RANDY PULLMAN AND ROYAL LEA REGARDING INSURANCE POLICY NUMBER DISCREPANCY AND QUESTIONS ON POLICY. | 0.40 |
| 08/25/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKERS REGARDING REQUEST FOR CALLS WITH TRUSTEE FOR POTENTIAL SALE OF DEBTOR'S PORTFOLIO. | 0.60 |
| 08/25/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING CONSUMER REQUEST FOR RELEASE OF LIEN ON TITLE. | 0.20 |
| 08/25/25 | DNR | REVIEW ORDER EXTENDING DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS OR UNEXPIRED LEASES. | 0.10 |
| 08/25/25 | DNR | BEGIN REVIEWING 1Q25 RECONCILIATION DOCUMENT PRODUCTION FROM OLIPHANT. | 0.70 |
| 08/25/25 | DNR | REVIEW UST'S EX PARTE MOTION TO CLARIFY DISCHARGE OF DELAWARE TRUSTEE AND SETTING DEADLINES RELATING TO SAME. | 0.10 |
| 08/25/25 | DADO | BEGIN REVIEW OF OLIPHANT PRODUCTION. | 1.20 |
| 08/25/25 | DADO | JOINT REVIEW OF DOCUMENT IN OLIPHANT PRODUCTION WITH MS. BEHRENDS TO PROVIDE COMMENTS BASED ON ISSUES IDENTIFIED. | 1.00 |
| 08/25/25 | DADO | REVIEW EMAIL CORRESPONDENCE FROM MS. BEHRENDS TO COUNSEL TO THE DEBTORS' REGARDING MEETING REQUEST AND REQUESTED DOCUMENTS. | 0.10 |
| 08/25/25 | DADO | DRAFT DEMAND LETTER TO BMS INSURANCE REGARDING DOCUMENTS PROVIDED TO BMS. | 0.70 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 16

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 08/26/25 | DNR | CORRESPONDENCE WITH PROPOSED DEBTORS' COUNSEL REGARDING CALL WITH DEBTORS' REPRESENTATIVES RE SCHEDULES AND SOFAS AND TURNOVER OF DOCUMENTS. | 0.50 |
| 08/26/25 | DNR | DRAFT AND SEND DEMAND LETTER FOR TURNOVER OF DEBTORS' FILES TO BMS GROUP REGARDING MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY. | 0.50 |
| 08/26/25 | DNR | RECEIVE THIRD SET OF DOCUMENT PRODUCTION FROM OLIPHANT COUNSEL AND ADDRESS QUESTIONS ON SAME. | 0.30 |
| 08/26/25 | DNR | REVIEW DEBTOR'S MOTION TO SUBSTITUTE COUNSEL. | 0.20 |
| 08/26/25 | DNR | CORRESPONDENCE TO KLEHR HARRISON REGARDING FAILURE TO RESPOND TO TRUSTEE'S DEMAND FOR TURNOVER OF CLIENT FILES OF THE DEBTORS. | 0.10 |
| 08/26/25 | DNR | PREPARE FOR CALLS WITH DEBTORS' REPRESENTATIVES WITH OLIPHANT COUNSEL AND THEN DEBTORS' SUBSTITUTE COUNSEL ON SCHEDULES, SOFAS, AND SERVER THAT HOSTS DEBTORS' BOOKS AND RECORDS. | 0.70 |
| 08/26/25 | DNR | CALL WITH DEBTORS' SUBSTITUTE COUNSEL AND OLIPHANT'S COUNSEL WITH CERTAIN REPRESENTATIVES OF OLIPHANT/DEBTORS REGARDING E-COLLECT SOFTWARE AND TURNOVER OF INFORMATION TO TRUSTEE. | 0.80 |
| 08/26/25 | DNR | CALL WITH LYNN BUTLER AND DEBTORS' REPRESENTATIVES REGARDING ISSUES WITH SCHEDULES AND SOFAS AND OBTAINING TURNOVER OF DOCUMENTS FROM DEBTORS. | 1.10 |
| 08/26/25 | DNR | CORRESPONDENCE WITH FIRST INSURANCE FUNDING REGARDING STATUS OF PREMIUM PAYMENT. | 0.20 |
| 08/26/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING 2Q25 RECONCILIATION OF OLIPHANT AND TURNOVER OF FUNDS REGARDING SAME. | 0.10 |
| 08/26/25 | DNR | CORRESPONDENCE TO DEBTORS' SUBSTITUTE COUNSEL REGARDING ADDITIONAL DOCUMENTS TO BE PROVIDED BY DEBTORS TO TRUSTEE AFTER CALL. | 0.10 |
| 08/26/25 | DNR | RECEIVE FOURTH SET OF DOCUMENT PRODUCTION FROM OLIPHANT COUNSEL AND ADDRESS QUESTIONS ON SAME. | 0.20 |
| 08/26/25 | DDW | PREPARE FOR AND ATTEND MEETING WITH COUNSEL FOR OLIPHANT, THE DEBTORS AND ECOLLECTION REGARDING ACCESS TO DATA. | 0.90 |
| 08/26/25 | DDW | PREPARE FOR AND ATTEND MEETING WITH COUNSEL FOR DEBTORS. | 1.50 |
| 08/26/25 | DDW | CONFERENCE REGARDING STATUS OF DOCUMENT PRODUCTION, OUTSTANDING ISSUES AND ADDITIONAL INFORMATION IN PREPARATION FOR CONFERENCES WITH COUNSEL FOR OLIPHANT AND COUNSEL FOR DEBTORS. | 0.60 |
| 08/26/25 | DADO | REVIEW VOLUMINOUS DOCUMENT PRODUCTION RECEIVED FROM COUNSEL TO OLIPHANT. | 1.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 17

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/27/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN AND ROYAL LEA REGARDING LETTER SENT TO BMS GROUP REGARDING CLIENT FILES AND RELATED SOURCE DOCUMENTS MENTIONED IN MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY POLICY AND STATUS OF DISCUSSIONS REGARDING OLIPHANT SERVER. | 0.30 |
| 08/27/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CALL ON MOTION TO RECONSIDER OF STATE COURT RECEIVER AND ORDER REMANDING CERTAIN CLAIMS AND CAUSES OF ACTION TO STATE COURT. | 0.20 |
| 08/27/25 | DNR | RECEIVE FIFTH SET OF DOCUMENT PRODUCTION FROM OLIPHANT COUNSEL AND ADDRESS QUESTIONS ON SAME. | 0.30 |
| 08/27/25 | DNR | CORRESPONDENCE WITH DEBTORS' SUBSTITUTE COUNSEL REGARDING TURNOVER OF DOCUMENTS OF THE DEBTORS AND LOGISTICS FOR SAME. | 0.30 |
| 08/27/25 | DNR | CALL WITH TRUSTEE REGARDING RETAINED AND REMANDED CAUSES OF ACTION IN MUSGROVE V. WILLY PURSUANT TO JUDGE GARGOTTA'S ORDER. | 0.50 |
| 08/27/25 | DNR | CORRESPONDENCE WITH PATRICK WATTS REGARDING TURNOVER OF CLIENT FILES FOR DEBTORS IN STATE COURT LITIGATION. | 0.30 |
| 08/27/25 | DNR | RECEIVE AND REVIEW DOCUMENT PRODUCTION FROM HUSCH BLACKWELL REGARDING DEBTORS' GOVERNANCE AND FORMATION DOCUMENTS. | 0.30 |
| 08/27/25 | DNR | RECEIVE SIXTH SET OF DOCUMENT PRODUCTION FROM OLIPHANT COUNSEL AND ADDRESS QUESTIONS ON SAME. | 0.20 |
| 08/27/25 | LAMU1 | RECEIPT, ORGANIZATION, REVIEW AND ANALYSIS OF UCC LIEN SEARCH RESULTS PERFORMED IN DELAWARE WITH RESPECT TO COLLINS ASSET GROUP, LLC AS THE SECURED PARTY; WORK ON PREPARATION OF INITIAL DILIGENCE SUMMARY IN CONNECTION WITH SAME; CORRESPONDENCE TO/FROM D. DOUGLAS REGARDING SAME. | 1.20 |
| 08/28/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE REGARDING LIEN RELEASE REQUEST. | 0.20 |
| 08/28/25 | DNR | INITIAL INTERVIEW WITH CAS, POTENTIAL BROKER. | 0.70 |
| 08/28/25 | DNR | RECEIVE SECOND SET OF DOCUMENT PRODUCTION FROM DEBTORS' SUBSTITUTE COUNSEL AND ADDRESS QUESTIONS ON SAME. | 0.30 |
| 08/28/25 | DNR | CALL WITH XERXES MARTIN AND PATRICK WATTS REGARDING REPRESENTATION OF DEBTORS IN VARIOUS LITIGATION AND STATUS OF MATTERS AT TIME OF BANKRUPTCY FILINGS. | 1.20 |
| 08/28/25 | DNR | CALL WITH OLIPHANT COUNSEL AND DAMIEN ALFALLA TO UNDERSTAND ACCOUNTING SOFTWARE AND FLOW OF FUNDS. | 0.60 |
| 08/28/25 | DNR | UPDATE CALL WITH TRUSTEE ON CASE PROGRESSION AND URGENT ACTIONS NEEDED. | 1.00 |



RON SATIJA                                          MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                       INVOICE #: 3719217
CHAPTER 7 TRUSTEE                                   PAGE 18

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|------:|
| 08/28/25 | DNR | CALL WITH TRUSTEE AND UST REGARDING BOTH BANKRUPTCY CASES AND STATUS OF PROCEEDINGS. | 0.50 |
| 08/28/25 | DNR | CALL WITH GARNET, POTENTIAL BROKER. | 0.50 |
| 08/28/25 | DNR | CALL WITH POTENTIAL FORENSIC ACCOUNTANT AND TRUSTEE REGARDING RETENTION AND ACCOUNTING AND AUDITING NEEDS FOR CASE. | 1.30 |
| 08/28/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH CORPORATE ADVISORY SOLUTIONS REGARDING POTENTIAL ENGAGEMENT RELATED TO DISPOSITION OF PORTFOLIO. | 0.90 |
| 08/28/25 | DDW | CONFERENCE WITH MR. WATTS AND MR. MARTIN ET AL REGARDING STATUS OF LITIGATION, DISCOVERY AND OTHER ISSUES. | 1.20 |
| 08/28/25 | DDW | CONFERENCE WITH MS. BEHRENDS AND MR. SATIJA REGARDING ENGAGEMENT OF PROFESSIONALS, SALE OF ASSETS AND OTHER MATTERS. | 0.80 |
| 08/28/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH U.S. TRUSTEE. | 0.50 |
| 08/28/25 | DDW | CONFERENCE WITH GARNET CAPITAL REGARDING POTENTIAL ENGAGEMENT TO ASSIST WITH SALE OF PORTFOLIO. | 0.50 |
| 08/28/25 | DADO | PARTICIPATED IN VIRTUAL MEETING WITH MR. SATIJA, MS. WILLIAMSON, AND MS. BEHRENDS REGARDING NEXT STEPS AND PLAN OF ACTION. | 1.10 |
| 08/28/25 | DADO | CALL WITH DEBTOR'S COUNSEL REGARDING DEBTOR'S ACCOUNTING PRACTICES AND WALK THROUGH OF TRANSACTION FROM CONSUMER TO END. | 1.00 |
| 08/28/25 | DADO | PARTICIPATE IN CALL WITH COUNSEL TO DEBTOR'S PREVIOUS STATE COURT COUNSEL REGARDING CASE BACKGROUND AND DOCUMENT PRODUCTION. | 1.20 |
| 08/28/25 | DADO | REVIEW PRODUCTION RECEIVED FROM DEBTOR'S PREVIOUS COUNSEL AND DRAFT CORRESPONDENCE TO MS. BEHRENDS REGARDING FINDINGS AND DOCUMENTS FOR REVIEW. | 1.60 |
| 08/28/25 | GPS | TEAMS CALL WITH CORPORATE ADVISORY SOLUTIONS REGARDING POTENTIAL ENGAGEMENT FOR SALE OF DEBT PORTFOLIO. | 0.50 |
| 08/28/25 | GPS | TEAMS CALL WITH GARNET CAPITAL REGARDING POTENTIAL ENGAGEMENT FOR SALE OF DEBT PORTFOLIO. | 0.50 |
| 08/28/25 | LAMU1 | CONFERENCE WITH MS. BEHRENDS REGARDING ADDITIONAL UCC LIEN SEARCHES TO BE PERFORMED IN DELAWARE WITH RESPECT TO COLLINS ASSET GROUP, LLC AS THE DEBTOR AND ADDITIONAL CONFERENCES REGARDING OBTAINING COPIES OF PREVIOUSLY LAPSED UCC-1 FINANCING STATEMENTS. | 1.10 |
| 08/29/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH PULMAN LAW FIRM REGARDING DISCOVERY AND OTHER ISSUES. | 0.90 |
| 08/29/25 | DNR | CALL WITH GARY SEGAL REGARDING INFORMATION NEEDED FROM OLIPHANT | 0.50 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 19

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | AND POTENTIAL BROKERS. | |
| 08/29/25 | DNR | CORRESPONDENCE WITH PATRICK WATTS REGARDING MUSGROVE V. WILLY AP AND WITHDRAWAL OF REPRESENTATION OF DEBTORS. | 0.30 |
| 08/29/25 | DNR | CALL WITH RANDY PULMAN AND TRUSTEE REGARDING DOCUMENTS REQUESTED FROM DEBTORS AND PENDING LITIGATION CLAIMS. | 1.00 |
| 08/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TRACING AND LITIGATION COUNSEL. | 0.20 |
| 08/29/25 | DNR | RECEIVE AND DOWNLOAD LITIGATION FILES FROM PATRICK WATTS. | 0.50 |
| 08/29/25 | DNR | CORRESPONDENCE TO DEBTORS' COUNSEL AND OLIPHANT'S COUNSEL REGARDING REQUEST FOR REDACTED DATA TAPE. | 0.10 |
| 08/29/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKER REGARDING ADDITIONAL INFORMATION NEEDED FROM DEBTORS. | 0.20 |
| 08/29/25 | DADO | CONTINUE REVIEW OF DOCUMENT PRODUCTION FROM DEBTOR'S PREVIOUS COUNSEL. | 1.40 |
| 08/29/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING REVIEW OF DEBTOR'S PREVIOUS COUNSEL'S DOCUMENT PRODUCTION. | 0.70 |
| 08/30/25 | DADO | REVIEW LAPSED UCC'S WITH COLLINS AS THE SECURED PARTY AND LIST OF UCC LIEN SEARCHES WITH COLLINS AS THE DEBTOR. | 0.50 |
| | | **TOTAL HOURS** | **167.80** |
| | | **TOTAL** | **$105,966.50** |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719217

CHAPTER 7 TRUSTEE

PAGE 20

MARCH 5, 2026

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|----|-----------|-------|-------|--------|
| MEP | MATTHEW PEPPING | 0.70 | 665.00 | 465.50 |
| GPS | GARY P. SEGAL | 1.00 | 875.00 | 875.00 |
| DDW | DEBORAH WILLIAMSON | 30.20 | 980.00 | 29,596.00 |
| DNR | DANIELLE R. BEHRENDS | 95.20 | 605.00 | 57,596.00 |
| DADO | DOMINIQUE A. DOUGLAS | 34.90 | 450.00 | 15,705.00 |
| LAMU1 | LISA MURPHY | 3.40 | 385.00 | 1,309.00 |
| MRSH1 | MATTHEW R. SHERMAN | 2.40 | 175.00 | 420.00 |
| | **TOTAL** | **167.80** | | **$105,966.50** |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719217

CHAPTER 7 TRUSTEE

PAGE 21

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 08/18/25 | VENDOR: DANIELLE  RUSHING  BEHRENDS INVOICE#: 010046515111 DATE: 8/18/2025   - PARKING 08-18-25 - PARKING FEES | 22.07 |
| 08/29/25 | VENDOR: CAPITOL SERVICES, LLC INVOICE#: 2025477974 DATE: 8/29/2025   - CAPITOL SERVICES, LLC - INV#: 2025477974 - CAPITOL SERVICES, LLC- INV#:2025477974, 08/29/25, DILIGENCE FEE | 162.42 |
| | FEDERAL EXPRESS/DELIVERY | 33.47 |
| | PHOTOCOPIES | 36.50 |
| | POSTAGE | 717.23 |
| | PRINTING EXPENSES | 1,249.50 |
| | SCANNING | 6.90 |

**TOTAL DISBURSEMENTS**                                            **2,229.09**

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719217
PAGE 22

MARCH 5, 2026

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|------:|-------:|
| B110 | CASE ADMINISTRATION | 31.20 | 22,029.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 26.10 | 15,091.00 |
| B130 | ASSET DISPOSITION | 7.10 | 5,090.50 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 18.00 | 11,168.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 7.20 | 4,397.50 |
| B185 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 0.10 | 60.50 |
| B210 | BUSINESS OPERATIONS | 6.40 | 4,147.50 |
| B230 | FINANCING AND CASH COLLATERAL | 26.60 | 16,691.50 |
| B240 | TAX | 0.10 | 60.50 |
| BT110 | LITIGATION | 27.80 | 17,731.50 |
| BT120 | ACCOUNTING/AUDITING | 3.30 | 1,996.50 |
| BT140 | CORPORATE FINANCE | 3.40 | 1,309.00 |
| BT150 | DATA ANALYSIS | 0.20 | 121.00 |
| BT160 | LITIGATION CONSULTING | 2.80 | 1,694.00 |
| BT200 | INSURANCE | 7.50 | 4,378.00 |
| | **TOTAL** | **167.80** | **105,966.50** |



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719218

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---|
| FEES | $ | 80,696.50 |
| DISBURSEMENTS | | 1,921.57 |
| **INVOICE TOTAL** | **$** | **82,618.07** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 2

MARCH 5, 2026

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/02/25 | LAMU1 | CONFERENCE WITH MS. BEHRENDS REGARDING ADDITIONAL ACTION TO BE TAKEN IN CONNECTION WITH LIEN SEARCHES PERFORMED IN DELAWARE WITH RESPECT TO COLLINS ASSET GROUP, LLC; CORRESPONDENCE REGARDING SAME. | 0.70 |
| 09/02/25 | GPS | FOLLOW UP CALL WITH CORPORATE ADVISORY SOLUTIONS REGARDING POTENTIAL ENGAGEMENT FOR SALE OF DEBT PORTFOLIO. | 0.40 |
| 09/02/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND UST REGARDING WIRES REQUESTED AND CASH COLLATERAL ORDER BUDGET ITEMS. | 0.50 |
| 09/02/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARY SEGAL REGARDING POTENTIAL BROKERS. | 0.40 |
| 09/02/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND COUNSEL FOR NATIONAL RECOVERY ASSOCIATES REGARDING COLLECTIONS AND CALL REGARDING DOCUMENTATION ON SAME. | 0.30 |
| 09/02/25 | DNR | CONTINUED REVIEW OF LAPSED UCC-1S OF THE DEBTOR AS SECURED PARTY. | 0.30 |
| 09/02/25 | DNR | CORRESPONDENCE WITH PATRICK WATTS REGARDING DOCUMENT TURNOVER AND LITIGATION FILE ITEMS. | 0.20 |
| 09/02/25 | DNR | CORRESPONDENCE TO DEBTORS' SUBSTITUTE COUNSEL AND OLIPHANT'S COUNSEL REGARDING REQUEST FOR REDACTED DATA TAPE FOR POTENTIAL BROKERS. | 0.10 |
| 09/02/25 | DNR | CORRESPONDENCE TO DEBTORS' SUBSTITUTE COUNSEL REGARDING 341 MEETINGS ON SEPTEMBER 16, 2025. | 0.10 |
| 09/02/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING 341 MEETINGS. | 0.30 |
| 09/02/25 | DNR | RECEIVE AND REVIEW INITIAL DRAFT ENGAGEMENT LETTER AND TERMS OF COMPENSATION FROM POTENTIAL BROKER. | 0.30 |
| 09/02/25 | DNR | CALL WITH POTENTIAL BROKER REGARDING DEBTORS' PORTFOLIO. | 0.40 |
| 09/02/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING UPDATE ON CALL WITH POTENTIAL BROKER. | 0.10 |
| 09/02/25 | DNR | CORRESPONDENCE TO FIRST INSURANCE FUNDING REGARDING REQUEST FOR WIRE APPROVAL OF INSTALLMENT AMOUNTS DUE UNDER PREMIUM FINANCING AGREEMENT. | 0.10 |
| 09/02/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL AND E-COLLECT REPRESENTATIVE REGARDING STATUS OF SOW FROM E-COLLECT TO OBTAIN | 0.40 |



RON SATIJA                                           MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON SATIJA                         INVOICE #: 3719218
CHAPTER 7 TRUSTEE                                    PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | DEBTORS' FILES FROM OLIPHANT SERVER. | |
| 09/02/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL REGARDING DOCUMENT PRODUCTION ON LIEN RELEASES AND CALL WITH TATIANA QUINONES AND DANIEL LAUX ON SAME. | 0.20 |
| 09/02/25 | DNR | REVIEW DRAFT STATEMENT OF WORK FROM E-COLLECT SENT BY OLIPHANT'S COUNSEL. | 0.40 |
| 09/02/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SOW FROM E-COLLECT AND DATA SEPARATION PLAN PREPARED BY OLIPHANT. | 0.10 |
| 09/02/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING EMPLOYMENT OF LITIGATION PROFESSIONALS. | 0.20 |
| 09/02/25 | DADO | REVIEW PROCESS FOR LIEN RELEASE ENTERED IN DELAWARE. | 0.30 |
| 09/02/25 | DADO | (NO CHARGE) REVIEW STATEMENT OF WORK PROVIDED REGARDING E-COLLECT. | 0.00 |
| 09/02/25 | DADO | CONFERENCE WITH MS. BEHRENDS REGARDING E-COLLECT STATEMENT OF WORK AND NDA REQUEST AND COST CONCERNS. | 0.20 |
| 09/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE AND ACCOUNT SIGNATURE PROCESS. | 0.20 |
| 09/03/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING CALL ON LIEN RELEASE PROCESS AND SIGNATURES REQUIRED OF TRUSTEE. | 0.20 |
| 09/03/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING LIEN REQUESTS AND PROCESS ISSUES ON SAME. | 0.20 |
| 09/03/25 | DNR | CORRESPONDENCE WITH DEBTORS' FORMER COUNSEL REGARDING DOCUMENT PRODUCTION AND PLATFORM ISSUES ON SAME. | 0.20 |
| 09/03/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING LENDER ACKNOWLEDGMENT FOR FERRUM CAPITAL. | 0.20 |
| 09/03/25 | GES1 | DOWNLOADED AND EXTRACTED DATA FROM EXTERNAL SFTP; PRESERVED DATA ON THE NETWORK; VERIFIED DATA INTEGRITY; DELIVERED DATA TO THE CASE TEAM PER DANIELLE RUSHING BEHRANDS. | 0.50 |
| 09/03/25 | DADO | REVIEW LENDER ACKNOWLEDGMENT BETWEEN METROPOLITAN, FERRUM, OLIPHANT AND CAG REGARDING COLLATERAL SEPARATION. | 0.80 |
| 09/04/25 | GPS | COORDINATION REGARDING ENGAGEMENT OF BROKERS TO SELL PORTFOLIO. | 0.30 |
| 09/04/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKER REGARDING DRAFT ENGAGEMENT LETTER. | 0.20 |
| 09/04/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING BROKER DRAFT ENGAGEMENT LETTERS AND SELECTION OF SAME. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/04/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL AND DEBTORS' COUNSEL REGARDING THIRD REQUEST FOR REDACTED DATA TAPE. | 0.10 |
| 09/04/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING OUTSTANDING ADMINISTRATIVE TASKS THAT REQUIRE URGENT CONSIDERATION. | 0.10 |
| 09/04/25 | DNR | CALL WITH GARY SEGAL REGARDING BROKER OPTIONS AND ISSUES OBTAINING DEBTOR'S INFORMATION FROM OLIPHANT AND DEBTOR'S REPRESENTATIVES. | 0.20 |
| 09/04/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING PREPARATION OF SCHEDULES BY STRETTO. | 0.20 |
| 09/04/25 | DNR | CORRESPONDENCE WITH FIRST INSURANCE FUNDING REGARDING WIRE PAYMENT STATUS AND FINAL PAYMENT UNDER AGREEMENT IN OCTOBER. | 0.20 |
| 09/04/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING REPRESENTATIVE FOR 341 MEETINGS. | 0.20 |
| 09/04/25 | DNR | CALL WITH OLIPHANT COUNSEL, OLIPHANT/DEBTORS' REPRESENTATIVES, AND TRUSTEE REGARDING LIEN RELEASE PROCESS, LITIGATION AFFIDAVITS AND SETTLEMENTS INITIATED BY THE DEBTOR, AND LIENHOLDER RIGHTS INTERIM ORDER. | 1.00 |
| 09/04/25 | DNR | CORRESPONDENCE TO PATRICK WATTS REGARDING LITIGATION DATA TURNOVER AND GOLDFYNCH PLATFORM ISSUES. | 0.10 |
| 09/04/25 | DNR | CORRESPONDENCE TO POTENTIAL FORENSIC ACCOUNTANT REGARDING ENGAGEMENT DISCUSSION. | 0.10 |
| 09/04/25 | DNR | CALL WITH TRUSTEE AND OLIPHANT'S COUNSEL REGARDING MASTER SERVICING AGREEMENT SENT TO DELAWARE TRUSTEE AND POST-PETITION SERVICING RELATIONSHIP. | 0.50 |
| 09/04/25 | DNR | BRIEF REVIEW OF MASTER SERVICING AGREEMENT SENT TO GEORGE MILLER BY OLIPHANT. | 0.30 |
| 09/04/25 | DNR | CORRESPONDENCE WITH GARY SEGAL, TRUSTEE, AND DEBORAH D. WILLIAMSON REGARDING DRAFT MASTER SERVICING AGREEMENT FROM OLIPHANT AND REVIEW OF SAME. | 0.30 |
| 09/04/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING MASTER SERVICING AGREEMENT, INDUSTRY STANDARD, AND SIMILARLY-SITUATED SERVICING CLIENTS. | 0.30 |
| 09/04/25 | DNR | CORRESPONDENCE WITH CAS REGARDING DRAFT ENGAGEMENT LETTER. | 0.20 |
| 09/04/25 | DNR | CALL WITH TRUSTEE REGARDING DECISIONS NEEDED ON URGENT BASIS. | 0.30 |
| 09/04/25 | DNR | RECEIVE SEVENTH BATCH OF DOCUMENT PRODUCTION FROM OLIPHANT'S COUNSEL. | 0.10 |
| 09/04/25 | DNR | SEND UPDATED LICENSING MATRIX FROM OLIPHANT TO TRUSTEE. | 0.10 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON SATIJA

INVOICE #: 3719218

CHAPTER 7 TRUSTEE

PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/04/25 | DNR | CORRESPONDENCE WITH DANIEL LAUX REGARDING LIEN RELEASE CONTACT FOR CONSUMERS. | 0.10 |
| 09/04/25 | DADO | REVIEW CAS AND GARNET'S ENGAGEMENT LETTERS AND DRAFT MSA SENT BY OLIPHANT. | 1.00 |
| 09/04/25 | DADO | CONFERENCES WITH MS. BEHRENDS, COUNSEL TO OLIPHANT, OLIPHANT EMPLOYEES, AND MR. SATIJA REGARDING LIEN RELEASE PROCESS. | 1.90 |
| 09/04/25 | DADO | BEGIN REVIEW OF DEBTOR'S PREVIOUS (XERXES WATTS) COUNSEL'S PRODUCTION. | 0.90 |
| 09/05/25 | DNR | CORRESPONDENCE TO RANDY PULMAN, ROYAL LEA, AND OTHER COUNSEL OF RECORD REGARDING REQUEST FOR SECOND INTERIM ORDER AUTHORIZING TRUSTEE TO EXERCISE DEBTORS' LIENHOLDER RIGHTS. | 0.10 |
| 09/05/25 | DNR | CALL WITH TRUSTEE REGARDING LIENHOLDER RIGHTS, CONSUMER ISSUES, AND SECOND INTERIM ORDER REGARDING SAME. | 0.30 |
| 09/05/25 | DNR | CALL WITH UST REGARDING SECOND INTERIM ORDER TO EXERCISE DEBTORS' LIENHOLDER RIGHTS AND FINANCIAL DUE DILIGENCE ON SAME. | 0.30 |
| 09/05/25 | DNR | CALL WITH TRUSTEE REGARDING LICENSING, LIEN RELEASES, AND OTHER URGENT TASKS. | 0.50 |
| 09/05/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING REVIEW OF DRAFT MSA. | 0.10 |
| 09/05/25 | DNR | CORRESPONDENCE WITH OLIPHANT CONTACT AND COUNSEL REGARDING LIEN RELEASE REQUEST AND ADDITIONAL FINANCIAL INFORMATION REQUIRED FOR EVALUATION OF LIEN RELEASE. | 0.20 |
| 09/05/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING INTERIM ORDER AUTHORIZING CURRENT TRUSTEE (NOT DELAWARE TRUSTEE) TO EXERCISE DEBTORS' LIENHOLDERS RIGHTS AND PLEADING REQUESTING SAME ON EXPEDITED BASIS AND ISSUES THERETO. | 0.70 |
| 09/05/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING COURT'S AVAILABILITY FOR EXPEDITED SETTING ON MOTION FOR ENTRY OF SECOND INTERIM ORDER FOR TRUSTEE TO EXERCISE THE DEBTORS' LIENHOLDER RIGHTS. | 0.10 |
| 09/05/25 | DNR | CALL WITH TRUSTEE REGARDING CURRENT INTERIM ORDER AND MOTION FILED BY DELAWARE TRUSTEE AND PROTOCOL FOR LIEN RELEASES AS ENTERED BY THE COURT. | 0.50 |
| 09/05/25 | DNR | DRAFT MOTION FOR ENTRY OF SECOND INTERIM ORDER FOR TRUSTEE TO EXERCISE DEBTORS' LIENHOLDER RIGHTS. | 1.00 |
| 09/05/25 | DNR | REVIEW XERXES MARTIN'S REQUEST FOR REMOVAL OF DESIGNATION AS COUNSEL TO DEBTOR IN MUSGROVE V WILLY AP. | 0.10 |
| 09/05/25 | DNR | RECEIVE FIVE BATCHES OF EMAILS FROM BMS REGARDING PROFESSIONAL | 0.50 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | INDEMNITY AND MANAGEMENT LIABILITY POLICY AND UNDERLYING APPLICATION MATERIALS. | |
| 09/05/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL REGARDING LICENSE SPREADSHEETS. | 0.30 |
| 09/05/25 | DADO | REVIEW UPDATED LICENSING LIST FROM OLIPHANT AND COMPARE TO PREVIOUS PRODUCTION AND NOTE DIFFERENCES IN TWO DOCUMENTS. | 0.60 |
| 09/05/25 | DADO | EMAIL CORRESPONDENCE WITH MS. BEHRENDS TO DISCUSS CONCERNS WITH UPDATED LICENSING LIST. | 0.70 |
| 09/05/25 | DADO | EMAIL CORRESPONDENCE WITH MS. BEHRENDS REGARDING LIEN RELEASE PROCESS, OPERATION OF THE DEBTOR, AND PLEADING REGARDING SAME. | 0.40 |
| 09/06/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKER REGARDING CALL ON DRAFT ENGAGEMENT LETTER. | 0.30 |
| 09/08/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING CALL TO DISCUSS COLLECTIONS. | 0.10 |
| 09/08/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY AND VARIOUS COUNSEL OF RECORD REGARDING AVAILABILITY FOR EXPEDITED HEARING ON MOTION FOR ENTRY OF SECOND INTERIM ORDER REGARDING LIENHOLDER RIGHTS AND FILED PLEADING. | 0.40 |
| 09/08/25 | DNR | CORRESPONDENCE WITH LYNN BUTLER REGARDING MOTION FOR ENTRY OF SECOND INTERIM ORDER REGARDING LIENHOLDER RIGHTS AND POTENTIAL OPERATIONS MOTION WITH AGREEMENT. | 0.20 |
| 09/08/25 | DNR | CALL WITH GARY SEGAL AND TRUSTEE REGARDING DRAFT MASTER SERVICING AGREEMENT AND ASSET INFORMATION NEEDED. | 0.50 |
| 09/08/25 | DNR | CALL WITH TRUSTEE AND OLIPHANT'S COUNSEL REGARDING LICENSE MATRICES AND RENEWAL STATUS. | 0.30 |
| 09/08/25 | DNR | CALL WITH TRUSTEE AND POTENTIAL BROKER REGARDING POTENTIAL ENGAGEMENT AND VARIOUS EMPLOYMENT OPPORTUNITIES PRESENTED TO THEM. | 0.40 |
| 09/08/25 | DNR | REVIEW ORDER APPROVING ENGAGEMENT OF DYKEMA AS TRUSTEE'S COUNSEL FOR COLLINS. | 0.10 |
| 09/08/25 | DNR | CALL WITH RANDY PULMAN REGARDING LIEN RELEASE REQUESTS AND OPERATING ASPECT OF PORTFOLIO FOR COLLECTIONS. | 0.40 |
| 09/08/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL AND RANDY PULMAN REGARDING 1Q25 AND 2Q25 RECONCILIATION PRODUCTION REQUEST TO RANDY PULMAN AND ROYAL LEA AND CONFIDENTIALITY OR PROTECTIVE ORDER OR AGREEMENT BETWEEN THE PARTIES PRIOR TO PRODUCTION. | 0.70 |
| 09/08/25 | DNR | CORRESPONDENCE WITH HUSCH BLACKWELL REGARDING CONTACTS AT | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 7

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | STRETTO AND DEBTORS' SERVICES AGREEMENT. | |
| 09/08/25 | DNR | CORRESPONDENCE WITH ROYAL LEA, MICHAEL RIDULFO, RANDY PULMAN, AND TRUSTEE REGARDING E-COLLECT DATABASE AND SOW DRAFT REGARDING SAME. | 0.20 |
| 09/08/25 | DNR | CORRESPONDENCE WITH HUSCH BLACKWELL REGARDING STATUS OF TURNOVER OF DOCUMENTS FROM KLEHR HARRISON AS REQUESTED BY TRUSTEE. | 0.30 |
| 09/08/25 | DNR | CALL WITH DEBTORS' FORMER COUNSEL REGARDING DOCUMENT PRODUCTION FOR LITIGATION FILES. | 0.20 |
| 09/08/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING MAILING ADDRESS AND ISSUES REGARDING PRIOR TO TRANSFER OF VENUE. | 0.20 |
| 09/08/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING MAILING ADDRESS INCORRECTLY LISTED BY DEBTORS. | 0.20 |
| 09/08/25 | DNR | REVISE AND FINALIZE MOTION FOR EXPEDITED HEARING ON MOTION FOR ENTRY OF SECOND INTERIM ORDER AUTHORIZING TRUSTEE TO EXERCISE DEBTORS' LIENHOLDER RIGHTS AND CORRESPONDING PROPOSED ORDER. | 0.40 |
| 09/08/25 | DNR | UPDATE SERVICE LISTS FOR BOTH DEBTORS TO CORRECT INACCURATE ENTRIES OF DEBTORS. | 0.30 |
| 09/08/25 | DNR | REVISE AND FINALIZE MOTION FOR ENTRY OF SECOND INTERIM ORDER AUTHORIZING TRUSTEE TO EXERCISE DEBTORS' LIENHOLDER RIGHTS AND CORRESPONDING PROPOSED SECOND INTERIM ORDER. | 1.20 |
| 09/08/25 | GPS | REVIEW DRAFT MASTER SERVICING AGREEMENT. | 0.40 |
| 09/08/25 | GPS | CALL WITH CORPORATE ADVISORY SOLUTIONS REGARDING POTENTIAL ENGAGEMENT. | 0.40 |
| 09/08/25 | DADO | (NO CHARGE) ATTEND MEETING WITH MS. BEHRENDS, MR. SATIJA, AND CAS PROFESSIONALS TO DISCUSS DECLINING OPPORTUNITY. | 0.00 |
| 09/08/25 | DADO | ATTEND CONFERENCE WITH MS. RUSHING BEHRENDS AND MR. RIDULFO REGARDING DISCREPANCIES IN LICENSING SPREADSHEETS. | 0.50 |
| 09/08/25 | DADO | REVIEW EMAIL CORRESPONDENCE WITH MR. LEA, MR. RIDULFO, AND MS. BEHRENDS REGARDING PRODUCTION OF DOCUMENTS MARKED BY OLIPHANT AS CONFIDENTIAL AND OUTSTANDING PRODUCTION OF CERTAIN REQUESTED DOCUMENTS. | 0.40 |
| 09/08/25 | DADO | (NO CHARGE) REVIEW EMAIL CORRESPONDENCE FROM VARIOUS COUNSEL REGARDING POTENTIAL HEARING DATE FOR LIENHOLDER RIGHTS MOTION AND RESCHEDULED CASH COLLATERAL HEARING. | 0.00 |
| 09/08/25 | DADO | DRAFT MOTION AND PROPOSED ORDER FOR MOTION TO EXPEDITE LIENHOLDER RIGHTS MOTION AND REVISE PROPOSED ORDER FOR | 1.40 |



RON SATIJA                                                    MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                                 INVOICE #: 3719218
CHAPTER 7 TRUSTEE                                             PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | LIENHOLDER'S MOTION TO INCORPORATE COMMENTS. | |
| 09/08/25 | DADO | MULTIPLE CONFERENCES AND EMAIL CORRESPONDENCE WITH MS. BEHRENDS REGARDING MOTION TO EXPEDITE, LIENHOLDER RIGHTS MOTION, AND PROPOSED ORDERS FOR THE SAME. | 0.70 |
| 09/08/25 | GES1 | CREATE BDS ACCOUNT FOR EXTERNAL USER JACOB BACH PER DANIELLE BEHRENDS. | 0.20 |
| 09/09/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING DATA FILE AND REDACTION AND LICENSING SPREADSHEETS. | 0.40 |
| 09/09/25 | DNR | CORRESPONDENCE WITH SONIA DESAI REGARDING INTRODUCTORY CALL AND MEETING TO DISCUSS ENGAGEMENT AS FORENSIC ACCOUNTANT. | 0.30 |
| 09/09/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKER REGARDING INTEREST IN POTENTIAL ENGAGEMENT BY TRUSTEE. | 0.30 |
| 09/09/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN, MICHAEL RIDULFO, TRUSTEE, AND OTHER COUNSEL OF RECORD REGARDING STATE COURT PROTECTIVE ORDER AND DOCUMENT PRODUCTION REQUESTS TO TRUSTEE WITHOUT PROTECTIVE ORDER IN BANKRUPTCY CASES. | 0.10 |
| 09/09/25 | DNR | RECEIVE EIGHTH DOCUMENT PRODUCTION FROM OLIPHANT'S COUNSEL AND CORRESPONDENCE ADDRESSING QUESTIONS ON SAME AND PRODUCTION OF UNDERLYING AGREEMENTS TO TRUSTEE. | 0.40 |
| 09/09/25 | DNR | CORRESPONDENCE TO GARY SEGAL AND TRUSTEE REGARDING SERVICING AGREEMENT SENT BY OLIPHANT. | 0.10 |
| 09/09/25 | DNR | RECEIVE AND REVIEW UCC LIEN SEARCH RESULTS FOR CAG AS DEBTOR. | 0.30 |
| 09/09/25 | DNR | CALL WITH NATIONAL RECOVERY ASSOCIATES COUNSEL REGARDING RELATIONSHIP WITH CAG AND ASSETS OF DEBTOR. | 0.80 |
| 09/09/25 | DNR | CALL WITH TRUSTEE REGARDING ADDITIONAL MSA OPTION FOR SERVICING ASSET. | 0.50 |
| 09/09/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING REQUEST FOR MSA DRAFT FOR CONSIDERATION OF TRUSTEE. | 0.10 |
| 09/09/25 | DNR | DRAFT AND FILE NOTICES OF EXPEDITE HEARING ON MOTIONS FOR ENTRY OF SECOND INTERIM ORDER FOR TRUSTEE TO EXERCISE DEBTORS' LIENHOLDER RIGHTS. | 0.30 |
| 09/09/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL AND REPRESENTATIVE IN CHARGE OF PAYOFF AND ACCOUNT DATA FOR LIEN RELEASES REGARDING STATUS OF REQUESTED INFORMATION FROM TRUSTEE ON PENDING LIEN RELEASE REQUESTS. | 0.10 |
| 09/09/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL REGARDING STATUS OF REQUESTED INFORMATION FOR DRAFT MSA AND DETAIL ON CAG'S ASSETS. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/09/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING REQUEST FOR TRUSTEE'S TELEPHONIC APPEARANCE AT EXPEDITED HEARING ON SEPTEMBER 11, 2025. | 0.10 |
| 09/09/25 | DNR | RECEIVE NINTH DOCUMENT PRODUCTION FROM OLIPHANT'S COUNSEL AND CORRESPONDENCE ADDRESSING QUESTIONS ON SAME. | 0.20 |
| 09/09/25 | DNR | CORRESPONDENCE WITH DEBORAH D. WILLIAMSON, GARY SEGAL, AND TRUSTEE REGARDING METROPOLITAN'S RELEASE OF LIENS AGAINST CAG AND HOLLINS. | 0.50 |
| 09/09/25 | DNR | REVIEW METROPOLITAN CONSENT AND WAIVER AGREEMENT. | 0.20 |
| 09/09/25 | DNR | RECEIVE AND REVIEW LIST OF LITIGATION FROM DEBTORS' COUNSEL PROVIDED BY NRA. | 0.40 |
| 09/09/25 | DNR | REVIEW PROPOSED DRAFT CONFIDENTIALITY AND PROTECTIVE ORDER SENT BY ROYAL LEA. | 0.20 |
| 09/09/25 | DNR | RECEIVE AND REVIEW DOCUMENTS FROM BMS REGARDING MANAGEMENT LIABILITY AND PROFESSIONAL INDEMNITY INSURANCE POLICY AND APPLICATION FOR SAME. | 0.50 |
| 09/09/25 | DNR | REVIEW LICENSING REPORT OF CAG ON NMLS DATABASE. | 0.20 |
| 09/09/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING NMLS DATABASE REPORT FOR CAG AND DIFFERENCES WITH SPREADSHEET PROVIDED BY OLIPHANT. | 0.10 |
| 09/09/25 | DNR | CORRESPONDENCE TO STRETTO REGARDING TURNOVER REQUEST OF CLIENT FILES OF DEBTORS AND PRESERVATION OF ESI OF DEBTORS. | 0.40 |
| 09/09/25 | LAMU1 | RECEIPT, REVIEW AND ANALYSIS OF UCC LIEN SEARCH RESULTS PERFORMED IN DELAWARE WITH RESPECT TO COLLINS ASSET GROUP, LLC; CORRESPONDENCE TO/FROM D. BEHRENDS REGARDING SAME. | 0.40 |
| 09/09/25 | GPS | REVIEW UCC SEARCH RESULTS FOR COLLINS ASSET GROUP. | 0.90 |
| 09/09/25 | GPS | REVIEW DRAFT MASTER SERVICING AGREEMENT. | 0.60 |
| 09/09/25 | DADO | REVIEW Q2 RECONCILIATION DOCUMENTS PRODUCED BY COUNSEL TO OLIPHANT. | 0.30 |
| 09/09/25 | DADO | REVIEW ORDER GRANTING EXPEDITED HEARING; DRAFT AND FINALIZE NOTICE OF HEARING FOR LIENHOLDER'S MOTION; MINOR REVISIONS TO SERVICE LIST. | 0.60 |
| 09/10/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING DISCREPANCIES IN DOCUMENT PRODUCTION TO TRUSTEE AND REQUEST FOR PAYMENT BACKUP FOR COLLECTIONS TURNOVER TO TRUSTEE, INCLUDING CERTAIN LIEN RELEASE REQUEST ACCOUNT. | 0.80 |
| 09/10/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING POTENTIAL ENGAGEMENT AS FORENSIC ACCOUNTANT. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/10/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE COUNSEL REGARDING REQUEST OF CONSUMER TO NEGOTIATE SETTLEMENT ON DEBT BALANCE. | 0.20 |
| 09/10/25 | DNR | REVIEW DOCUMENTS PRODUCED BY BMS REGARDING INSURANCE APPLICATION. | 0.50 |
| 09/10/25 | DNR | REVIEW PLEADINGS IN CLASS ACTION CASE WHERE CAG IS DEFENDANT. | 0.50 |
| 09/10/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING FUNDS RECEIVED POST-PETITION. | 0.20 |
| 09/10/25 | DNR | CORRESPONDENCE FROM PLAINTIFFS' COUNSEL, RECEIVER'S COUNSEL, AND OLIPHANT'S COUNSEL REGARDING PROTECTIVE ORDER. | 0.30 |
| 09/10/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING RECORDS REQUEST OF STRETTO. | 0.30 |
| 09/10/25 | DNR | CALL WITH TRUSTEE REGARDING LIEN RELEASE PROCESS, OPERATION PROPOSAL ITEMS, AND CASH COLLECTION ISSUES IDENTIFIED. | 0.80 |
| 09/10/25 | DNR | REVIEW DOCUMENT PRODUCTION REGARDING LENDERS AND POTENTIAL RELEASE OF LIENS. | 0.40 |
| 09/10/25 | DNR | CORRESPONDENCE FROM PATRICK WATTS REGARDING REQUEST FOR REMOVAL OF DESIGNATION AS COUNSEL TO DEBTORS. | 0.10 |
| 09/10/25 | DNR | READ 30(B)(6) DEPOSITION TRANSCRIPTS FOR OLIPHANT REPRESENTATIVE AND COLLINS ASSET GROUP REPRESENTATIVE AND ANALYZE EXHIBITS PRODUCED AT BOTH DEPOSITIONS THAT OCCURRED PRIOR TO VENUE TRANSFER OF BANKRUPTCY CASES. | 2.50 |
| 09/10/25 | DADO | ATTEND CONFERENCE WITH MR. SATIJA AND MS. BEHRENDS REGARDING FUNDS RECEIVED FROM OLIPHANT AND UPCOMING HEARING. | 0.40 |
| 09/10/25 | DADO | CONFERENCE WITH MS. BEHRENDS REGARDING Q2 RECONCILIATION. | 0.40 |
| 09/10/25 | DADO | REVIEW Q2 RECONCILIATION AS PROVIDED BY COUNSEL TO OLIPHANT. | 0.30 |
| 09/10/25 | DNR | ANALYZE DOCUMENT PRODUCTION FROM OLIPHANT REGARDING 2Q25 COLLECTIONS AND TURNOVER OF FUNDS TO TRUSTEE. | 0.50 |
| 09/11/25 | DNR | CALL WITH DANIEL WISEMAN, COUNSEL TO METROPOLITAN, REGARDING REQUEST OF TRUSTEE TO REMOVE UCC LIENS AND SUBMIT TERMINATIONS FOR DEBTORS. | 0.10 |
| 09/11/25 | DNR | UPDATE TRUSTEE REGARDING CALL WITH METROPOLITAN'S COUNSEL. | 0.10 |
| 09/11/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING JURISDICTIONS OF CAG ACCOUNTS AND LICENSE ITEMS. | 0.40 |
| 09/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LICENSE REPORT FROM NMLS AND MATRICES RECEIVED FROM OLIPHANT. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/11/25 | DNR | CORRESPONDENCE WITH SONIA DESAI REGARDING ENGAGEMENT LETTER DRAFT AND RETENTION THROUGH TRUSTEE. | 0.30 |
| 09/11/25 | DNR | MEETING WITH DANIEL LAUX AND OLIPHANT COUNSEL TO UNDERSTAND COLLECTIONS, ACCOUNT FINANCIALS, AND SPREADSHEETS PROVIDED FOR EACH SECURED LENDER. | 1.70 |
| 09/11/25 | DNR | CORRESPONDENCE FROM KERRY ALLEYNE AND ROYAL LEA PRIOR TO HEARING REGARDING NO OBJECTION TO FORM OF SECOND INTERIM ORDER FOR TRUSTEE TO EXERCISE THE DEBTORS' LIENHOLDER RIGHTS AND QUESTIONS ON FORM OF ORDER APPROVED. | 0.30 |
| 09/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SECOND INTERIM ORDER TO EXERCISE DEBTORS' LIENHOLDER RIGHTS. | 0.30 |
| 09/11/25 | DNR | PREPARE FOR HEARING ON EXPEDITED MOTION FOR ENTRY OF SECOND INTERIM ORDER REGARDING EXERCISING DEBTORS' LIENHOLDER RIGHTS. | 0.50 |
| 09/11/25 | DNR | APPEAR BEFORE THE HON. CRAIG A. GARGOTTA ON MOTION FOR ENTRY OF SECOND INTERIM ORDER TO EXERCISE THE DEBTORS' LIENHOLDER RIGHTS. | 0.60 |
| 09/11/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL REGARDING LIEN RELEASE DOCUMENTATION OF TRUSTEE AND POWER OF ATTORNEY FOR MARINER FINANCE THAT OUSA POSSESSES. | 0.10 |
| 09/11/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING STORAGE UNITS. | 0.10 |
| 09/11/25 | DNR | CORRESPONDENCE WITH KING SIZE STORAGE REGARDING DEBTOR'S STORAGE UNITS AND REQUEST FOR RELEASING SAME. | 0.20 |
| 09/11/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING DISCUSSION ON SCHEDULES AND SOFAS. | 0.20 |
| 09/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING POTENTIAL LITIGATION COUNSEL. | 0.10 |
| 09/11/25 | DADO | ATTEND MEETING WITH MS. BEHRENDS AND COUNSEL TO OLIPHANT TO PREPARE FOR HEARING ON LIENHOLDER RIGHTS MOTION. | 1.70 |
| 09/11/25 | DADO | FINALIZE ORDER ON LIENHOLDER RIGHTS MOTION BASED ON RESULTS OF THE HEARING. | 0.30 |
| 09/11/25 | DADO | REVIEW WEAVER ENGAGEMENT LETTER TO DRAFT EMPLOYMENT APPLICATION. | 0.30 |
| 09/11/25 | DADO | CONFERENCE WITH MS. BEHRENDS REGARDING CONFERENCE WITH NRA, COLLATERAL IN NRA'S POSSESSION, AND LICENSING. | 0.20 |
| 09/11/25 | GES1 | DOWNLOAD, EXTRACT AND ANALYZE FTP PACKAGE SENT FROM CLIENT TO BDS. ANALYZE EXTRACTED DATA FOR ACCURACY AND CONNECT WITH RIG TEAM FOR TRANSFER TO NETDOCS PER DANIELLE RUSHING BEHRENDS. | 0.60 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/12/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL, DEBTORS' COUNSEL, TRUSTEE, AND MARINER FINANCE CONTACT REGARDING LIEN RELEASE DOCUMENTS AND TRUSTEE AUTHORITY TO EXECUTE RELEASES ON BEHALF OF DEBTOR. | 0.70 |
| 09/12/25 | DNR | CORRESPONDENCE FROM DELAWARE TRUSTEE'S COUNSEL REGARDING FORMS 1 AND 2 REQUIRED PER UST'S EX PARTE ORDERS. | 0.10 |
| 09/12/25 | DNR | REVIEW CAG'S FORMS 1 AND 2 REQUIRED PER UST'S EX PARTE ORDERS FROM DELAWARE TRUSTEE. | 0.10 |
| 09/12/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING FORMS 1 AND 2 REQUIRED PER UST'S EX PARTE ORDERS FROM DELAWARE TRUSTEE. | 0.10 |
| 09/12/25 | DNR | CORRESPONDENCE TO UST REGARDING SUBMISSION OF FORMS 1 AND 2 BY DELAWARE TRUSTEE. | 0.10 |
| 09/12/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE COUNSEL REGARDING LIEN RELEASE REQUEST SUBMITTED BY CONSUMER. | 0.20 |
| 09/12/25 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING REQUEST FOR TITLE TO VEHICLE AND LIEN RELEASE PROCESS. | 0.40 |
| 09/12/25 | DNR | CALL WITH HUSCH BLACKWELL REGARDING DEBTORS' SCHEDULES AND SOFAS AND UPDATES REQUIRED ON SAME. | 1.70 |
| 09/12/25 | DNR | REVIEW LOAN SALE AGREEMENT BETWEEN DEBTOR AND MARINER FINANCE. | 0.20 |
| 09/12/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL AND DEBTORS' COUNSEL REGARDING LOAN SALE AGREEMENT WITH MARINER FINANCE. | 0.10 |
| 09/12/25 | DNR | CALL WITH TRUSTEE AND WEAVER REGARDING ENGAGEMENT BY TRUSTEE. | 1.30 |
| 09/12/25 | DNR | RECEIVE AND REVIEW RESERVATION OF RIGHTS LETTER FROM METROPOLITAN IN APRIL 2025. | 0.10 |
| 09/12/25 | DNR | SEND METROPOLITAN'S RESERVATION OF RIGHTS LETTER TO TRUSTEE AND TEAM. | 0.10 |
| 09/12/25 | DNR | RECEIVE AND REVIEW TENTH DOCUMENT PRODUCTION FROM OLIPHANT'S COUNSEL REGARDING EXTERNAL COLLECTION AGENCIES. | 0.20 |
| 09/12/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING NEW LIEN RELEASE REQUEST AND TITLE STATUS FOR CONSUMER. | 0.30 |
| 09/12/25 | DNR | RECEIVE AND REVIEW LETTER FROM CREDITOR'S COUNSEL SENT BY DEBTORS' COUNSEL. | 0.20 |
| 09/12/25 | DADO | ATTEND MEETING WITH MS. BEHRENDS, MR. SATIJA AND WEAVER REGARDING POTENTIAL ENGAGEMENT AND ACCOUNTING NEEDS. | 1.10 |
| 09/15/25 | DNR | CALL WITH RANDY PULMAN REGARDING 341 MEETING AND STATUS OF DOCUMENT PRODUCTION/PROTECTIVE ORDER. | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/15/25 | DNR | CORRESPONDENCE WITH POTENTIAL BROKER REGARDING CALL WITH TRUSTEE. | 0.20 |
| 09/15/25 | DNR | UPDATE DEBORAH D. WILLIAMSON ON CASE STATUS AND ADMINISTRATION ITEMS REGARDING DEBTORS' REPRESENTATIVES. | 0.30 |
| 09/15/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING PREMIUM FINANCING AGREEMENT AND INVOICE FROM FIRST INSURANCE FUNDING OBTAINED AFTER TRUSTEE'S APPOINTMENT. | 0.30 |
| 09/15/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LETTER FROM SECURED LENDER'S COUNSEL TO METROPOLITAN. | 0.10 |
| 09/15/25 | DNR | REVIEW AND PROVIDE COMMENTS TO TRUSTEE ON DRAFT ENGAGEMENT LETTER SENT BY WEAVER. | 0.40 |
| 09/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DRAFT ENGAGEMENT LETTER OF WEAVER AND EDITS REQUIRED. | 0.30 |
| 09/15/25 | DNR | CORRESPONDENCE WITH SONIA DESAI REGARDING REQUESTED EDITS TO DRAFT ENGAGEMENT LETTER. | 0.40 |
| 09/15/25 | DNR | CORRESPONDENCE WITH NATIONAL RECOVERY ASSOCIATES COUNSEL REGARDING MSA AND CURRENT SERVICING FOR DEBTOR AND CORRESPONDING REMITTANCE REPORT SPREADSHEETS. | 0.40 |
| 09/15/25 | DNR | CORRESPONDENCE WITH NATIONAL RECOVERY ASSOCIATES COUNSEL REGARDING POTENTIAL SERVICING AND MASTER SERVICING OPTIONS. | 0.60 |
| 09/15/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING REMITTANCE REPORTS FROM NRA. | 0.10 |
| 09/15/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING STATUS OF MSA AND NEXT STEPS FROM TRUSTEE. | 0.10 |
| 09/15/25 | DNR | ANALYZE PETITION, SCHEDULES, AND SOFA AND CREATE OUTLINE FOR 341 MEETING. | 0.90 |
| 09/16/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING 341 MEETING OF CREDITORS AND ISSUES PRESENTED FROM PRIOR MEETINGS. | 0.40 |
| 09/16/25 | DNR | CORRESPONDENCE WITH SONIA DESAI REGARDING FURTHER REVISED ENGAGEMENT LETTER FOR RETENTION OF WEAVER AND SIGNED COPY OF SAME BY TRUSTEE. | 0.30 |
| 09/16/25 | DNR | REQUEST AND RECEIVE SIGNED ENGAGEMENT LETTER FOR WEAVER FROM TRUSTEE. | 0.20 |
| 09/16/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING DEBTORS' REPRESENTATIVES AT 341 MEETINGS OF CREDITORS. | 0.30 |
| 09/16/25 | DNR | CORRESPONDENCE TO STRETTO REGARDING STATUS OF TRUSTEE'S REQUEST | 0.10 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719218

CHAPTER 7 TRUSTEE

PAGE 14

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| | | FOR TURNOVER OF CLIENT FILES. | |
| 09/16/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING 341 MEETINGS OF CREDITORS. | 0.40 |
| 09/16/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING ACTIVE INVENTORY SPREADSHEET FROM NRA COUNSEL. | 0.10 |
| 09/16/25 | DNR | CALL WITH ALICIA BENDANA REGARDING POTENTIAL ENGAGEMENT BY TRUSTEE AS LITIGATION COUNSEL AND CURRENT STATUS OF LITIGATION AGAINST OR BY THE DEBTORS. | 1.80 |
| 09/16/25 | DNR | CORRESPONDENCE TO ALICIA BENDANA REGARDING CAG'S INSURANCE APPLICATION AND POLICY RECEIVED FROM OLIPHANT. | 0.10 |
| 09/16/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING QUICKBOOKS ACCESS FOR TRUSTEE'S PROFESSIONALS AND LICENSE STATUS. | 0.40 |
| 09/16/25 | DNR | CORRESPONDENCE FROM DEBTORS' COUNSEL REGARDING DOCUMENTS SUPPORTING AMENDED SCHEDULES. | 0.10 |
| 09/16/25 | DNR | SEND TRUSTEE EMAIL AND DOCUMENTS THAT SUPPORT DEBTORS' AMENDMENTS TO SCHEDULES AND SOFA. | 0.10 |
| 09/16/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING QUICKBOOKS ACCESS AND ISSUES REGARDING SAME. | 0.20 |
| 09/16/25 | DNR | APPEAR AT 341 MEETINGS OF CREDITORS. | 2.10 |
| 09/16/25 | DADO | BEGIN DRAFTING APPLICATION TO EMPLOY WEAVER. | 1.50 |
| 09/16/25 | DADO | ATTEND MEETING WITH MS. BEHRENDS AND MS. BENDANA TO PROVIDE BACKGROUND OF THE CASE. | 1.30 |
| 09/17/25 | GPS | CALL WITH DANIELLE BEHRENDS AND CHRISTOPHER RUNCI REGARDING POTENTIAL ENGAGEMENT OF RUNCI GROUP FOR SALE OF PORTFOLIOS. | 0.60 |
| 09/17/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING CALL ON STATUS OF SERVICING AND SALE PROCESS AND PENDING BANK ACCOUNT ITEMS FOR COLLECTIONS TURNOVER TO TRUSTEE. | 0.60 |
| 09/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING POTENTIAL BROKER CALL AND SELECTION OF BROKER FOR SALE PROCESS. | 0.20 |
| 09/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S BANKER REGARDING INQUIRY ON ACH AND WIRING INSTRUCTIONS AND CONFIRMATION OF SAME FOR RECEIPT OF PAYMENTS BY TRUSTEE. | 0.20 |
| 09/17/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING TURNOVER OF FUNDS BY NRA TO TRUSTEE STATUS AND REPORTS ON SAME. | 0.30 |
| 09/17/25 | DNR | REVIEW RECEIVER'S MOTION FOR PROTECTIVE ORDER AND PROPOSED FORM OF SAME. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 15

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/17/25 | DNR | CALL WITH OLIPHANT COUNSEL REGARDING SERVICING, COLLECTIONS, AND OTHER URGENT OPERATIONAL ITEMS. | 0.50 |
| 09/17/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LIEN RELEASE PAYMENT FROM OUSA. | 0.10 |
| 09/17/25 | DNR | RECEIVE AND REVIEW LETTER FROM OLIPHANT COUNSEL REGARDING LIEN RELEASE REQUEST AND PAYMENT TURNOVER REGARDING SAME. | 0.20 |
| 09/17/25 | DNR | CORRESPONDENCE TO LAIRD OSKIN REGARDING LIMITED POWER OF ATTORNEY OF TRUSTEE ON BEHALF OF DEBTOR FOR MARINER FINANCE FOR LIEN RELEASE REQUESTS. | 0.10 |
| 09/17/25 | DNR | CORRESPONDENCE TO TRUSTEE AND WEAVER REGARDING DRAFT EMPLOYMENT APPLICATION, PROPOSED ORDER, AND SUPPORTING DECLARATION FOR SAME. | 0.10 |
| 09/17/25 | DNR | REVISE WEAVER'S EMPLOYMENT APPLICATION AND PROPOSED ORDER AND DRAFT SUPPORTING DECLARATION FOR SAME. | 2.50 |
| 09/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING JURY TRIAL SETTING IN LITIGATION WHERE DEBTOR IS PLAINTIFF ON SEPTEMBER 29, 2025. | 0.40 |
| 09/17/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL AND OLIPHANT'S COUNSEL REGARDING JURY TRIAL SETTING OF DEBTOR AND OTHER LITIGATION CALENDAR ITEMS. | 0.30 |
| 09/18/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING PENDING LITIGATION WHERE DEBTOR IS PLAINTIFF AND OUTSTANDING ITEMS REQUIRED FOR SAME. | 0.30 |
| 09/18/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING OPERATIONAL ASPECTS OF PORTFOLIO. | 0.30 |
| 09/18/25 | DNR | CORRESPONDENCE WITH UST REGARDING CALL REQUEST REGARDING OPERATIONS AND SETTLEMENT ITEMS. | 0.20 |
| 09/18/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING RETENTION AS BROKER AND ENGAGEMENT DOCUMENTS ON SAME. | 0.30 |
| 09/18/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING DRAFT ENGAGEMENT LETTER OF GARNET AND FURTHER COMMENTS REQUESTED ON SAME. | 0.10 |
| 09/18/25 | DNR | PROVIDE INITIAL COMMENTS TO ENGAGEMENT LETTER FOR GARNET'S RETENTION AS BROKER. | 0.40 |
| 09/18/25 | DNR | CORRESPONDENCE TO OLIPHANT'S COUNSEL AND DEBTORS' COUNSEL REGARDING REQUEST FOR INFORMATION ON DEBTOR'S PORTFOLIO AND UPDATE ON BROKER. | 0.10 |
| 09/18/25 | DNR | CORRESPONDENCE TO COUNSEL FOR NRA REGARDING DRAFT MSA. | 0.10 |
| 09/18/25 | DNR | CORRESPONDENCE WITH OLIPHANT'S COUNSEL REGARDING PAYMENT FROM | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 16

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | NRA AND STATUS REQUEST FROM TRUSTEE. | |
| 09/18/25 | DADO | DRAFT APPLICATION TO EMPLOY GARNET AS BROKER. | 1.10 |
| 09/19/25 | GPS | REVIEW DRAFT ENGAGEMENT LETTER FOR GARNET CAPITAL AND PROVIDE COMMENTS. | 1.30 |
| 09/19/25 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING STATUS OF LIEN RELEASE REQUEST AND DOCUMENTATION REQUESTED FROM OLIPHANT. | 0.40 |
| 09/19/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING DRAFT MSA AND OPERATIONAL ITEMS. | 0.40 |
| 09/19/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING REQUEST FOR LENDER INFORMATION ON LIEN RELEASE PAYMENT IN JULY 2025. | 0.20 |
| 09/19/25 | DNR | CALL WITH TEAM, TRUSTEE, AND UST REGARDING OPERATIONS AND SALE ITEMS THAT REQUIRE URGENT ATTENTION. | 0.70 |
| 09/19/25 | DNR | CALL WITH DEBORAH D. WILLIAMSON REGARDING MSA AND OPERATION HURDLES. | 0.20 |
| 09/19/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING CAG DATA FILE. | 0.20 |
| 09/19/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE COUNSEL REGARDING FEE APPLICATION. | 0.20 |
| 09/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE PAYMENT AND CONFIRMATION OF SAME OUTSTANDING TO OLIPHANT. | 0.30 |
| 09/19/25 | DNR | CORRESPONDENCE WITH TEAM REGARDING LITIGATION WHERE DEBTOR IS PLAINTIFF AND RECORDS SIGNED POST-PETITION ON BEHALF OF DEBTOR. | 0.30 |
| 09/19/25 | DNR | RECEIVE ELEVENTH DOCUMENT PRODUCTION FROM OLIPHANT'S COUNSEL AND REVIEW COVER LETTER AND CONTENTS. | 0.50 |
| 09/19/25 | DNR | CORRESPONDENCE TO GARY SEGAL AND TRUSTEE REGARDING DOCUMENT PRODUCTION FROM OLIPHANT SUPPORTING ASSET ANALYSIS AND DRAFT MSA. | 0.10 |
| 09/19/25 | DNR | RECEIVE AND REVIEW PROPOSAL FROM POTENTIAL BROKER. | 0.20 |
| 09/19/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING COMMENTS TO DRAFT ENGAGEMENT LETTER OF GARNET. | 0.10 |
| 09/19/25 | DNR | REVISE DRAFT ENGAGEMENT LETTER OF GARNET. | 0.20 |
| 09/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND WEAVER REGARDING CHANGES TO EMPLOYMENT APPLICATION. | 0.30 |
| 09/19/25 | DNR | REVIEW CHANGES PROPOSED BY WEAVER TO RETENTION APPLICATION AND SUPPORTING DECLARATION. | 0.20 |
| 09/19/25 | DNR | CALL WITH GARY SEGAL REGARDING RETENTION TERMS FOR GARNET. | 0.10 |



RON SATIJA                                           MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                        INVOICE #: 3719218
CHAPTER 7 TRUSTEE                                    PAGE 17

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/19/25 | DNR | CONTINUE DRAFTING APPLICATION TO EMPLOY GARNET AS BROKER, SUPPORTING DECLARATION OF LOUIS DIPALMA, AND PROPOSED ORDER. | 2.00 |
| 09/19/25 | DADO | REVISIONS TO APPLICATION TO EMPLOY GARNET. | 0.80 |
| 09/19/25 | DADO | BEGIN DRAFTING NOTICE OF TRUSTEE'S EXECUTION OF LIEN RELEASE. | 0.60 |
| 09/19/25 | DADO | ATTEND CALL WITH MS. BEHRENDS, MS. WILLIAMSON, AND U.S. TRUSTEE REGARDING STATUS OF CASE. | 0.70 |
| 09/19/25 | DDW | PREPARE FOR AND ATTEND CONFERENCE WITH MS. THOMAS OF UNITED STATES TRUSTEE'S OFFICE. | 0.90 |
| 09/21/25 | DADO | REVISIONS TO GARNET'S APPLICATION TO EMPLOY BASED ON COMMENTS. | 0.50 |
| 09/22/25 | DNR | REVIEW ORDER SUBSTITUTING COUNSEL FOR THE DEBTORS. | 0.10 |
| 09/22/25 | DNR | CORRESPONDENCE TO GARNET REGARDING COMMENTS TO DRAFT ENGAGEMENT LETTER. | 0.10 |
| 09/22/25 | DNR | CORRESPONDENCE WITH COUNSEL TO NRA AND TRUSTEE REGARDING CALL TO DISCUSS DEBTOR'S PORTFOLIO AND POTENTIAL MSA. | 0.30 |
| 09/22/25 | DNR | REVISE AND FINALIZE WEAVER APPLICATION TO EMPLOY, SUPPORTING DECLARATION, AND PROPOSED ORDER. | 0.60 |
| 09/22/25 | DNR | CORRESPONDENCE TO WEAVER REGARDING REVISIONS TO APPLICATION TO EMPLOY AND OBJECTION DEADLINE FOR SAME. | 0.10 |
| 09/22/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING COMMENTS ON DRAFT ENGAGEMENT LETTER. | 0.20 |
| 09/22/25 | DNR | CORRESPONDENCE FROM DEBTORS' COUNSEL REGARDING UPDATED LICENSING MATRIX. | 0.10 |
| 09/22/25 | DNR | REVIEW UPDATED LICENSING MATRIX SENT BY DEBTORS' COUNSEL. | 0.20 |
| 09/22/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TAX RETURNS OUTSTANDING AND PRIOR FILED RETURNS OF DEBTORS. | 0.30 |
| 09/22/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING LICENSING MATRIX AND CORRESPONDENCE TO DEBTOR FROM VARIOUS STATE REGULATORS THAT REQUIRE ADDRESSING. | 0.40 |
| 09/22/25 | DNR | CALL WITH NRA REPRESENTATIVES AND COUNSEL, TRUSTEE, AND TEAM REGARDING SERVICING, LICENSING, AND OTHER OPERATIONAL ISSUES. | 1.20 |
| 09/22/25 | DNR | CORRESPONDENCE TO OLIPHANT COUNSEL REGARDING CONFIRMATION OF LIEN RELEASE PROCEEDS RECEIPT. | 0.10 |
| 09/22/25 | DNR | CALL WITH GARY SEGAL AND TRUSTEE REGARDING VALUATION AND PORTFOLIO ANALYSIS ISSUES IN TANDEM WITH SALE PROCESS. | 0.50 |
| 09/22/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING PORTFOLIO ANALYSIS AND | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 18

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-------|
| | | OUTSTANDING INFORMATION. | |
| 09/22/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING DATA FILE AND ACCESS TO SAME BY EXTERNAL USERS OF OUSA. | 0.20 |
| 09/22/25 | DNR | CORRESPONDENCE TO E-COLLECT REPRESENTATIVE REGARDING DRAFT SOW AND CONFIDENTIALITY AGREEMENT REQUIREMENT FOR TRUSTEE AND HIS PROFESSIONALS. | 0.10 |
| 09/22/25 | GPS | CALL WITH JONATHAN GOLDBERG, DARA TARKOWSKI, MR. SATIJA, MS. DOUGLAS AND MS. BEHRENDS REGARDING NRA BECOMING NEW MASTER SERVICER. | 1.20 |
| 09/22/25 | GPS | FOLLOW UP CALL WITH MR. SATIJA AND MS. BEHRENDS REGARDING CALL WITH NRA TEAM. | 0.50 |
| 09/22/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL, E-COLLECT REPRESENTATIVE, AND DEBORAH D. WILLIAMSON REGARDING NDA REQUIREMENT AND SOW ITEMS. | 0.30 |
| 09/22/25 | DNR | CALL WITH GARNET REGARDING COMMENTS TO ENGAGEMENT LETTER. | 0.30 |
| 09/22/25 | DADO | REVIEW EMAIL CORRESPONDENCE FROM OLIPHANT'S COUNSEL REGARDING LOUISIANA LICENSING EXAMINATION AND CALIFORNIA LICENSING ISSUES. | 0.40 |
| 09/22/25 | DADO | EMAIL CORRESPONDENCE WITH MS. BEHRENDS REGARDING LICENSING ISSUES AND OLIPHANT'S COUNSEL'S EMAIL. | 0.20 |
| 09/22/25 | DADO | CONFERENCE WITH MS. BEHRENDS, NRA, AND MR. SATIJA REGARDING CAG PORTFOLIO AND POTENTIAL SERVICING OF THE PORTFOLIO. | 1.20 |
| 09/22/25 | DADO | REVIEW LOUISIANA EXAMINATION QUESTIONNAIRE AND LOAN LOG REQUEST. | 0.20 |
| 09/23/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND DEBORAH D. WILLIAMSON REGARDING NDA REQUIREMENT AND E-COLLECT SOW ITEMS. | 0.40 |
| 09/23/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING BARTON DOCTRINE ITEMS AND COMMENTS TO REVISED ENGAGEMENT LETTER. | 0.20 |
| 09/23/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE PROCESS AND LPOA DOCUMENT FOR MARINER FINANCE. | 0.20 |
| 09/23/25 | DNR | RESEARCH INDEMNIFICATION AND BARTON DOCTRINE ITEMS FOR RESPONSE TO GARNET AND REVERSION OF ENGAGEMENT LETTER. | 0.30 |
| 09/23/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING NOTICE AND CERTIFICATION DRAFT CONTEMPLATED IN SECOND INTERIM LIENHOLDER RIGHTS ORDER. | 0.10 |
| 09/23/25 | DNR | DRAFT AND REVISE NOTICE OF INTENTION TO EXECUTE LIEN RELEASE PURSUANT TO SECOND INTERIM LIENHOLDER RIGHTS ORDER. | 0.50 |
| 09/23/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING ACCOUNT INFORMATION REGARDING LIEN RELEASE PROCEEDS RECEIVED BY TRUSTEE TO | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 19

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | DATE. | |
| 09/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE UPDATE. | 0.20 |
| 09/24/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING NEW LIEN RELEASE REQUEST AND ACCOUNT BARRED ISSUE PER SECOND INTERIM ORDER REGARDING LIENHOLDER RIGHTS. | 0.30 |
| 09/24/25 | DNR | REVISE AND FINALIZE NOTICE OF TRUSTEE'S INTENTION TO EXECUTE LIEN RELEASE. | 0.20 |
| 09/24/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING CAG PORTFOLIO QUESTIONS. | 0.20 |
| 09/24/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND DEBTORS' COUNSEL REGARDING INFORMATION REQUESTED ON CAG PORTFOLIO. | 0.80 |
| 09/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING REFUSAL TO TURNOVER INFORMATION OF DEBTOR. | 0.30 |
| 09/24/25 | DNR | CORRESPONDENCE TO ALICIA BENDANA REGARDING SPECIAL LITIGATION COUNSEL AND DRAFT ENGAGEMENT LETTER REQUEST. | 0.10 |
| 09/24/25 | DNR | CORRESPONDENCE FROM STATE COURT RECEIVER AND PLAINTIFFS' COUNSEL REGARDING QUESTIONS ON NOTICE OF TRUSTEE'S INTENTION TO EXECUTE LIEN RELEASE. | 0.10 |
| 09/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING INQUIRIES SUBMITTED IN RESPONSE TO LIEN RELEASE NOTICE. | 0.10 |
| 09/24/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING COMMENTS TO FURTHER REVISED ENGAGEMENT LETTER. | 0.20 |
| 09/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING GARNET'S FURTHER REVISED ENGAGEMENT LETTER. | 0.20 |
| 09/24/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING NEW LIEN RELEASE REQUEST. | 0.40 |
| 09/24/25 | DADO | REVIEW EMAIL CORRESPONDENCE FROM COUNSEL TO OLIPHANT REGARDING LIEN RELEASE REQUEST. | 0.20 |
| 09/24/25 | DADO | (NO CHARGE) REVIEW EMAIL CORRESPONDENCE FROM MS. BEHRENDS AND COUNSEL TO THE DEBTOR REGARDING INQUIRY INTO PORTFOLIO. | 0.00 |
| 09/24/25 | DADO | REVIEW HELLER GROUP PROOF OF CLAIM. | 0.30 |
| 09/24/25 | DADO | REVIEW EMAIL CORRESPONDENCE TO MR. SATIJA REGARDING FEEDBACK ON LIEN RELEASE NOTICE. | 0.30 |
| 09/25/25 | DNR | FURTHER REVISE AND FINALIZE GARNET'S ENGAGEMENT LETTER WITH TRUSTEE. | 0.40 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719218

CHAPTER 7 TRUSTEE

PAGE 20

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/25/25 | DNR | CORRESPONDENCE WITH KERRY ALLEYNE REGARDING LIEN RELEASE QUESTIONS. | 0.20 |
| 09/25/25 | DNR | CORRESPONDENCE WITH OLIPHANT COUNSEL REGARDING NEW LIEN RELEASE INFORMATION AND QUESTIONS SENT BY CREDITORS' COUNSEL RELATING TO INITIAL LIEN RELEASE NOTICE. | 0.20 |
| 09/25/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING STATUS OF NRA FUNDS. | 0.20 |
| 09/25/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING REQUEST FOR ACCOUNT STATUS AND NRA FUNDS. | 0.10 |
| 09/25/25 | DNR | RECEIVE AND PROVIDE COMMENTS TO GARNET'S NDA WITH TRUSTEE; FINALIZE SAME. | 0.40 |
| 09/25/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING FURTHER REVISIONS TO ENGAGEMENT LETTER AND COMMENTS TO NDA. | 0.40 |
| 09/25/25 | DNR | CORRESPONDENCE WITH ALICIA BENDANA REGARDING RETENTION SCOPE FOR SPECIAL LITIGATION COUNSEL. | 0.20 |
| 09/25/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ENGAGEMENT LETTER AND NDA WITH GARNET AND COMMENTS ON BOTH DOCUMENTS. | 0.30 |
| 09/25/25 | DNR | REVIEW DOCUMENTS FROM LIEN RELEASE REQUESTS AND OUSA AND SEND DETAILED RESPONSE TO ROYAL LEA AND RANDY PULMAN'S LIST OF QUESTIONS. | 0.50 |
| 09/25/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING DRAFT EMPLOYMENT APPLICATION, SUPPORTING DECLARATION, AND PROPOSED ORDER ON SAME. | 0.10 |
| 09/25/25 | DNR | CONTINUE DRAFTING GARNET'S EMPLOYMENT APPLICATION, SUPPORTING DECLARATION THERETO, AND PROPOSED ORDER. | 0.70 |
| 09/25/25 | DNR | TELEPHONE CONFERENCE WITH COURTROOM DEPUTY REGARDING COURT AVAILABILITY FOR EXPEDITED HEARING THE WEEK OF SEPTEMBER 29, 2025. | 0.10 |
| 09/25/25 | DNR | RECEIVE UPDATE FROM OUSA COUNSEL ON PENDING SUMMARY JUDGMENT AND CANCELLATION OF JURY TRIAL IN LITIGATION WHERE DEBTOR IS PLAINTIFF. | 0.10 |
| 09/25/25 | DNR | PROVIDE UPDATE TO TRUSTEE ON PENDING SUMMARY JUDGMENT AND CANCELLATION OF JURY TRIAL IN LITIGATION WHERE DEBTOR IS PLAINTIFF. | 0.10 |
| 09/25/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING LIEN RELEASE REQUEST. | 0.50 |
| 09/26/25 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING LIEN RELEASE STATUS AND PAYOFF LETTER FROM OUSA. | 0.30 |
| 09/26/25 | DNR | RECEIVE AND REVIEW COMMENTS FROM GARNET TO EMPLOYMENT APPLICATION AND SUPPORTING DECLARATION THERETO. | 0.20 |
| 09/26/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING CONFLICT SEARCH PARTIES | 0.40 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 21

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | AND APPLICATION TO EMPLOY ITEMS. | |
| 09/26/25 | DNR | RECEIVE AND REVIEW EXECUTED ENGAGEMENT LETTER WITH GARNET FROM TRUSTEE. | 0.10 |
| 09/26/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING FILED PROOF OF CLAIMS. | 0.50 |
| 09/29/25 | DNR | REVISE APPLICATION TO EMPLOY GARNET AND SUPPORTING DECLARATION THERETO. | 0.30 |
| 09/29/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING DRAFT APPLICATION TO EMPLOY GARNET AND REQUEST FOR EXPEDITED HEARING ON SAME. | 0.60 |
| 09/29/25 | DNR | VARIOUS CALLS AND CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING COURT AVAILABILITY FOR EXPEDITED HEARING ON GARNET EMPLOYMENT APPLICATION. | 0.60 |
| 09/29/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING APPLICATION TO EMPLOY AND HEARING AVAILABILITY ON SAME. | 0.40 |
| 09/29/25 | DNR | DRAFT MOTION FOR EXPEDITED HEARING ON APPLICATION TO EMPLOY GARNET; FURTHER REVISE CERTIFICATE OF CONFERENCE AFTER NUMEROUS CALLS AND EMAILS. | 0.60 |
| 09/29/25 | DNR | CORRESPONDENCE TO DEBTORS' COUNSEL REGARDING STATUS OF RECEIVING PORTFOLIO INFORMATION REQUESTED FROM THE DEBTOR. | 0.10 |
| 09/29/25 | DNR | CALL WITH ALICIA BENDANA REGARDING LITIGATION COUNSEL AND SCOPE. | 0.50 |
| 09/29/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING STATUS OF FUND TURNOVER AND REPORTING ON SAME. | 0.10 |
| 09/29/25 | DNR | CALL WITH TRUSTEE REGARDING DRAFT ADEQUATE PROTECTION MOTION OF STATE-COURT RECEIVER. | 0.40 |
| 09/29/25 | DNR | CORRESPONDENCE WITH ROYAL LEA AND RANDY PULMAN REGARDING CALL TO DISCUSS PENDING ITEMS WITH TRUSTEE. | 0.20 |
| 09/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING FINAL CASH COLLATERAL HEARING. | 0.20 |
| 09/29/25 | DNR | CORRESPONDENCE FROM VARIOUS COUNSEL OF RECORD REGARDING PROOF OF CLAIM DOCUMENTATION. | 0.20 |
| 09/29/25 | DADO | REVIEW FERRUM'S DRAFT MOTION FOR ADEQUATE PROTECTION. | 0.40 |
| 09/30/25 | DNR | REVIEW VARIOUS LENDER PROMISSORY NOTES WITH CAG IN CONJUNCTION WITH WATERFALL SPREADSHEETS FROM OUSA. | 1.00 |
| 09/30/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING PROMISSORY NOTES AND PERCENTAGE BREAKDOWN FOR EACH SECURED LENDER. | 0.10 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719218

CHAPTER 7 TRUSTEE

PAGE 22

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 09/30/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING GARNET EXPEDITED HEARING AND COURT AVAILABILITY CHALLENGES. | 0.40 |
| 09/30/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN AND ROYAL LEA REGARDING DOCUMENT PRODUCTION REQUEST AND CONSENT BY OUSA TO ONE DOCUMENT. | 0.20 |
| 09/30/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE DOCUMENTATION AND SIGNATURE REQUESTS. | 0.20 |
| 09/30/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL AND OUSA COUNSEL REGARDING LICENSING NOTICES AND COLLECTION THREATS. | 0.30 |
| 09/30/25 | DNR | CORRESPONDENCE TO UST REGARDING 341 AUDIO REQUEST. | 0.10 |
| 09/30/25 | DNR | CALL WITH RANDY PULMAN, PAT LOWE, ROYAL LEA, AND TRUSTEE REGARDING LICENSING, ADEQUATE PROTECTION, AND SALE CONCERNS. | 1.30 |
| 09/30/25 | DNR | CALL WITH DOMINIQUE DOUGLAS AND TRUSTEE REGARDING PROTECTIVE ORDER ISSUES, BROKER ENGAGEMENT AND CONSULTING ASPECT, AND DEBTOR'S TESTIMONY ITEMS. | 1.00 |
| 09/30/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING MARINER FINANCE LIEN RELEASE DOCUMENTATION. | 0.50 |
| 09/30/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING WITNESS AND VIDEO CONFERENCE TESTIMONY. | 0.30 |
| 09/30/25 | DNR | CALL WITH DOMINIQUE DOUGLAS REGARDING SECURITY INSTRUMENTS AND WATERFALL SPREADSHEET RECONCILIATION QUESTIONS FROM OUSA. | 0.50 |
| 09/30/25 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING SAUL EWING'S FEE AND RETENTION APPLICATION. | 0.30 |
| 09/30/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING THIRD AMENDED PETITION IN STATE COURT CASE. | 0.20 |
| 09/30/25 | DNR | REVIEW PLAINTIFFS' THIRD AMENDED PETITION FROM RANDY PULMAN IN STATE COURT CASE WHICH INCLUDES NEW CAUSES OF ACTION REGARDING CAG AND PRINCIPALS. | 0.30 |
| 09/30/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING ADDITIONAL LIEN RELEASE REQUEST FOR TIME-BARRED ACCOUNT. | 0.20 |
| 09/30/25 | DNR | NUMEROUS CORRESPONDENCES AND CALL WITH COURTROOM DEPUTY REGARDING EXPEDITED HEARING AND VIDEO CONFERENCE REQUESTS. | 0.40 |
| 09/30/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING GARNET ENGAGEMENT LETTER AND CONCERNS RAISED BY ROYAL LEA. | 0.30 |
| 09/30/25 | DADO | MULTIPLE CONFERENCES WITH MS. BEHRENDS REGARDING THE IMPACT OF FERRUM'S ADEQUATE PROTECTION MOTION, BREAKDOWN OF THE "SPLIT" OF FUNDS BETWEEN THE DEBTOR AND VARIOUS SECURED CREDITORS, AND | 1.70 |



RON SATIJA                                          MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                       INVOICE #: 3719218
CHAPTER 7 TRUSTEE                                   PAGE 23

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| | | REVIEW OF SECURITY AGREEMENTS AND PROMISSORY NOTES. | |
| 09/30/25 | DADO | CASE UPDATE AND STRATEGY MEETING WITH MR. SATIJA AND MS. RUSHING BEHRENDS. | 1.00 |
| 09/30/25 | DADO | MULTIPLE EMAIL CORRESPONDENCE AND MULTIPLE PHONE CONFERENCES WITH VARIOUS STATES LICENSING AGENCIES REGARDING EXAMINATION REQUESTS RECEIVED BY THE TRUSTEE TO EXTEND DEADLINE AND ALERT THEM TO THE IMPOSITION OF THE AUTOMATIC STAY. | 0.80 |
| 09/30/25 | DADO | EMAIL CORRESPONDENCE WITH COUNSEL TO OUSA REGARDING FORMAT FOR LIEN RELEASE REQUEST AND REVIEW OF MOST RECENT REQUEST. | 0.30 |
| 09/30/25 | DADO | REVISE ORDER GRANTING MOTION TO EXPEDITE HEARING ON GARNET'S APPLICATION. | 0.20 |
| | | **TOTAL HOURS** | **138.80** |
| | | **TOTAL** | **$80,696.50** |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 24

MARCH 5, 2026

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|---|---|---|---|---|
| GPS | GARY P. SEGAL | 6.60 | 875.00 | 5,775.00 |
| DDW | DEBORAH WILLIAMSON | 0.90 | 980.00 | 882.00 |
| DNR | DANIELLE R. BEHRENDS | 98.20 | 605.00 | 59,411.00 |
| DADO | DOMINIQUE A. DOUGLAS | 30.70 | 450.00 | 13,815.00 |
| LAMU1 | LISA MURPHY | 1.10 | 385.00 | 423.50 |
| GES1 | GUILLERMO ESCOBAR | 1.30 | 300.00 | 390.00 |
| | **TOTAL** | **138.80** | | **$80,696.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 25

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03/25 | VENDOR: CAPITOL SERVICES, LLC INVOICE#: 2025478906 DATE: 9/3/2025   - CAPITOL SERVICES, LLC - INV#: 2025478906 - CAPITOL SERVICES, LLC- INV#:2025478906, 09/03/25, DILIGENCE FEE | 509.92 |
| 09/11/25 | VENDOR: DANIELLE RUSHING BEHRENDS INVOICE#: 010047014697 DATE: 9/11/2025    - PARKING 09-11-25 - PARKING FEES FOR HEARING 09-11-25 | 19.05 |
|  | PRINTING EXPENSES | 1,392.60 |
|  | **TOTAL DISBURSEMENTS** | **1,921.57** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719218
PAGE 26

MARCH 5, 2026

**TASK SUMMARY**

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 9.70 | 5,942.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 13.00 | 7,720.50 |
| B130 | ASSET DISPOSITION | 2.20 | 1,547.00 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 12.10 | 7,258.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 29.50 | 17,403.00 |
| B190 | OTHER CONTESTED MATTERS | 2.00 | 900.00 |
| B210 | BUSINESS OPERATIONS | 45.30 | 26,182.50 |
| B230 | FINANCING AND CASH COLLATERAL | 7.50 | 4,258.50 |
| B240 | TAX | 0.30 | 181.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.80 | 360.00 |
| BT110 | LITIGATION | 11.80 | 6,798.00 |
| BT140 | CORPORATE FINANCE | 1.10 | 423.50 |
| BT150 | DATA ANALYSIS | 1.30 | 390.00 |
| BT200 | INSURANCE | 2.20 | 1,331.00 |
| | **TOTAL** | **138.80** | **80,696.50** |



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719219

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---|
| FEES | $ | 73,810.00 |
| DISBURSEMENTS | | 738.16 |
| **INVOICE TOTAL** | **$** | **74,548.16** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 2

MARCH 5, 2026

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 10/01/25 | DNR | CORRESPONDENCE WITH UST REGARDING 341 AUDIO REQUESTS. | 0.20 |
| 10/01/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING EXPEDITED HEARING ON GARNET RETENTION APPLICATION. | 0.30 |
| 10/01/25 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING ENGAGEMENT LETTER ITEMS AND HEARING DETAILS ON EMPLOYMENT APPLICATION. | 0.40 |
| 10/01/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL AND CONTACT REGARDING TURNOVER OF FUNDS AND REMITTANCE REPORTS FOR JUNE THROUGH AUGUST 2025. | 0.50 |
| 10/01/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING PROTECTIVE ORDER ENTRY AND REQUEST FOR AGREEMENT FOR ENTRY OF ORDER. | 0.40 |
| 10/01/25 | DNR | CALL WITH MIKE RIDULFO REGARDING LICENSING, OPERATIONAL, BROKER, AND TURNOVER ISSUES. | 1.00 |
| 10/01/25 | DNR | REVIEW ORDER SETTING EXPEDITED HEARING ON GARNET APPLICATION TO EMPLOY. | 0.10 |
| 10/01/25 | DNR | RECEIVE AND DOWNLOAD 341 MEETING AUDIO FROM UST FOR SEPTEMBER 2025. | 0.20 |
| 10/01/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING REVISION TO PROPOSED PROTECTIVE ORDER TO REMOVE HOLLINS CAPTION AND UPLOADING ITEMS. | 0.20 |
| 10/01/25 | DNR | REVISE AND FINALIZE AGREED PROTECTIVE ORDER WITH CIRCULATION TO ALL VARIOUS COUNSEL OF RECORD. | 0.20 |
| 10/01/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING UPLOADING AGREED PROTECTIVE ORDER. | 0.10 |
| 10/01/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING NRA REMITTANCE REPORTS FOR JUNE THROUGH AUGUST. | 0.10 |
| 10/01/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING INFORMATION ON PORTFOLIO AND DRAFT MSA. | 0.10 |
| 10/01/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST AND STATUS OF FUND TURNOVER. | 0.40 |
| 10/01/25 | DNR | ANALYZE GARNET ENGAGEMENT LETTER AND CORRESPONDENCE WITH TRUSTEE REGARDING COMMENTS ON SAME REGARDING BREAKUP FEE AND PHASES FOR WORK. | 0.30 |



RON SATIJA                                                          MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                                       INVOICE #: 3719219
CHAPTER 7 TRUSTEE                                                   PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/01/25 | DNR | CALL WITH DOMINIQUE DOUGLAS AND TRUSTEE REGARDING ASSET ANALYSIS AND INFORMATION FROM OUSA ON PORTFOLIO, BROKER, AND OPERATIONAL ISSUES. | 1.10 |
| 10/01/25 | DNR | RECEIVE AND REVIEW EXECUTED LIEN RELEASE AFFIDAVITS FROM TRUSTEE. | 0.20 |
| 10/01/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING FIRST SET OF EXECUTED LIEN RELEASES. | 0.10 |
| 10/01/25 | DADO | DRAFT AND FINALIZE NOTICE OF HEARING FOR GARNET'S APPLICATION TO EMPLOY. | 0.20 |
| 10/01/25 | DADO | RECEIVE AND REVIEW MULTIPLE LIEN RELEASE REQUESTS AND PERTINENT DOCUMENTS TO DETERMINE VALIDITY OF LIEN RELEASE. | 0.40 |
| 10/01/25 | DADO | CONFERENCE WITH CLIENT AND MS. BEHRENDS REGARDING NEW LIEN RELEASE REQUESTS, REQUESTS RECEIVED FROM "SECURED PARTIES", HEARING ON APPLICATION TO EMPLOY GARNET AND OBJECTIONS RECEIVED FOR THE SAME. | 1.10 |
| 10/01/25 | DADO | MULTIPLE CORRESPONDENCE WITH MS. BEHRENDS REGARDING NEW LIEN RELEASE REQUESTS, PROTECTIVE ORDER, CREDITOR CONCERNS WITH APPLICATION TO EMPLOY AND REQUEST FOR ADEQUATE PROTECTION. | 0.60 |
| 10/01/25 | DADO | REVISIONS TO PROTECTIVE ORDER. | 0.20 |
| 10/01/25 | DADO | PHONE CONFERENCE WITH NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE REGARDING LICENSES AND STATUS OF COLLINS' BANKRUPTCY. | 0.40 |
| 10/02/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING ENTERED AGREED CONFIDENTIALITY AND PROTECTIVE ORDER. | 0.10 |
| 10/02/25 | DNR | REVIEW AGREED CONFIDENTIALITY AND PROTECTIVE ORDER ENTERED BY COURT. | 0.10 |
| 10/02/25 | DNR | CALL WITH COURTROOM DEPUTY REGARDING VIDEO APPEARANCE REQUEST FOR OCTOBER 8, 2025 HEARING. | 0.10 |
| 10/02/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND TRUSTEE REGARDING STATUS OF FUNDS FROM NRA AND REPORTING FOR SAME. | 0.40 |
| 10/02/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND TRUSTEE REGARDING LIEN RELEASE DOCUMENTATION INSTRUCTIONS. | 0.30 |
| 10/02/25 | DNR | PREPARE WITNESS AND EXHIBIT LIST FOR EXPEDITED HEARING ON OCTOBER 8, 2025. | 0.20 |
| 10/02/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL AND OUSA COUNSEL REGARDING REQUEST FOR PURCHASE AGREEMENTS. | 0.20 |
| 10/02/25 | DNR | CALL WITH PAT LOWE, ROYAL LEA, AND TRUSTEE REGARDING OBJECTION TO GARNET EMPLOYMENT APPLICATION. | 0.80 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/02/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING PREPARATION FOR HEARING ON EMPLOYMENT APPLICATION AND HEARING DETAILS. | 0.30 |
| 10/02/25 | DNR | ANALYZE UCC DOCUMENTS ATTACHED TO RECEIVER'S PROOF OF CLAIM. | 0.60 |
| 10/02/25 | DNR | CORRESPONDENCE TO COURT REPORTER REGARDING REQUEST FOR QUOTES ON TRANSCRIPTION OF SEPTEMBER 16, 2025 CREDITOR MEETINGS. | 0.10 |
| 10/02/25 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING FEE APPLICATIONS FOR DELAWARE TRUSTEE AND COUNSEL. | 0.20 |
| 10/02/25 | DNR | CALL WITH MIKE RIDULFO REGARDING QUESTIONS ON PORTFOLIO NAMING CONVENTION AND COLLATERAL FOR VARIOUS SECURED LENDERS. | 0.30 |
| 10/02/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING OPERATIONS PROPOSALS IN SHORT-TERM. | 0.20 |
| 10/02/25 | DDW | REVIEW OF PROPOSED GARNET ENGAGEMENT AND CONFERENCE WITH MS. BEHRENDS REGARDING CERTAIN TERMS. | 0.50 |
| 10/02/25 | DADO | DRAFT LETTERS TO NEW JERSEY, CALIFORNIA, AND LOUISIANA LICENSING AGENCIES REGARDING AUTOMATIC STAY AND FINALIZE THE SAME. | 0.80 |
| 10/02/25 | DADO | SHORT CONFERENCE WITH MS. BEHRENDS REGARDING MASTER SERVICE AGREEMENTS AND PROMISSORY NOTES BETWEEN COLLINS AND CREDITORS. | 0.20 |
| 10/02/25 | DADO | REVIEW FERRUM'S PROOF OF CLAIM AND ATTACHED UCC FILINGS. | 0.20 |
| 10/03/25 | DNR | CORRESPONDENCE TO NRA COUNSEL AND REPRESENTATIVE REGARDING POTENTIAL MSA FOR CONSIDERATION BY TRUSTEE. | 0.10 |
| 10/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING COMMUNICATIONS WITH POTENTIAL SECURED LENDERS REGARDING CAUSES OF ACTION PURSUIT, CARVE-OUT ISSUES, CASH COLLATERAL ORDER ITEMS, AND BROKER RETENTION. | 0.40 |
| 10/03/25 | DNR | ANALYZE UCCS AND EXHIBITS THERETO AND SUBSEQUENT AMENDMENTS FILED BY FERRUM CAPITAL AND PREPARE ANALYSIS SPREADSHEET FOR SNAPSHOT OF ALLEGED SECURITY INTERESTS AND COLLATERAL FOR FERRUM CAPITAL RECEIVER AND TEXAS PLAINTIFFS. | 3.30 |
| 10/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING FERRUM CAPITAL UCC ANALYSIS SPREADSHEET. | 0.10 |
| 10/03/25 | DNR | RECEIVE AND DOWNLOAD APAS FROM DEBTORS' COUNSEL. | 0.30 |
| 10/03/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL, OUSA COUNSEL, AND TRUSTEE REGARDING APAS ENTERED INTO BY DEBTOR FROM 2013 FORWARD. | 0.30 |
| 10/03/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING APAS FROM CAG. | 0.10 |
| 10/03/25 | DNR | REVIEW CASE LAW REGARDING UCC DESCRIPTION FOR COLLATERAL AND SUFFICIENCY IN TEXAS. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/03/25 | DNR | REVISE AND FILE WITNESS AND EXHIBIT LIST FOR OCTOBER 8, 2025 HEARING. | 0.20 |
| 10/03/25 | DNR | CORRESPONDENCE TO ROYAL LEA REGARDING LETTER FROM CHAPTER 7 TRUSTEE REGARDING OUTSTANDING ISSUES. | 0.10 |
| 10/03/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING ENTITY STATUS FOR THREE LISTED SECURED CREDITORS. | 0.10 |
| 10/03/25 | DADO | SHORT CONFERENCE WITH MS. BEHRENDS REGARDING FERRUM'S UCC AND REQUIREMENTS FOR COLLATERAL DESCRIPTIONS AND SPECIFIC CREDITORS' ADDRESSES. | 0.50 |
| 10/03/25 | DADO | RESEARCH REQUIREMENTS FOR DESCRIPTION OF COLLATERAL FILED IN DELAWARE TO DETERMINE ADEQUATE DESCRIPTION OF THE SAME; CONDUCT SEARCH TO VERIFY CORRECT ADDRESS FOR THREE SECURED CREDITORS. | 1.00 |
| 10/06/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING RECEIVER'S OBJECTION TO EMPLOYMENT OF GARNET. | 0.20 |
| 10/06/25 | DNR | CALL WITH GARNET AND TRUSTEE REGARDING SCOPE OF RETENTION AND PHASES. | 0.70 |
| 10/06/25 | DNR | CORRESPONDENCE TO ROYAL LEA REGARDING CALL REQUEST WITH TRUSTEE REGARDING OBJECTION TO GARNET'S EMPLOYMENT APPLICATION. | 0.10 |
| 10/06/25 | DNR | CORRESPONDENCE FROM VARIOUS CREDITORS' COUNSEL REGARDING REQUEST FOR DOCUMENTATION AND ANALYSES OF DEBTOR'S FINANCIALS. | 0.40 |
| 10/06/25 | DNR | CORRESPONDENCE FROM NRA COUNSEL REGARDING ADDITIONAL REVENUE INFORMATION NEEDED. | 0.10 |
| 10/06/25 | DNR | CALL WITH RANDY PULMAN, ROYAL LEA, PAT LOWE, AND TRUSTEE REGARDING GARNET APPLICATION TO EMPLOY AND SALE PROCESS ISSUES. | 1.60 |
| 10/06/25 | DNR | REVIEW RECEIVER'S OBJECTION AND PLAINTIFFS' JOINDER TO RETENTION OF GARNET. | 0.30 |
| 10/06/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN AND OUSA COUNSEL REGARDING ISSUES DOWNLOADING DOCUMENT PRODUCTION FROM OUSA. | 0.20 |
| 10/06/25 | DNR | CORRESPONDENCE WITH MIKE RIDULFO REGARDING MSA AND QUESTIONS ON OPERATIONAL ITEMS. | 0.20 |
| 10/06/25 | DADO | BEGIN DRAFTING REPLY TO OBJECTIONS TO GARNET'S EMPLOYMENT BY PLAINTIFFS AND RECEIVER. | 1.30 |
| 10/07/25 | DNR | ANALYZE DOCUMENT PRODUCTION FROM OUSA REGARDING COLLECTIONS FOR 1Q25 AND 2Q25. | 0.30 |
| 10/07/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING COLLECTIONS DATA AND INFORMATION NEEDED TO PROPOSE MSA. | 0.10 |
| 10/07/25 | DNR | CORRESPONDENCE TO MIKE RIDULFO REGARDING ADDITIONAL INFORMATION | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | REQUESTED FROM OUSA REGARDING DRAFT MSA AND FEE SCHEDULE. | |
| 10/07/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING JOINDER TO OBJECTION TO GARNET EMPLOYMENT APPLICATION. | 0.20 |
| 10/07/25 | DNR | CALL WITH TRUSTEE REGARDING PROPOSED ORDER AND SETTLEMENT PROPOSAL FROM RECEIVER AND PLAINTIFFS. | 1.00 |
| 10/07/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CASH COLLATERAL OBJECTION AND OTHER ISSUES. | 0.60 |
| 10/07/25 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING FEE APPLICATION AND PRO HAC VICE APPLICATIONS POST-TRANSFER. | 0.20 |
| 10/07/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING REPLY TO OBJECTION, RESPONSE AND OBJECTION TO APPLICATION TO EMPLOY, AND PREPARATION FOR EMPLOYMENT APPLICATION HEARING. | 0.30 |
| 10/07/25 | DADO | EMAIL CORRESPONDENCE WITH CLIENT REGARDING STATUS OF LOANS AND WHETHER RECOURSE OR NON-RECOURSE. | 0.20 |
| 10/08/25 | DNR | PREPARE FOR HEARING AND WITNESS EXAMINATION REGARDING GARNET EMPLOYMENT APPLICATION. | 2.00 |
| 10/08/25 | DNR | RECEIVE AND REVIEW LETTER FROM CONSUMER VIA OUSA COUNSEL REGARDING LIEN RELEASE. | 0.20 |
| 10/08/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE CORRESPONDENCE FROM CONSUMER AND THREAT OF LITIGATION. | 0.20 |
| 10/08/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING NO AGREEMENT TO INCLUSION OF ADDITIONAL REQUIREMENTS OF OUSA IN ROYAL LEA'S PROPOSED FORM OF ORDER ON GARNET'S EMPLOYMENT APPLICATION. | 0.10 |
| 10/08/25 | DNR | REVIEW PLAINTIFFS' OBJECTION TO CASH COLLATERAL. | 0.20 |
| 10/08/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING FURTHER REVISED PROPOSED ORDER FROM PLAINTIFFS' COUNSEL REGARDING GARNET EMPLOYMENT APPLICATION. | 0.20 |
| 10/08/25 | DNR | PREPARATION CALL WITH GARNET AND TRUSTEE AHEAD OF EMPLOYMENT APPLICATION HEARING. | 1.20 |
| 10/08/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING HEARING TIMING AND INFORMATION FOR ZOOM APPEARANCES. | 0.30 |
| 10/08/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING REVISED ORDER REFLECTING AGREEMENT ON GARNET EMPLOYMENT APPLICATION. | 0.20 |
| 10/08/25 | DNR | CALL WITH TRUSTEE AND GARNET REGARDING ENGAGEMENT LETTER AND SCOPE OF SERVICES REQUESTED BY SECURED LENDERS' COUNSEL. | 0.40 |
| 10/08/25 | DNR | REVISE AND FINALIZE ORDER REFLECTING AGREEMENT WITH VARIOUS | 0.10 |

**Dykema100** YEARS  EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 7

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | COUNSEL OF RECORD REGARDING RETENTION OF GARNET. | |
| 10/08/25 | DNR | APPEAR BEFORE THE HON. CRAIG A. GARGOTTA ON GARNET EMPLOYMENT APPLICATION AND ATTEND COURT-DIRECTED SETTLEMENT CONFERENCE WITH VARIOUS COUNSEL AND TRUSTEE. | 2.50 |
| 10/08/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING ASSET PURCHASE AGREEMENTS RECEIVED FROM DEBTOR'S COUNSEL. | 0.30 |
| 10/08/25 | DNR | CALL WITH NRA COUNSEL REGARDING POTENTIAL MSA AND COLLECTION ITEMS. | 0.50 |
| 10/08/25 | DNR | CALL WITH TRUSTEE REGARDING CALL WITH NRA COUNSEL. | 0.20 |
| 10/08/25 | DADO | PREPARE FOR AND ATTEND HEARING ON APPLICATION TO EMPLOY GARNET. | 3.00 |
| 10/08/25 | MALM | DRAFT OF DISCOVERY PRODUCTION LOG. | 0.20 |
| 10/09/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING CONNECTIONS IDENTIFIED THROUGH PROVISION OF DEBTOR'S PURCHASE AGREEMENTS. | 0.40 |
| 10/09/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CASH COLLATERAL ITEMS. | 0.50 |
| 10/09/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASES AND CONSUMER CORRESPONDENCE TO OUSA REGARDING SAME AND MY RESPONSE TO CONSUMER DIRECTLY. | 0.40 |
| 10/09/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE AND MAILING ITEMS. | 0.30 |
| 10/09/25 | DNR | CORRESPONDENCE TO CONSUMER REGARDING EXECUTED LIEN RELEASE AND CORRESPONDENCE SUBMITTED TO OUSA REGARDING SAME. | 0.10 |
| 10/09/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING ORDER REGARDING GARNET EMPLOYMENT APPLICATION. | 0.20 |
| 10/09/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING TRUSTEE'S HEARING CONFLICT AND MOTION TO CONTINUE FINAL HEARING ON CASH COLLATERAL MOTION. | 0.60 |
| 10/09/25 | DNR | DRAFT MOTION TO CONTINUE FINAL CASH COLLATERAL HEARING AND PROPOSED ORDER. | 0.80 |
| 10/10/25 | DNR | REVISE AND FINALIZE MOTION TO CONTINUE FINAL HEARING ON CASH COLLATERAL MOTION. | 0.30 |
| 10/10/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING PROPOSED ORDER ON GARNET EMPLOYMENT APPLICATION AND MOTION TO CONTINUE FINAL CASH COLLATERAL HEARING. | 0.20 |
| 10/10/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING MOTION TO CONTINUE FINAL HEARING ON CASH COLLATERAL MOTION. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/10/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING DATA TAPE AND OTHER VALUATION ITEMS. | 0.30 |
| 10/10/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING DATA TAPE AND VALUATION ITEMS FOR GARNET. | 0.10 |
| 10/10/25 | DNR | CORRESPONDENCE TO GARNET REGARDING ORDER APPROVING EMPLOYMENT. | 0.10 |
| 10/10/25 | DNR | REVIEW ORDER APPROVING GARNET'S EMPLOYMENT. | 0.10 |
| 10/10/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING FUNDS FROM NRA AND REMITTANCE REPORT STATUS. | 0.20 |
| 10/10/25 | DNR | RECEIVE SUPPLEMENTAL DOCUMENT PRODUCTION FROM OUSA COUNSEL REGARDING PROPOSED MSA. | 0.20 |
| 10/13/25 | DNR | CORRESPONDENCE WITH E-COLLECT CONTACT REGARDING SOW AND STATUS OF SAME. | 0.20 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING FUNDS FROM NRA. | 0.20 |
| 10/13/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING REMITTANCE REPORTS FOR LATEST FUNDS. | 0.10 |
| 10/13/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING FUNDS FROM NRA AND REMITTANCE REPORTS FOR SAME. | 0.30 |
| 10/13/25 | DNR | CORRESPONDENCE WITH METROPOLITAN COUNSEL REGARDING RELEASE OF LIENS REGARDING DEBTORS. | 0.30 |
| 10/13/25 | DNR | REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION FROM OUSA IN CONTEXT OF PROPOSED MSA DISCUSSION. | 0.50 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING UCC-3S FOR DEBTORS FILED BY METROPOLITAN AND RELATED AGREEMENTS PRODUCED TO TRUSTEE. | 0.40 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING INITIAL CALL WITH OUSA CONTACTS AND ADDITIONAL INFORMATION NEEDED FROM DEBTOR. | 0.20 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DRAFT MSA AND SUPPLEMENTAL DOCUMENT PRODUCTION REGARDING SAME FROM OUSA. | 0.20 |
| 10/13/25 | DNR | DRAFT AND SEND LETTERS TO LICENSING AGENCIES IN LOUISIANA, CALIFORNIA, AND NEW JERSEY REGARDING AUTOMATIC STAY, TRUSTEE'S APPOINTMENT, AND COURT AUTHORIZATION FOR ANY ACTION TAKEN REGARDING DEBTORS. | 1.00 |
| 10/13/25 | DNR | CORRESPONDENCE WITH ALLISON WEI REGARDING AMENDMENT IN CALIFORNIA AND REQUEST FOR POST-PETITION PROCESSING BY STATE | 0.10 |



RON SATIJA

CHAPTER 7 TRUSTEE RON  SATIJA

CHAPTER 7 TRUSTEE

MATTER #: 127196.000001

INVOICE #: 3719219

PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|----|------|
| | | AGENCY. | |
| 10/13/25 | DNR | CORRESPONDENCE WITH COUNSEL FOR DEBTORS AND OUSA REGARDING DATA FILE AND DATA ROOM ACCESS. | 0.20 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DEMAND LETTER RECEIVED BY DELAWARE TRUSTEE AND CHANGE OF ADDRESSES. | 0.10 |
| 10/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING SUPPLEMENT TO DECLARATION OF LOU DIPALMA IN SUPPORT OF GARNET'S EMPLOYMENT APPLICATION. | 0.20 |
| 10/13/25 | DNR | DRAFT SUPPLEMENT TO DECLARATION OF LOU DIPALMA IN SUPPORT OF GARNET'S EMPLOYMENT APPLICATION BASED ON CONNECTIONS IDENTIFIED BY GARNET. | 0.70 |
| 10/13/25 | DNR | REVIEW LICENSING MATRIX AND ADDITIONAL NOTICES RECEIVED FROM OUSA COUNSEL. | 1.20 |
| 10/13/25 | DNR | CORRESPONDENCE TO DEBTORS' COUNSEL REGARDING LICENSE AGENCIES AND REQUEST FOR CONFIRMATION THAT NOTICE WAS GIVEN OF BANKRUPTCY. | 0.10 |
| 10/13/25 | DNR | CORRESPONDENCE FROM RANDY PULMAN REGARDING DOCUMENT REQUESTS. | 0.10 |
| 10/14/25 | DNR | CORRESPONDENCE WITH ALLISON WEI REGARDING CA LICENSURE ITEMS. | 0.20 |
| 10/14/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING CREDITORS' DOCUMENT REQUESTS. | 0.10 |
| 10/14/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING REMITTANCE REPORTS. | 0.20 |
| 10/14/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING REMITTANCE REPORTS STATUS AND SUBMISSION OF SAME. | 0.40 |
| 10/14/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE COUNSEL REGARDING FEE AND EMPLOYMENT APPLICATIONS FOR VARIOUS PROFESSIONALS. | 0.20 |
| 10/14/25 | DNR | CORRESPONDENCE TO RANDY PULMAN REGARDING FORMAL DOCUMENT REQUESTS IN LIEU OF INFORMAL, ONE-OFF REQUESTS. | 0.10 |
| 10/14/25 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING REVISED SUPPLEMENT TO DECLARATION SUPPORTING GARNET'S EMPLOYMENT APPLICATION. | 0.20 |
| 10/14/25 | DNR | REVISE SUPPLEMENT TO DECLARATION IN SUPPORT OF GARNET'S EMPLOYMENT APPLICATION. | 0.20 |
| 10/14/25 | DNR | DRAFT AND SEND LETTER TO MARYLAND AND SOUTH CAROLINA AGENCIES REGARDING AUTOMATIC STAY AND BANKRUPTCY FILING. | 0.60 |
| 10/14/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING COMMUNICATIONS | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | BETWEEN TRUSTEE AND RECEIVER. | |
| 10/15/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING DRAFT MSA AND REMITTANCE REPORTS TO OUSA. | 0.40 |
| 10/15/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING NRA REMITTANCE REPORTS. | 0.10 |
| 10/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING COMMUNICATIONS WITH VARIOUS SECURED CREDITORS REGARDING UPCOMING HEARING MATTERS. | 0.10 |
| 10/15/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING CA BOND LICENSING INVOICE. | 0.10 |
| 10/15/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING ENTRY OF ORDER EMPLOYING WEAVER. | 0.10 |
| 10/15/25 | DNR | CALL WITH TRUSTEE AND WEAVER REGARDING ENGAGEMENT, DOCUMENTS NEEDED, AND QUICKBOOKS ACCESS ITEMS. | 0.50 |
| 10/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND DEBTORS' COUNSEL REGARDING QUICKBOOKS ACCESS AND ACCOUNT INFORMATION. | 0.60 |
| 10/15/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING GARNET'S SUPPLEMENT TO DECLARATION IN SUPPORT OF THEIR EMPLOYMENT APPLICATION. | 0.20 |
| 10/15/25 | DNR | CALL WITH NRA COUNSEL REGARDING POTENTIAL SERVICING AGREEMENT. | 0.10 |
| 10/15/25 | DNR | CORRESPONDENCE WITH POTENTIAL LITIGATION COUNSEL, WEAVER, AND TRUSTEE REGARDING NEXT STEPS AND TASKS REQUIRED. | 0.30 |
| 10/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING GARNET'S EMPLOYMENT AS BROKER. | 0.30 |
| 10/15/25 | DNR | CORRESPONDENCE FROM DEBTORS' COUNSEL REGARDING CONFIRMATION THAT ALL STATES RECEIVED NOTICE OF BANKRUPTCY. | 0.10 |
| 10/15/25 | DNR | CALL WITH PROPOSED LITIGATION COUNSEL AND WEAVER REGARDING DOCUMENTS NEEDED AND URGENT ACTIONS. | 1.10 |
| 10/15/25 | DNR | CALL WITH GARNET REGARDING PROGRESS ON OBTAINING DATA FROM OUSA AND STATUS OF VALUATION OF DEBTOR'S ASSETS. | 0.40 |
| 10/15/25 | DNR | COMPILE AND SEND DOCUMENTS TO WEAVER AND PROPOSED LITIGATION COUNSEL FOR ASSET ANALYSIS AND FINANCIALS. | 0.40 |
| 10/15/25 | DNR | REVIEW ORDER CONTINUING FINAL CASH COLLATERAL HEARING. | 0.10 |
| 10/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CASH COLLATERAL ITEMS FOR FINAL BUDGET. | 0.20 |
| 10/15/25 | DADO | CONFERENCE WITH GARNET AND MS. BEHRENDS REGARDING STATUS OF | 0.70 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | VALUATION AND GOING FORWARD ITEMS. | |
| 10/16/25 | DNR | CORRESPONDENCE TO GARY SEGAL AND TRUSTEE REGARDING DRAFT MSA AND COUNTER TO OUSA. | 0.10 |
| 10/16/25 | DNR | REVIEW DRAFT MSA SENT BY OUSA FOR CONSIDERATION BY TRUSTEE. | 0.30 |
| 10/16/25 | DNR | CALL WITH TRUSTEE REGARDING COMMUNICATIONS WITH RECEIVER AND URGENT CASE ITEMS. | 0.70 |
| 10/17/25 | DNR | CORRESPONDENCE WITH ROYAL LEA AND RECEIVER REGARDING MEETING WITH TRUSTEE. | 0.30 |
| 10/17/25 | DNR | REVIEW WEAVER EMPLOYMENT ORDER. | 0.10 |
| 10/17/25 | DNR | CORRESPONDENCE WITH WEAVER AND TRUSTEE REGARDING ORDER APPROVING EMPLOYMENT. | 0.10 |
| 10/17/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CALL REQUEST FOR CASE DEVELOPMENT ON SERVICING SIDE. | 0.20 |
| 10/17/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING PORTFOLIO DATA UPDATE. | 0.20 |
| 10/17/25 | DNR | CORRESPONDENCE TO GARNET REGARDING ADDITIONAL RESEARCH FOR CONNECTIONS. | 0.10 |
| 10/20/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CASE DEVELOPMENT CALL. | 0.20 |
| 10/20/25 | DNR | CORRESPONDENCE WITH STRETTO REGARDING TURNOVER REQUEST OF TRUSTEE. | 0.20 |
| 10/20/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING OLIPHANT ENTITIES ORGANIZATIONAL CHART AND REQUEST FOR RESEARCH ON ANY POTENTIAL CONNECTIONS TO FORMERLY AFFILIATED ENTITIES OF THE DEBTORS. | 0.20 |
| 10/20/25 | DNR | CALL WITH OUSA COUNSEL REGARDING URGENT DEVELOPMENTS AND MSA STATUS. | 0.90 |
| 10/20/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING COUNTER MSA. | 0.10 |
| 10/20/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING AGENDA AND EXPANDED ITEMS FOR CALL WITH RECEIVER AND COUNSEL. | 0.20 |
| 10/20/25 | DNR | REVIEW PLEADINGS FILED IN VARIOUS FEDERAL COURTS REGARDING ALLEGATIONS OF FRAUD AND SCHEMES SIMILAR TO DEBTOR'S PORTFOLIO AND LENDING. | 0.30 |
| 10/20/25 | GPS | DRAFT MASTER SERVICE AGREEMENT WITH OLIPHANT. | 2.10 |
| 10/20/25 | DADO | BEGIN DRAFTING BIDDING PROCEDURES. | 0.40 |
| 10/21/25 | DNR | CALL WITH TRUSTEE REGARDING DEVELOPMENT ON OPERATIONAL AND POTENTIAL SALE FRONT. | 0.50 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/21/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING POTENTIAL INTERESTED PURCHASERS FOR ADDING TO LIST. | 0.30 |
| 10/21/25 | DNR | CALL WITH OUSA COUNSEL AND TRUSTEE REGARDING POTENTIAL MEDIATION AND OTHER DEVELOPMENTS. | 0.60 |
| 10/21/25 | DNR | REVIEW AND PROVIDE COMMENTS TO DRAFT ENGAGEMENT LETTER FOR LITIGATION COUNSEL TO TRUSTEE. | 0.30 |
| 10/21/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND LITIGATION COUNSEL REGARDING DRAFT ENGAGEMENT LETTER AND REVISIONS TO SAME. | 0.20 |
| 10/21/25 | DNR | DRAFT EMPLOYMENT APPLICATION, PROPOSED ORDER, AND SUPPORTING DECLARATION FOR LITIGATION COUNSEL TO TRUSTEE. | 1.50 |
| 10/21/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SATISFACTION OF JUDGMENT AND CONSUMER LIEN RELEASE REQUEST. | 0.20 |
| 10/21/25 | DNR | CALL WITH TRUSTEE, RECEIVER, AND RECEIVER'S COUNSEL REGARDING CARVE-OUT, LITIGATION, DISPOSITION, OPERATIONS, AND POTENTIAL SETTLEMENT OR MEDIATION ITEMS. | 1.70 |
| 10/21/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING BIDDING PROCEDURES MOTION. | 0.30 |
| 10/22/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING POTENTIAL SETTLEMENT AND MEDIATION PROPOSAL. | 0.20 |
| 10/22/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING ADDITIONAL DISCLOSURES FOR OLIPHANT-RELATED CONNECTIONS. | 0.40 |
| 10/22/25 | DNR | CORRESPONDENCE WITH ALICIA BENDANA REGARDING EMPLOYMENT MATERIALS AND CASE STATUS DISCUSSION. | 0.50 |
| 10/22/25 | DNR | CORRESPONDENCE WITH DEBTORS' COUNSEL REGARDING QUICKBOOKS ACCESS AND RETENTION OF WEAVER. | 0.20 |
| 10/22/25 | DNR | CORRESPONDENCE FROM GARY SEGAL REGARDING MSA TURN. | 0.10 |
| 10/22/25 | GPS | DRAFT MASTER SERVICE AGREEMENT WITH OLIPHANT. | 3.30 |
| 10/23/25 | GPS | REVISE MASTER SERVICE AGREEMENT WITH OLIPHANT. | 3.60 |
| 10/23/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING EMPLOYMENT AGREEMENT AND APPLICATION MATERIALS. | 0.20 |
| 10/23/25 | DNR | REVIEW REVISED CONTINGENCY FEE CONTRACT, REVISED DECLARATION IN SUPPORT OF ALICIA BENDANA, AND COMMENTS TO EMPLOYMENT APPLICATION FROM ALICIA BENDANA. | 0.40 |
| 10/23/25 | DNR | REVISE AND FINALIZE APPLICATION TO EMPLOY FISHMAN HAYGOOD AS LITIGATION COUNSEL TO TRUSTEE, PROPOSED ORDER, AND SUPPORTING DECLARATION THERETO. | 0.60 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 10/23/25 | DNR | CORRESPONDENCE TO ROYAL LEA REGARDING CONTINUED DISCUSSION REQUEST OF TRUSTEE. | 0.10 |
| 10/23/25 | DNR | CORRESPONDENCE WITH GARY SEGAL REGARDING DRAFT MSA COUNTER FOR OLIPHANT. | 0.20 |
| 10/23/25 | DNR | CALL WITH LITIGATION COUNSEL AND TRUSTEE REGARDING POTENTIAL SETTLEMENT AND MEDIATION OPTIONS PROPOSED BY OLIPHANT AND LITIGATION STRATEGY. | 0.80 |
| 10/23/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING EXPEDITED SETTING REQUEST FOR RECEIVER'S MOTION FOR ADEQUATE PROTECTION. | 0.30 |
| 10/23/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND DEBTORS' COUNSEL REGARDING LICENSING AND CASH COLLATERAL FEES AND RELATED ITEMS. | 0.20 |
| 10/23/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LITIGATION COUNSEL APPLICATION AND CONTINGENCY FEE AGREEMENT. | 0.20 |
| 10/23/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING ADEQUATE PROTECTION AND LIFT STAY DRAFT RECEIVED FROM RECEIVER'S COUNSEL. | 0.20 |
| 10/23/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING NOVEMBER 3, 2025 HEARING ON RETENTION AND FEE APPLICATIONS. | 0.20 |
| 10/23/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LICENSING AND REGULATORY ISSUES AND LACK OF OUTSTANDING BALANCE FROM DEBTOR/OUSA. | 0.10 |
| 10/23/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING STATUS OF COLLECTIONS RECONCILIATION AND TURNOVER TO TRUSTEE FOR 3Q25. | 0.40 |
| 10/23/25 | DNR | REVIEW RECEIVER'S MOTION TO LIFT STAY AND FOR ADEQUATE PROTECTION AND CORRESPONDING MOTION TO EXPEDITE HEARING ON SAME. | 0.40 |
| 10/23/25 | DNR | CORRESPONDENCE FROM LITIGATION COUNSEL AND DEBTORS' COUNSEL REGARDING LITIGATION HOLD LETTER. | 0.20 |
| 10/23/25 | DADO | REVIEW RECEIVER'S MOTION FOR ADEQUATE PROTECTION AND MOTION TO EXPEDITE CONSIDERATION FOR THE SAME. | 0.50 |
| 10/24/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING KLEHR HARRISON TURNOVER AND LITIGATION HOLD LETTER SENT IN AUGUST 2025. | 0.20 |
| 10/24/25 | DNR | REVIEW DRAFT COUNTER-PROPSAL TO OUSA'S MSA. | 0.40 |
| 10/24/25 | DNR | CORRESPONDENCE WITH ROYAL LEA AND TRUSTEE REGARDING MOTION TO LIFT STAY AND FOR ADEQUATE PROTECTION AND DISCUSSION REQUEST ON CASH COLLATERAL. | 0.10 |
| 10/24/25 | DNR | CALL WITH GARY SEGAL AND TRUSTEE REGARDING COUNTER-PROPOSAL TO | 0.80 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 14

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | OUSA'S MSA. | |
| 10/24/25 | DNR | CORRESPONDENCE WITH STRETTO AND LITIGATION COUNSEL REGARDING TURNOVER REQUEST OF TRUSTEE AND LITIGATION HOLD. | 0.40 |
| 10/24/25 | DNR | DRAFT SECOND SUPPLEMENT TO SUPPORTING DECLARATION OF LOU DIPALMA IN SUPPORT OF GARNET'S EMPLOYMENT. | 0.70 |
| 10/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CALIFORNIA POST-PETITION ASSESSMENT AND LICENSING ISSUES. | 0.40 |
| 10/24/25 | DNR | CORRESPONDENCE FROM LITIGATION COUNSEL AND OUSA'S COUNSEL REGARDING LITIGATION HOLD LETTER. | 0.20 |
| 10/24/25 | DNR | RECEIVE DOCUMENT TURNOVER FROM STRETTO. | 0.10 |
| 10/24/25 | DNR | CORRESPONDENCE WITH GARY SEGAL AND TRUSTEE REGARDING FURTHER REVISED COUNTER TO OUSA'S MSA. | 0.40 |
| 10/24/25 | DNR | REVIEW FURTHER REVISED COUNTER TO OUSA'S MSA. | 0.30 |
| 10/24/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING DEPOSITION NOTICES IN CONNECTION WITH NOVEMBER 10, 2025 HEARING. | 0.30 |
| 10/24/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING SECOND SUPPLEMENT TO DECLARATION OF LOU DIPALMA IN SUPPORT OF GARNET'S EMPLOYMENT. | 0.20 |
| 10/24/25 | DADO | REVIEW FERRUM CAPITAL'S MASTER LOAN AGREEMENT. | 0.40 |
| 10/24/25 | DADO | EMAIL CORRESPONDENCE WITH MR. SATIJA REGARDING FINDINGS FROM REVIEW OF FERRUM CAPITAL'S MASTER LOAN AGREEMENT. | 0.20 |
| 10/24/25 | GPS | CALL WITH MR. SATIJA AND MS. BEHRENDS REGARDING COMMENTS TO MASTER SERVICING AGREEMENT. | 0.60 |
| 10/24/25 | GPS | REVISE MASTER SERVICING AGREEMENT BASED UPON COMMENTS FROM MR. SATIJA. | 0.50 |
| 10/25/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE CONTACT REGARDING LIEN RELEASE REQUEST OF CONSUMER. | 0.20 |
| 10/25/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING NOVEMBER 10, 2025 HEARING. | 0.20 |
| 10/25/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING CONTINUED DISCUSSIONS ON OUTSTANDING CASE ISSUES WITH RECEIVER AND TRUSTEE. | 0.30 |
| 10/25/25 | DNR | REVIEW CORRESPONDENCE FROM VARIOUS COUNSEL OF RECORD REGARDING WITNESSES AT NOVEMBER 10, 2025 HEARING. | 0.30 |
| 10/25/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING OUTSTANDING CASE ISSUES BETWEEN RECEIVER, TRUSTEE, AND OUSA. | 0.20 |
| 10/27/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SECURED CLAIMS AND | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 15

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | DOCUMENTATION SUPPORTING SAME. | |
| 10/27/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE REGARDING LIEN RELEASE STATUS AND ADDITIONAL REQUESTS. | 0.10 |
| 10/27/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING WITNESSES FOR NOVEMBER 10, 2025 HEARING REQUESTED BY RECEIVER'S COUNSEL. | 0.10 |
| 10/27/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING COUNTER TO DRAFT MSA WITH TRUSTEE. | 0.10 |
| 10/27/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING DEPOSITIONS BEFORE BANKRUPTCY HEARING. | 0.50 |
| 10/27/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING VALUATION PHASE AND INFORMATION NEEDED TO COMPLETE SAME. | 0.40 |
| 10/27/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING POTENTIAL ABATEMENT OF FEE AND EMPLOYMENT APPLICATIONS. | 0.20 |
| 10/27/25 | DNR | CALL WITH TRUSTEE AND ROYAL LEA REGARDING ADEQUATE PROTECTION, CASH COLLATERAL, AND FEE APPLICATIONS, LICENSING, AND OTHER PRESSING CASE ISSUES. | 1.40 |
| 10/27/25 | DNR | CALL WITH TRUSTEE REGARDING ADEQUATE PROTECTION, OPERATIONS, AND CASH COLLATERAL NEGOTIATIONS. | 0.60 |
| 10/27/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING NEW LIEN RELEASE REQUEST AND FOLLOW UP ON PRIOR REQUESTS. | 0.20 |
| 10/27/25 | DNR | CALL WITH TRUSTEE REGARDING PAYMENTS RECEIVED POST-PETITION FOR LIEN RELEASE REQUESTS. | 0.10 |
| 10/27/25 | DNR | CORRESPONDENCE TO ROYAL LEA AND TRUSTEE REGARDING CONTINUED DISCUSSIONS ON ADEQUATE PROTECTION AND CASH COLLATERAL. | 0.10 |
| 10/27/25 | DNR | CALL WITH TRUSTEE AND OUSA COUNSEL REGARDING ADEQUATE PROTECTION, COLLECTIONS, AND CASH COLLATERAL ITEMS. | 0.80 |
| 10/27/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING OUSA SPREADSHEETS REGARDING SECURED LENDERS AND COLLECTIONS. | 0.20 |
| 10/27/25 | DNR | CALL WITH TRUSTEE AND ROYAL LEA REGARDING PROPOSAL TO RESOLVE CASH COLLATERAL AND ADEQUATE PROTECTION MOTIONS. | 0.50 |
| 10/27/25 | DNR | RECEIVE AND REVIEW SECOND SUPPLEMENT TO GARNET'S EMPLOYMENT APPLICATION. | 0.20 |
| 10/27/25 | DNR | BEGIN DRAFTING PROPOSED FINAL CASH COLLATERAL ORDER. | 0.30 |
| 10/27/25 | DNR | CORRESPONDENCE FROM TRUSTEE REGARDING LIEN RELEASE MAILINGS. | 0.10 |
| 10/27/25 | DADO | CONTINUE DRAFTING BID PROCEDURES MOTION. | 1.00 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 16

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 10/28/25 | DNR | PREPARE MATERIALS FOR NOVEMBER 10, 2025 HEARING. | 0.20 |
| 10/28/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING ABATEMENT PROPOSAL FOR FEE AND EMPLOYMENT APPLICATIONS. | 0.30 |
| 10/28/25 | DNR | CALL WITH OUSA COUNSEL RE MSA COUNTER, COLLECTIONS FOR 3Q2025, AND LIEN RELEASE REQUEST ITEMS. | 0.50 |
| 10/28/25 | DNR | CALL WITH ROYAL LEA REGARDING PROPOSAL ON CASH COLLATERAL AND ADEQUATE PROTECTION. | 0.20 |
| 10/28/25 | DNR | UPDATE TRUSTEE ON POTENTIAL RESOLUTION OF MOTIONS ON DOCKET FOR NOVEMBER 10, 2025 WITH CERTAIN CREDITORS. | 0.20 |
| 10/28/25 | DNR | CONTINUE DRAFTING PROPOSED FINAL CASH COLLATERAL ORDER AND PREPARE FINAL BUDGET. | 1.20 |
| 10/28/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE CONTACT REGARDING LIEN RELEASE REQUESTS. | 0.40 |
| 10/28/25 | DNR | CORRESPONDENCE FROM PLAINTIFFS' COUNSEL REGARDING FOURTH AMENDED PETITION IN RECEIVERHIP CASE. | 0.10 |
| 10/28/25 | DNR | CALL WITH RANDY PULMAN REGARDING NOVEMBER 10, 2025 HEARING AND POTENTIAL RESOLUTION OF VARIOUS CASE ITEMS. | 0.90 |
| 10/28/25 | DNR | PROVIDE UPDATE TO TRUSTEE ON CALL WITH RANDY PULMAN. | 0.10 |
| 10/28/25 | DNR | CALL WITH TRUSTEE, DELAWARE TRUSTEE, AND DELAWARE TRUSTEE'S COUNSEL REGARDING FEE AND EMPLOYMENT APPLICATIONS AND NOVEMBER 3, 2025 HEARING. | 0.80 |
| 10/28/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING ADVERSARY LITIGATION (MUSGROVE V. WILLY). | 0.30 |
| 10/28/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING POTENTIAL CAUSES OF ACTION. | 0.20 |
| 10/28/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING REQUEST FOR UPDATE CALL AFTER DISCUSSION WITH CLIENT ON PROPOSAL FOR NOVEMBER 10, 2025 HEARING. | 0.10 |
| 10/28/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING ACCOUNT BREAKDOWN OF CAG PORTFOLIO. | 0.20 |
| 10/28/25 | DNR | CALL WITH GARNET REGARDING VALUATION PHASE AND INFORMATION FROM OUSA OBTAINED REGARDING PORTFOLIO. | 0.50 |
| 10/28/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING NOVEMBER 3, 2025 HEARING AND STATUS OF RESOLUTION. | 0.20 |
| 10/28/25 | DADO | DRAFT MOTION TO ABATE DELAWARE TRUSTEE'S MOTIONS. | 2.00 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 17

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 10/28/25 | DADO | CONTINUE DRAFTING BID PROCEDURES MOTION. | 2.30 |
| 10/29/25 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING LIEN RELEASE AFFIDAVIT AND TRUSTEE'S SUBMISSION OF SAME. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE REGARDING TITLE SENT TO DEBTOR AND RETURNED MAIL ISSUE FOR LIEN RELEASE. | 0.40 |
| 10/29/25 | DNR | CALL WITH TRUSTEE AND OUSA COUNSEL REGARDING MSA COUNTER AND CASH COLLATERAL ITEMS. | 0.40 |
| 10/29/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING NOVEMBER 3, 2025 HEARING. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL AND RANDY PULMAN REGARDING FEE APPLICATIONS AND REQUEST FOR EXHIBITS. | 0.20 |
| 10/29/25 | DNR | CALLS WITH COURTROOM DEPUTY REGARDING POTENTIAL ABATEMENT OF MATTERS SET ON NOVEMBER 3, 2025 PER AGREEMENT OF PARTIES AND PLEADING ITEMS REGARDING SAME. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING ABATEMENT OF DELAWARE TRUSTEE AND PROFESSIONALS' EMPLOYMENT AND FEE APPLICATIONS AND REVISIONS THERETO FOR ABATEMENT DATE PER CHAMBERS. | 0.80 |
| 10/29/25 | DNR | REVISE MOTION AND PROPOSED AGREED ORDER TO ABATE DELAWARE TRUSTEE AND HIS PROFESSIONALS' EMPLOYMENT AND FEE APPLICATIONS AND REVISE TO INCORPORATE COMMENTS FROM DELAWARE TRUSTEE'S COUNSEL. | 0.80 |
| 10/29/25 | DNR | REVIEW SOUTH CAROLINA LICENSING NOTICES AND EXAMINATION LETTERS. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING 3Q25 RECONCILIATION AND FUND TURNOVER FROM OUSA. | 0.30 |
| 10/29/25 | DNR | RECEIVE AND REVIEW DOCUMENT PRODUCTION FROM OUSA COUNSEL REGARDING 3Q25 COLLECTIONS AND RECONCILIATION SPREADSHEETS AND CORRESPONDENCE ON SAME. | 0.30 |
| 10/29/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CORRECTIONS FROM NRA COLLECTION SPREADSHEETS AND BALANCE TURNOVER TO TRUSTEE. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SETTLEMENT OFFER ON CONSUMER ACCOUNT AND ISSUE REGARDING SETTLEMENT ABILITY WITHOUT OPERATIONS OR MSA APPROVAL OF COURT. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ADEQUATE PROTECTION AND CASH COLLATERAL ITEMS. | 0.20 |
| 10/29/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING PROPOSED FORM OF ORDER ON LIFT STAY AND ADEQUATE PROTECTION MOTION AND LIENHOLDER RIGHTS | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 18

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | ORDER STATUS. | |
| 10/29/25 | DADO | REVISE MOTION TO ABATE DELAWARE TRUSTEE'S MOTIONS. | 0.30 |
| 10/30/25 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE COUNSEL REGARDING MOTION TO ABATE AND AGREED ORDER REGARDING SAME FOR FEE AND EMPLOYMENT APPLICATIONS. | 0.20 |
| 10/30/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING AGREED ORDERS ON AGREED MOTIONS TO ABATE FEE AND EMPLOYMENT APPLICATIONS IN BOTH CASES FOR DELAWARE TRUSTEE AND HIS PROFESSIONALS. | 0.10 |
| 10/30/25 | DNR | FINALIZE AGREED ORDERS AND AGREED MOTIONS TO ABATE FEE AND EMPLOYMENT APPLICATIONS IN BOTH CASES FOR DELAWARE TRUSTEE AND HIS PROFESSIONALS. | 0.10 |
| 10/30/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CASH COLLATERAL PROPOSAL REGARDING POST-PETITION ADMINISTRATIVE CLAIM RESERVATION OF FUNDS. | 0.20 |
| 10/30/25 | DNR | PROVIDE UPDATE TO TRUSTEE ON CASH COLLATERAL NEGOTIATIONS. | 0.10 |
| 10/30/25 | DNR | CALL WITH GARNET REGARDING VALUATION OF PORTFOLIO. | 0.50 |
| 10/30/25 | DNR | REVIEW ORDER ABATING DELAWARE EMPLOYMENT AND FEE APPLICATIONS. | 0.10 |
| 10/30/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING AGREED ORDERS ABATING DELAWARE EMPLOYMENT AND FEE APPLICATIONS. | 0.10 |
| 10/30/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BOND AND CASH COLLATERAL ITEMS. | 0.20 |
| 10/30/25 | DNR | REVISE FINAL CASH COLLATERAL BUDGET. | 0.10 |
| 10/30/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DEPOSIT AND ESTATE FUND CATEGORIZATION. | 0.20 |
| 10/30/25 | DNR | RECEIVE FROM GARNET DRAFT PORTFOLIO REVIEW. | 0.10 |
| 10/30/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING LIEN RELEASE REQUEST FROM MARINER FINANCE. | 0.10 |
| 10/31/25 | DNR | RECEIVE FROM OUSA COUNSEL AND REVIEW NEVADA LICENSING NOTICES. | 0.10 |
| 10/31/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST AND FAILURE TO PAY OFF BALANCE BY CONSUMER. | 0.30 |
| 10/31/25 | DNR | CORRESPONDENCE TO TRUSTEE AND GARY SEGAL REGARDING INITIAL REPORT FROM GARNET. | 0.10 |
| 10/31/25 | DNR | REVIEW COLLECTION RECONCILIATION REPORT FOR 3Q25 IN CONJUNCTION WITH LIEN RELEASE REQUESTS PENDING. | 0.40 |
| 10/31/25 | DNR | REVIEW INITIAL REPORT FROM GARNET. | 0.60 |



RON SATIJA

CHAPTER 7 TRUSTEE RON  SATIJA

CHAPTER 7 TRUSTEE

MATTER #: 127196.000001

INVOICE #: 3719219

PAGE 19

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 10/31/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DEPOSIT RECONCILIATION. | 0.20 |
| 10/31/25 | DNR | CALL WITH TRUSTEE REGARDING DEPOSITS AND RECONCILING INTERIM TRUSTEE'S DESIGNATION OF ASSETS POST-TRANSFER OF VENUE. | 0.70 |
| 10/31/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING PROPOSED FINAL CASH COLLATERAL ORDER AND UPDATED PROPOSED FINAL BUDGET. | 0.50 |
| 10/31/25 | DADO | REVIEW VARIOUS SPREADSHEET TO CONFIRM PAYMENTS RECEIVED FOR LIEN RELEASE REQUESTS. | 1.10 |
| 10/31/25 | DADO | MULTIPLE PHONE CONFERENCES WITH MS. BEHRENDS REGARDING FINDINGS FROM LIEN RELEASE REQUEST REVIEW. | 0.30 |
| | | **TOTAL HOURS** | **122.40** |
| | | **TOTAL** | **$73,810.00** |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719219

CHAPTER 7 TRUSTEE

PAGE 20

MARCH 5, 2026

**BILLING SUMMARY**

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|----|-----------|-------|-------|--------|
| GPS | GARY P. SEGAL | 10.10 | 875.00 | 8,837.50 |
| DDW | DEBORAH WILLIAMSON | 0.50 | 980.00 | 490.00 |
| DNR | DANIELLE R. BEHRENDS | 91.70 | 605.00 | 55,478.50 |
| DADO | DOMINIQUE A. DOUGLAS | 19.90 | 450.00 | 8,955.00 |
| MALM | MIRANDA ALMAND | 0.20 | 245.00 | 49.00 |
| | **TOTAL** | **122.40** | | **$73,810.00** |

# Dykema1∞ YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 21

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21/25 | VENDOR: DOMINIQUE DOUGLAS INVOICE#: 010047873854 DATE: 10/21/2025   - COLLINS HEARING - 10-08-25 - PREMIUM PARKING - 119 ZURICH LOT | 17.16 |
| | PHOTOCOPIES | 30.20 |
| | PRINTING EXPENSES | 688.40 |
| | SCANNING | 2.40 |
| | **TOTAL DISBURSEMENTS** | **738.16** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719219
PAGE 22

MARCH 5, 2026

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 2.70 | 1,540.50 |
| B120 | ASSET ANALYSIS AND RECOVERY | 12.20 | 6,993.50 |
| B130 | ASSET DISPOSITION | 9.40 | 5,930.50 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 20.10 | 12,160.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 25.90 | 15,113.00 |
| B190 | OTHER CONTESTED MATTERS | 4.70 | 2,487.00 |
| B210 | BUSINESS OPERATIONS | 28.80 | 18,543.50 |
| B230 | FINANCING AND CASH COLLATERAL | 11.60 | 6,940.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 1.00 | 574.00 |
| BT110 | LITIGATION | 4.10 | 2,377.50 |
| BT120 | ACCOUNTING/AUDITING | 1.90 | 1,149.50 |
| | **TOTAL** | **122.40** | **73,810.00** |



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719220

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---|
| FEES | $ | 43,486.50 |
| DISBURSEMENTS | | 30.06 |
| **INVOICE TOTAL** | **$** | **43,516.56** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 2

MARCH 5, 2026

## RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 11/03/25 | DNR | REVISE PROPOSED CASH COLLATERAL FINAL ORDER AND CORRESPONDING BUDGET. | 0.30 |
| 11/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S BOOKKEEPER AND TRUSTEE REGARDING FORMS 1 AND 2 QUESTIONS AND ACCOUNTS RECEIVABLE CATEGORIZATION. | 0.50 |
| 11/03/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING ACCOUNTS RECEIVABLES CATEGORIZATION AND OUSA TRANSFERS TO TRUSTEE. | 0.40 |
| 11/03/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING ACCOUNTS RECEIVABLES CATEGORIZATION AND TRANSFERS TO TRUSTEE. | 0.40 |
| 11/03/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST AND PAYMENT DATE OF 2022 ISSUES WITH CURRENT COURT-APPROVED LIEN RELEASE PROTOCOL. | 0.40 |
| 11/03/25 | DNR | CORRESPONDENCE WITH HELLER GROUP COUNSEL REGARDING CASH COLLATERAL AND CALL TO DISCUSS PROPOSAL ON SAME. | 0.30 |
| 11/03/25 | DNR | DRAFT PROPOSED FINAL LIENHOLDER RIGHTS ORDER. | 0.40 |
| 11/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DRAFT PROPOSED FINAL LIENHOLDER RIGHTS ORDER. | 0.30 |
| 11/03/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING STATUS OF ADEQUATE PROTECTION ORDER. | 0.20 |
| 11/03/25 | DNR | CALL WITH TRUSTEE REGARDING LIENHOLDER RIGHTS AND CASH COLLATERAL ITEMS. | 0.40 |
| 11/03/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING OPERATIONS/MSA STATUS. | 0.20 |
| 11/04/25 | DNR | CALL WITH TRUSTEE AND OUSA COUNSEL REGARDING OPERATIONS AND CASH COLLECTIONS TO DATE. | 0.30 |
| 11/04/25 | DNR | RECEIVE AND REVIEW ESTIMATED SERVICING FEES PRE-PETITION AND POST-PETITION FROM OUSA COUNSEL. | 0.10 |
| 11/04/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND HIS BOOKKEEPER REGARDING CHECK RECEIVED POST-PETITION AND DOCUMENTATION SUPPORTING SAME. | 0.20 |
| 11/04/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION PROPOSED ORDERS. | 0.20 |
| 11/04/25 | DNR | CALL WITH TRUSTEE AND HELLER GROUP COUNSEL REGARDING CASH COLLATERAL AND ADEQUATE PROTECTION MOTIONS. | 0.40 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 11/04/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING PROPOSED CASH COLLATERAL BUDGET AND DRAFT FINAL FORM OF ORDER. | 1.00 |
| 11/04/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND DEBTORS' COUNSEL REGARDING QUICKBOOKS ACCESS AND INFORMATION FOR ACCOUNT. | 0.60 |
| 11/04/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING VALUATION AND RELATED ITEMS FOR PORTFOLIO. | 0.30 |
| 11/04/25 | DNR | REVISE PROPOSED FINAL CASH COLLATERAL ORDER AND BUDGET. | 0.40 |
| 11/04/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BANK ACCOUNT BALANCE AND CASH COLLATERAL BUDGET. | 0.20 |
| 11/04/25 | DNR | CALL WITH ROYAL LEA REGARDING REVISIONS TO CASH COLLATERAL BUDGET AND SECURED LENDER PROMISSORY NOTES. | 0.40 |
| 11/04/25 | DNR | REVIEW QUICKBOOKS INVOICES AND INFORMATION FROM DEBTORS' COUNSEL REGARDING CAG ACCOUNT. | 0.30 |
| 11/04/25 | DNR | CORRESPONDENCE WITH WEAVER AND LITIGATION COUNSEL REGARDING QUICKBOOKS AND ACCOUNTING ITEMS. | 0.30 |
| 11/04/25 | DADO | REVIEW EMAIL CORRESPONDENCE REGARDING BID PROCEDURES MOTION. | 0.20 |
| 11/04/25 | DADO | SHORT CONFERENCE WITH MS. BEHRENDS REGARDING ACCESS TO QUICKBOOKS. | 0.10 |
| 11/05/25 | DNR | CORRESPONDENCE WITH MIKE RIDULFO REGARDING STATUS OF RECEIPT OF CB FINANCIAL REPORT FROM OUSA REGARDING CAG ASSETS. | 0.20 |
| 11/05/25 | DNR | CORRESPONDENCE WITH HELLER GROUP COUNSEL REGARDING ADEQUATE PROTECTION. | 0.40 |
| 11/05/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND WEAVER REGARDING CALL TO DISCUSS FINANCIAL REPORTING AND SOFTWARE ISSUES OF DEBTOR. | 0.30 |
| 11/05/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING DRAFT ORDER REGARDING ADEQUATE PROTECTION MOTION. | 0.30 |
| 11/05/25 | DNR | CORRESPONDENCE WITH DE TRUSTEE'S COUNSEL REGARDING QUESTIONS ON CASH COLLATERAL BUDGET. | 0.20 |
| 11/05/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING 2Q25 COLLECTIONS AND ALLOCATION BY TRUSTEE. | 0.20 |
| 11/05/25 | DNR | CORRESPONDENCE WITH HELLER PARTIES' COUNSEL AND RECEIVER'S COUNSEL REGARDING PROPOSED AGREED ORDER ON ADEQUATE PROTECTION AND COMMENTS/REVISIONS THERETO. | 0.20 |
| 11/05/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND BOOKKEEPER REGARDING POST-PETITION COLLECTIONS AND TRANSFERS FROM OUSA. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/05/25 | DNR | CALL WITH TRUSTEE AND UST REGARDING CASH COLLATERAL, LIENHOLDER RIGHTS, OPERATIONS, ADEQUATE PROTECTION, AND OTHER CASE ISSUES. | 1.10 |
| 11/05/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING UST PERSPECTIVE ON CASH COLLATERAL AND ADEQUATE PROTECTION. | 0.40 |
| 11/05/25 | DNR | CORRESPONDENCE TO UST REGARDING PROPOSED ORDER REGARDING CREDITOR'S ADEQUATE PROTECTION AND LIFT STAY MOTION. | 0.10 |
| 11/05/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING STATUS OF CASH COLLATERAL AND ADEQUATE PROTECTION MOTIONS AND PROPOSED AGREEMENTS. | 0.20 |
| 11/05/25 | DNR | CORRESPONDENCE WITH VARIOUS CREDITORS' COUNSEL REGARDING EXHIBITS FOR NOVEMBER 10, 2025 HEARING. | 0.30 |
| 11/05/25 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING BIDDING PROCEDURES. | 0.40 |
| 11/06/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING SUBSERVICER INQUIRY AND CALL REQUEST. | 0.20 |
| 11/06/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ADEQUATE PROTECTION AND CASH COLLATERAL ITEMS IN RELATION TO PORTFOLIO. | 0.20 |
| 11/06/25 | DNR | CORRESPONDENCE TO GARNET REGARDING POTENTIAL WITNESS AND NEED FOR HEARING TESTIMONY. | 0.10 |
| 11/06/25 | DNR | CORRESPONDENCE TO DEBTOR'S COUNSEL REGARDING QUICKBOOKS ACCESS. | 0.10 |
| 11/06/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING CASH COLLATERAL, BUDGET, QUICKBOOKS, AND ADEQUATE PROTECTION ISSUES. | 1.00 |
| 11/06/25 | DNR | REVIEW LICENSE NOTICES FROM OUSA COUNSEL. | 0.20 |
| 11/06/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING TEXAS LICENSE NOTICE AND BASIS FOR MOTOR VEHICLE LICENSE. | 0.20 |
| 11/06/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND WEAVER REGARDING QUICKBOOKS ACCESS AND FINANCIAL INFORMATION OF DEBTOR. | 0.30 |
| 11/06/25 | DNR | CORRESPONDENCE WITH ROYAL LEA, LESTER OTTENHEIMER, AND UST REGARDING ADEQUATE PROTECTION AND RELIEF SOUGHT BY HELLER PARTIES. | 0.50 |
| 11/06/25 | DNR | CALL WITH TRUSTEE REGARDING ADEQUATE PROTECTION AGREEMENT WITH HELLER PARTIES. | 0.20 |
| 11/06/25 | DNR | ANALYZE UST'S PROPOSED EDITS TO PROPOSED CASH COLLATERAL AND ADEQUATE PROTECTION ORDERS. | 0.50 |
| 11/06/25 | DNR | REVISE PROPOSED FINAL CASH COLLATERAL ORDER AND BUDGET. | 0.40 |
| 11/06/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING PLAINTIFFS' REQUEST FOR LEAVE TO FILE THIRD AMENDED COMPLAINT IN | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | ADVERSARY (MUSGROVE V. WILLY). | |
| 11/06/25 | DNR | REVIEW DRAFT MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND CORRESPONDING PROPOSED ORDER WITH UNDERLYING DRAFT COMPLAINT. | 1.00 |
| 11/06/25 | DNR | CORRESPONDENCE WITH UST REGARDING REVISIONS TO PROPOSED CASH COLLATERAL AND ADEQUATE PROTECTION ORDERS. | 0.30 |
| 11/06/25 | DNR | PREPARE AND FILE NOTICE REGARDING PROPOSED FINAL CASH COLLATERAL ORDER AND BUDGET PER COURT'S OCTOBER 14, 2025 ORDER. | 0.30 |
| 11/07/25 | DNR | CORRESPONDENCE WITH HELLER GROUP COUNSEL REGARDING STIPULATION FOR ADEQUATE PROTECTION. | 0.50 |
| 11/07/25 | DNR | CORRESPONDENCE WITH UST REGARDING TAX RETURNS OF DEBTOR AND RELATED ENTITIES. | 0.20 |
| 11/07/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING PROPOSED PLEADINGS SENT BY PLAINTIFFS' COUNSEL AND ESTATE CAUSES OF ACTION (MUSGROVE V. WILLY). | 0.30 |
| 11/07/25 | DNR | CORRESPONDENCE WITH COMPTROLLER COUNSEL REGARDING FRANCHISE TAXES AND OUTSTANDING REPORTS. | 0.30 |
| 11/07/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARING COMPTROLLER'S COUNSEL CONCERN REGARDING FRANCHISE TAXES AND OUTSTANDING REPORTS. | 0.20 |
| 11/07/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING MSA COUNTER AND CALL WITH TRUSTEE AND OUSA ON SAME. | 0.30 |
| 11/07/25 | DNR | REVISE AND SEND LETTER TO ALABAMA REGULATORY AGENCY REGARDING BANKRUPTCY FILING AND AUTOMATIC STAY. | 0.20 |
| 11/07/25 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING AGREED ORDER ON ADEQUATE PROTECTION MOTION. | 0.20 |
| 11/07/25 | DNR | REVIEW PROPOSED AGREED ORDER RESOLVING RECEIVER'S LIFT STAY AND ADEQUATE PROTECTION MOTION. | 0.20 |
| 11/07/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING AGREEMENTS ON ADEQUATE PROTECTION WITH HELLER PARTIES AND FERRUM RECEIVER, INCLUDING PROPOSED AGREED FORM OF ORDER FOR BOTH PLEADINGS. | 0.30 |
| 11/07/25 | DNR | CORRESPONDENCE WITH GARY SEGAL AND TRUSTEE REGARDING OUSA'S MSA COUNTER AND CALL TO DISCUSS SAME. | 0.40 |
| 11/07/25 | DNR | RECEIVE AND REVIEW RESPONSE FROM OUSA COUNSEL REGARDING LITIGATION HOLD. | 0.10 |
| 11/07/25 | DNR | REVIEW DRAFT MSA COUNTER PROPOSAL FROM OUSA. | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/07/25 | DNR | CALL WITH NRA COUNSEL REGARDING LITIGATION HOLD LETTER OF TRUSTEE FROM OUSA. | 0.50 |
| 11/07/25 | DNR | CORRESPONDENCE TO TRUSTEE AND GARY SEGAL REGARDING OPERATIONS ITEMS. | 0.10 |
| 11/07/25 | DNR | DRAFT STIPULATION AND PROPOSED AGREED ORDER REGARDING DISTRIBUTION FOR ADEQUATE PROTECTION TO HELLER TRUST FOR THE BENEFIT OF HELLER GROUP AND HELLER TRUST. | 0.80 |
| 11/07/25 | DNR | CORRESPONDENCE TO GARNET REGARDING ADEQUATE PROTECTION AND LIFT STAY STATUS. | 0.10 |
| 11/07/25 | JRST | PREPARE CORRESPONDENCE TO VARIOUS STATES REGARDING AUTOMATIC STAY. | 2.00 |
| 11/07/25 | DADO | MINOR REVISIONS TO CORRESPONDENCE TO THE STATE OF ALABAMA REGARDING NOTIFICATION OF CASE; FINALIZE THE SAME. | 0.40 |
| 11/07/25 | DADO | EMAIL CORRESPONDENCE WITH MS. BEHRENDS AND MS. STAFFORD REGARDING CORRESPONDENCE TO VARIOUS STATE AGENCIES REGARDING NOTIFICATION OF BANKRUPTCY. | 0.40 |
| 11/10/25 | JRST | CONTINUE DRAFTING CORRESPONDENCE TO VARIOUS STATES REGARDING AUTOMATIC STAY. | 1.70 |
| 11/10/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND TRUSTEE REGARDING 3Q25 FUND TURNOVER STATUS, 2Q25 TURNOVER DISCREPANCY, AND COLLECTIONS FROM NRA. | 0.70 |
| 11/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CASH COLLATERAL HEARING AND FUND TURNOVER FROM OUSA. | 0.30 |
| 11/10/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING PLAINTIFFS' REQUEST TO AMEND COMPLAINT AND STATUS OF POTENTIAL SETTLEMENT OFFER. | 0.30 |
| 11/10/25 | DNR | CORRESPONDENCE WITH UST REGARDING PROPOSED REVISIONS TO STIPULATION WITH HELLER PARTIES. | 0.20 |
| 11/10/25 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING TRUSTEE'S TELEPHONIC APPEARANCE REQUEST AT NOVEMBER 10, 2025 HEARING. | 0.20 |
| 11/10/25 | DNR | CORRESPONDENCE WITH HELLER PARTIES' COUNSEL REGARDING STIPULATION AND AGREED ORDER REGARDING ADEQUATE PROTECTION DISTRIBUTION. | 0.40 |
| 11/10/25 | DNR | REVISE AND FINALIZE STIPULATION BETWEEN TRUSTEE AND HELLER PARTIES' COUNSEL REGARDING ADEQUATE PROTECTION. | 0.20 |
| 11/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND OUSA COUNSEL REGARDING AFFIDAVITS AND OTHER LITIGATION SIGNATURE REQUESTS WHERE CAG IS PLAINTIFF. | 0.20 |

# Dykema100 EST. 1926 YEARS

| | |
|---|---|
| RON SATIJA | MATTER #: 127196.000001 |
| CHAPTER 7 TRUSTEE RON SATIJA | INVOICE #: 3719220 |
| CHAPTER 7 TRUSTEE | PAGE 7 |

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/10/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING NOTICE RECEIVED FROM MASTER SERVICER. | 0.10 |
| 11/10/25 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING EX PARTE STIPULATION AND AGREED ORDER BETWEEN TRUSTEE AND HELLER PARTIES' COUNSEL. | 0.10 |
| 11/10/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING VALUATION PHASE AND INFORMATION FOR SECURED CREDITORS. | 0.40 |
| 11/10/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING 3Q25 COLLECTIONS AND REPORTING. | 0.10 |
| 11/10/25 | DNR | CONTINUE DRAFTING AND FINALIZE PROPOSED FINAL ORDER ON DEBTORS' LIENHOLDER RIGHTS MOTION. | 0.20 |
| 11/10/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING PROPOSED FINAL ORDER ON DEBTORS' LIENHOLDER RIGHTS MOTION. | 0.10 |
| 11/10/25 | DNR | PREPARE FINAL ORDER ON CASH COLLATERAL MOTION BASED UPON AGREEMENT OF PARTIES. | 0.10 |
| 11/10/25 | DNR | PREPARE AND APPEAR BEFORE THE HON. CRAIG A. GARGOTTA REGARDING CASH COLLATERAL, ADEQUATE PROTECTION MOTION AND STIPULATION, AND LIENHOLDER RIGHTS' MOTIONS. | 0.70 |
| 11/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND DEBTOR'S COUNSEL REGARDING QUICKBOOKS ACCESS AND TURNOVER TO WEAVER. | 0.40 |
| 11/10/25 | DNR | RECEIVE AND REVIEW INVENTORY OF DOCUMENTS FROM WEAVER AND FORMULATE LIST OF OUTSTANDING ITEMS FROM DEBTOR AND OUSA. | 0.40 |
| 11/10/25 | DNR | CORRESPONDENCE WITH WEAVER AND LITIGATION COUNSEL REGARDING ACCOUNTING TRACING AND LOAN AGREEMENTS. | 0.30 |
| 11/10/25 | DNR | CALL WITH WEAVER AND LITIGATION COUNSEL REGARDING ACCOUNTING DOCUMENTS ACCESS AND NEEDED AND NEXT STEPS. | 0.70 |
| 11/10/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING STATUS OF AUDIT/REPORT FROM CHERRY BAEKERT. | 0.10 |
| 11/10/25 | DNR | REVIEW INITIAL VALUATION FLYER FROM GARNET. | 0.20 |
| 11/10/25 | DNR | CORRESPONDENCE WITH CLIENT REGARDING FUND RECEIPT FROM OUSA. | 0.10 |
| 11/11/25 | GPS | CALL WITH MR. SATIJA AND MS. BEHRENDS REGARDING OLIPHANT COMMENTS TO REVISED MASTER SERVICING AGREEMENT. | 0.50 |
| 11/11/25 | GPS | CALL WITH MR. SATIJA, MS. BEHRENDS AND OLIPHANT TEAM REGARDING COMMENTS TO MASTER SERVICING AGREEMENT AND REPORTING IN GENERAL REGARDING COLLECTION OF ESTATE ASSETS. | 0.80 |
| 11/11/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND WEAVER REGARDING QUICKBOOKS | 0.40 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | ACCESS AND ISSUES ON SAME. | |
| 11/11/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING CREDIT AND LOAN AGREEMENTS. | 0.20 |
| 11/11/25 | DNR | CALL WITH GARY SEGAL REGARDING MSA COUNTER AND ISSUES OUTSTANDING FOR OPERATIONS. | 0.20 |
| 11/11/25 | DNR | CALL WITH GARY SEGAL AND TRUSTEE REGARDING MSA COUNTER, OPERATIONAL, AND SALE ITEMS. | 0.70 |
| 11/11/25 | DNR | REVIEW CORRESPONDENCE REGARDING BDO'S RESPONSE TO LITIGATION HOLD. | 0.10 |
| 11/11/25 | DNR | CORRESPONDENCE WITH ROYAL LEA, RANDY PULMAN, AND LES OTTENHEIMER REGARDING CALL WITH TRUSTEE AND GARNET'S VALUATION OF PORTFOLIO. | 0.30 |
| 11/11/25 | DNR | CALL WITH GARY SEGAL REGARDING FURTHER ACTIONS AFTER OUSA MSA CALL. | 0.20 |
| 11/11/25 | DNR | REVIEW NOTICE RECEIVED FROM NRA COUNSEL REGARDING SERVICING. | 0.10 |
| 11/11/25 | DNR | CALL WITH LITIGATION COUNSEL AND TRUSTEE REGARDING DEVELOPMENTS AND POTENTIAL CAUSES OF ACTION. | 0.50 |
| 11/11/25 | DNR | CALL WITH OUSA COUNSEL AND OUSA REPRESENTATIVES, GARY SEGAL, AND TRUSTEE REGARDING MSA COUNTER AND OPERATIONAL ITEMS POST-PETITION. | 0.60 |
| 11/11/25 | DNR | CALL WITH TRUSTEE, LITIGATION COUNSEL, AND OUSA COUNSEL REGARDING POTENTIAL SETTLEMENT OR MEDIATION, CAUSES OF ACTION, AND MUSGROVE V. WILLY LITIGATION. | 2.00 |
| 11/11/25 | DADO | SHORT CONFERENCE WITH MS. BEHRENDS REGARDING EMAIL CORRESPONDENCE RECEIVED FROM DEBTORS' COUNSEL AND QUICK BOOKS ACCESS. | 0.20 |
| 11/12/25 | DNR | REVIEW, REVISE ACCORDINGLY, AND SEND LETTERS TO 46 STATE REGULATORY AGENCIES REGARDING LICENSURE OF DEBTORS AND AUTOMATIC STAY. | 1.00 |
| 11/12/25 | DNR | CORRESPONDENCE WITH UST REGARDING PAYMENTS TO HELLER PARTIES AND FERRUM RECEIVER. | 0.30 |
| 11/12/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND BOOKKEEPER REGARDING CASH COLLATERAL ORDER AND PAYMENTS PURSUANT TO SAME. | 0.20 |
| 11/12/25 | DNR | CALL WITH TRUSTEE, RECEIVER, RECEIVER'S COUNSEL, PLAINTIFFS' COUNSEL, AND HELLER PARTIES' COUNSEL REGARDING GARNET VALUATION, SALE, AND OPERATIONAL ITEMS. | 1.20 |
| 11/12/25 | DNR | CORRESPONDENCE TO HELLER TRUST COUNSEL AND RECEIVER'S COUNSEL REGARDING PAYMENT INSTRUCTIONS FOR TRUSTEE'S INTERIM DISTRIBUTION | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | PAYMENT AUTHORIZED BY VARIOUS COURT ORDERS. | |
| 11/12/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING PROFESSIONAL COMPENSATION TIMELINE AND APPLICATIONS. | 0.30 |
| 11/12/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING PORTFOLIO VALUATION AND QUESTIONS ON ACCOUNTS. | 0.30 |
| 11/12/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND LITIGATION COUNSEL REGARDING FILINGS IN MUSGROVE V. WILLY AP AND RESPONSE REQUIRED FOR SAME. | 0.20 |
| 11/12/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING SALE TIMELINE AND BIDDING PROCEDURES. | 0.50 |
| 11/13/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING OPERATIONS ITEMS. | 0.30 |
| 11/13/25 | DNR | CORRESPONDENCE TO UST REGARDING REQUEST FOR UPDATE CALL ON SALE AND OPERATION ITEMS. | 0.10 |
| 11/13/25 | DNR | CORRESPONDENCE WITH LES OTTENHEIMER REGARDING PORTFOLIO VALUATION MATERIALS. | 0.20 |
| 11/13/25 | DNR | CALL WITH TRUSTEE AND UST REGARDING SALE AND OPERATIONS ISSUES. | 0.50 |
| 11/13/25 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING LIEN RELEASE REQUEST. | 0.20 |
| 11/13/25 | DNR | CORRESPONDENCE WITH DEBTOR'S COUNSEL REGARDING QUICKBOOKS ACCESS AND FINANCIAL REPORTING. | 0.10 |
| 11/13/25 | DNR | RECEIVE AND REVIEW WIRE INFORMATION FROM NRA. | 0.10 |
| 11/13/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING LITIGATION DEADLINES IN MUSGROVE V. WILLY AP. | 0.10 |
| 11/14/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING NOTICE OF CLAIM SUBMITTED BY PLAINTIFFS' COUNSEL. | 0.20 |
| 11/14/25 | DNR | COMPILE AND SEND INSURANCE DOCUMENTATION TO LITIGATION COUNSEL. | 0.30 |
| 11/14/25 | DNR | CORRESPONDENCE WITH CLIENT REGARDING NRA COLLECTION FILE AND TEXAS HOMESTEAD ISSUES. | 0.40 |
| 11/17/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING SALE PROCESS TIMELINE. | 0.20 |
| 11/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING OPERATIONAL ISSUES. | 0.30 |
| 11/17/25 | DNR | CORRESPONDENCE FROM NRA COUNSEL REGARDING OCTOBER REMITTANCE REPORTS. | 0.10 |
| 11/17/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING NRA REMITTANCE REPORTS. | 0.10 |
| 11/17/25 | DNR | CORRESPONDENCE TO NRA CONTACTS AND COUNSEL REGARDING CONSUMER DEBTOR AND SETTLEMENT REQUEST. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 11/17/25 | DNR | CORRESPONDENCE WITH HELLER PARTIES' COUNSEL REGARDING PAYMENT INSTRUCTIONS AND REMITTANCE INFORMATION. | 0.20 |
| 11/17/25 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING BREAKDOWN OF 2Q25 ACCOUNTS RECEIVABLE FOR BOOKKEEPING. | 0.20 |
| 11/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S BOOKKEEPER REGARDING REPORTING FOR TRUSTEE FORMS AND PAYMENT REMITTANCE INFORMATION FOR COURT-APPROVED PAYMENTS. | 0.30 |
| 11/17/25 | DNR | CORRESPONDENCE WITH UST REGARDING FINANCIAL DOCUMENTS REQUEST. | 0.20 |
| 11/17/25 | DNR | UPLOAD FINANCIAL DOCUMENTS REQUESTED BY UST. | 0.30 |
| 11/17/25 | DNR | RECEIVE AND REVIEW SOUTH CAROLINA LICENSE CORRESPONDENCE AND OUSA EMAILS FROM OUSA COUNSEL. | 0.30 |
| 11/17/25 | DNR | CORRESPONDENCE WITH SOUTH CAROLINA REGULATORY EXAMINER REGARDING AUTOMATIC STAY. | 0.30 |
| 11/17/25 | DNR | CORRESPONDENCE FROM BDO REGARDING DATA RETENTION AND PRESERVATION OF RECORDS. | 0.10 |
| 11/17/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING ORDER APPROVING EMPLOYMENT. | 0.10 |
| 11/17/25 | DNR | REVIEW ORDER APPROVING LITIGATION COUNSEL'S EMPLOYMENT. | 0.10 |
| 11/17/25 | DADO | CONTINUE DRAFTING SALE PROCEDURES MOTION, SALE PROCEDURES, HEARING NOTICE, AND PROPOSED ORDER FOR THE SAME. | 4.80 |
| 11/18/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S TAX ADVISOR REGARDING COMPTROLLER PROOFS OF CLAIM AND OUTSTANDING TAX RETURNS. | 0.30 |
| 11/18/25 | DNR | CORRESPONDENCE FROM GARNET REGARDING SALE TIMELINE AND OUTSTANDING ISSUES ON SAME. | 0.10 |
| 11/18/25 | DNR | CORRESPONDENCE FROM SOUTH CAROLINA EXAMINER REGARDING AUTOMATIC STAY ACKNOWLEDGMENT AND NOTICE OF CASE. | 0.10 |
| 11/19/25 | DNR | CORRESPONDENCE WITH BOND CONTACT REGARDING DEBTOR'S BONDS AND ISSUES REGARDING RENEWAL AND EXPIRATION. | 0.40 |
| 11/19/25 | DNR | REVIEW BOND SPREADSHEET FROM BOND CONTACT AND NOTE EXPIRED JURISDICTIONS. | 0.20 |
| 11/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BOND SPREADSHEET AND ISSUES REGARDING RENEWAL/EXPIRATION. | 0.30 |
| 11/19/25 | DNR | CALL WITH TRUSTEE AND OUSA COUNSEL REGARDING MSA AND OPERATIONS STATUS. | 0.40 |
| 11/19/25 | DNR | CORRESPONDENCE TO UST REGARDING CALL REQUEST WITH TRUSTEE AND | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | OUSA COUNSEL REGARDING MSA AND OPERATIONS. | |
| 11/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND UST REGARDING OPERATIONS ISSUES AND SALE TIMELINE. | 0.20 |
| 11/19/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING MSA COUNTER PROPOSAL. | 0.10 |
| 11/19/25 | DADO | CONTINUE DRAFTING SALE PROCEDURES MOTION. | 0.30 |
| 11/20/25 | DNR | CORRESPONDENCE WITH UST REGARDING CALL ON OPERATIONS AND MSA ISSUES. | 0.20 |
| 11/20/25 | DNR | CORRESPONDENCE TO TRUSTEE AND GARY SEGAL REGARDING OUSA MSA COUNTER PROPOSAL. | 0.10 |
| 11/20/25 | DNR | CORRESPONDENCE TO UST REGARDING MSA COUNTER PROPOSAL. | 0.10 |
| 11/20/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST. | 0.20 |
| 11/20/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING STATUS OF LIEN RELEASE REQUEST INFORMATION TO TRUSTEE. | 0.10 |
| 11/20/25 | DNR | REVIEW PROOFS OF CLAIM FILED BY GROWTH PLATFORMS AFTER BAR DATE ON NOVEMBER 18, 2025. | 0.20 |
| 11/20/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING GROWTH PLATFORMS PROOFS OF CLAIM. | 0.10 |
| 11/20/25 | DNR | CORRESPONDENCE WITH KING SIZE STORAGE REGARDING UNITS AND INSPECTION. | 0.30 |
| 11/20/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING STORAGE UNIT CORRESPONDENCE AND STATUS OF INSPECTION. | 0.20 |
| 11/20/25 | DNR | CORRESPONDENCE TO TRUSTEE AND LITIGATION COUNSEL REGARDING DECEMBER 4, 2025 HEARING IN MUSGROVE V. WILLY AP ON PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND SUBSTITUTION OF COUNSEL ITEMS. | 0.10 |
| 11/20/25 | DNR | CALL WITH UST, TRUSTEE, AND OUSA COUNSEL REGARDING MSA AND OPERATIONAL ISSUES. | 1.00 |
| 11/20/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING SALE PROCESS TIMELINE. | 0.20 |
| 11/20/25 | DNR | REVIEW DRAFT MATERIALS FROM GARNET REGARDING SALE TIMELINE. | 0.30 |
| 11/20/25 | DNR | CORRESPONDENCE TO DEBTOR'S CONTACT REGARDING INFORMATION FOR STORAGE UNITS. | 0.10 |
| 11/20/25 | DADO | FINISH DRAFTING SALE PROCEDURES MOTION, SALE PROCEDURES, HEARING NOTICE, AND OTHER NECESSARY DOCUMENTS. | 2.20 |
| 11/20/25 | DADO | REVIEW PROOF OF CLAIM NO. 148 FILED BY GROWTH PLATFORMS AND | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | ACCOMPANYING DOCUMENTS. | |
| 11/21/25 | DADO | REVIEW DOCUMENTS FROM GARNET RELATED TO DEADLINES AND OTHER IMPORTANT DETAILS RELATED TO THE SALE PROCEDURES MOTION. | 0.40 |
| 11/21/25 | DNR | CORRESPONDENCE WITH KING SIZE STORAGE CONTACT REGARDING ACCESS AND UNIT INSPECTION. | 0.40 |
| 11/21/25 | DNR | INSPECT STORAGE UNITS AT KING SIZE STORAGE. | 0.50 |
| 11/21/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING OUSA'S TERMINATION AND LICENSING COMPLIANCE ISSUES. | 0.20 |
| 11/23/25 | DADO | EMAIL CORRESPONDENCE WITH COUNSEL TO OUSA REGARDING NECESSARY INFORMATION FOR LIEN REVIEW PROCESS. | 0.10 |
| 11/24/25 | DNR | CORRESPONDENCE WITH UST, OUSA COUNSEL, PLAINTIFFS' COUNSEL, AND RECEIVER'S COUNSEL REGARDING OUSA'S MOTION TO TERMINATE SERVICES AND MOTION TO SELL. | 0.30 |
| 11/24/25 | DNR | REVIEW LICENSING EMAILS REGARDING IOWA AND SOUTH CAROLINA. | 0.30 |
| 11/24/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING POA SIGNATURE REQUEST OF TRUSTEE. | 0.10 |
| 11/24/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING POA REQUEST OF OUSA IN LIGHT OF MOTION TO TERMINATE. | 0.10 |
| 11/24/25 | DNR | CORRESPONDENCE WITH RANDY PULMAN REGARDING SALE PROCESS AND PORTFOLIO ITEMS. | 0.30 |
| 11/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING UNIT INSPECTION AND CONTENTS OF STORAGE UNITS. | 0.20 |
| 11/24/25 | DNR | CALL WITH LITIGATION COUNSEL REGARDING CASE STATUS REGARDING PORTFOLIO ITEMS AND DECEMBER 4, 2025 HEARING. | 1.20 |
| 11/24/25 | DNR | CALL WITH RANDY PULMAN REGARDING MSA, SALE, AND LIFT STAY ISSUES. | 0.40 |
| 11/24/25 | DNR | CORRESPONDENCE TO LITIGATION COUNSEL REGARDING TRIAL BALANCE SHEETS FROM OUSA. | 0.10 |
| 11/24/25 | DNR | CALL WITH RANDY PULMAN AND LITIGATION COUNSEL REGARDING TRIAL BALANCE DATA FROM OUSA AND OPERATIONAL ISSUES CROSSING WITH LITIGATION. | 0.80 |
| 11/24/25 | DNR | CALL WITH TRUSTEE REGARDING OPERATIONAL AND SALE UPDATES, INCLUDING CALL WITH RANDY PULMAN. | 0.40 |
| 11/24/25 | DNR | REVISE BIDDING PROCEDURES AND SALE PROCESS MOTION. | 1.50 |
| 11/24/25 | DNR | CALL WITH LITIGATION COUNSEL REGARDING SETTLEMENT STRATEGY. | 0.20 |
| 11/24/25 | DNR | CALL WITH OUSA COUNSEL REGARDING OPERATIONAL AND MSA ISSUES. | 0.60 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 11/24/25 | DADO | DRAFT MOTION FOR EXPEDITED HEARING, SATIJA DECLARATION, AND NOTICE OF HEARING FOR SALE PROCEDURES MOTION;. | 1.90 |
| 11/25/25 | DNR | REVIEW CORRESPONDENCE FROM VARIOUS CREDITORS' COUNSEL REGARDING OPERATIONS AND LIFT STAY ISSUES AND POTENTIAL FOR RESOLUTION. | 0.30 |
| 11/26/25 | DNR | CORRESPONDENCE WITH VARIOUS CREDITORS' COUNSEL REGARDING OPERATIONS, MSA, AND SALE ITEMS. | 0.50 |
| 11/26/25 | DNR | RECEIVE AND REVIEW NRA REMITTANCE REPORT FROM NRA COUNSEL. | 0.20 |
| 11/26/25 | DNR | CORRESPONDENCE TO DANIEL LAUX AND OUSA COUNSEL REGARDING NRA REMITTANCE REPORT RECEIVED. | 0.10 |
| 11/26/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING RESPONSE AND LOCAL RULES. | 0.30 |
| 11/26/25 | DADO | FURTHER REVISE SALE PROCEDURES MOTION AND RELATED DOCUMENTS. | 0.30 |
| 11/28/25 | DADO | REVIEW OUSA MOTION FOR RELIEF FROM STAY AND MOTION TO EXPEDITE. | 0.50 |
| | | **TOTAL HOURS** | **76.60** |
| | | **TOTAL** | **$43,486.50** |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 14

MARCH 5, 2026

**BILLING SUMMARY**

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|----|------------|------:|------:|-------:|
| GPS | GARY P. SEGAL | 1.30 | 875.00 | 1,137.50 |
| DNR | DANIELLE R. BEHRENDS | 59.50 | 605.00 | 35,997.50 |
| DADO | DOMINIQUE A. DOUGLAS | 12.10 | 450.00 | 5,445.00 |
| JRST | JAMIE R. STAFFORD | 3.70 | 245.00 | 906.50 |
| | **TOTAL** | **76.60** | | **$43,486.50** |



RON SATIJA                                          MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                       INVOICE #: 3719220
CHAPTER 7 TRUSTEE                                   PAGE 15

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/11/25 | VENDOR: DANIELLE  RUSHING  BEHRENDS  INVOICE#: 010048368615  DATE: 11/11/2025    - CAG - PARKING EXPENSES 11-10-25 - PARKING EXPENSE | 17.16 |
| | PRINTING EXPENSES | 6.10 |
| | SCANNING | 6.80 |
| | **TOTAL DISBURSEMENTS** | **30.06** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719220
PAGE 16

MARCH 5, 2026

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 0.40 | 242.00 |
| B120 | ASSET ANALYSIS AND RECOVERY | 1.70 | 1,028.50 |
| B130 | ASSET DISPOSITION | 13.30 | 6,481.00 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 12.50 | 7,562.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 0.50 | 302.50 |
| B190 | OTHER CONTESTED MATTERS | 0.50 | 225.00 |
| B210 | BUSINESS OPERATIONS | 23.10 | 12,808.50 |
| B230 | FINANCING AND CASH COLLATERAL | 12.30 | 7,441.50 |
| B240 | TAX | 0.70 | 423.50 |
| B310 | CLAIMS ADMINISTRATION AND OBJECTIONS | 0.60 | 316.50 |
| BT110 | LITIGATION | 8.40 | 5,082.00 |
| BT120 | ACCOUNTING/AUDITING | 2.30 | 1,391.50 |
| BT200 | INSURANCE | 0.30 | 181.50 |
| | **TOTAL** | **76.60** | **43,486.50** |



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000003
INVOICE #: 3719289

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: TRAVEL**

| | | |
|---|---|---|
| FEES | $ | 665.50 |
| **INVOICE TOTAL** | **$** | **665.50** |

# Dykema 100 YEARS
EST. 1926

RON SATIJA

MATTER #: 127196.000003
INVOICE #: 3719289
PAGE 2

MARCH 5, 2026

**RE: TRAVEL**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 11/21/25 | DNR | TRAVEL FROM KING SIZE STORAGE AFTER UNIT INSPECTIONS. | 1.80 |
| 11/21/25 | DNR | TRAVEL TO KING SIZE STORAGE FOR UNIT INSPECTIONS. | 0.40 |
| | | **TOTAL HOURS** | **2.20** |
| | | **TOTAL** | **$665.50** |

# Dykema100 YEARS
EST. 1926

RON SATIJA

MATTER #: 127196.000003
INVOICE #: 3719289

MARCH 5, 2026

PAGE 3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|----|-----------|-------|-------|--------|
| DNR | DANIELLE R. BEHRENDS | 2.20 | 302.50 | 665.50 |
| | **TOTAL** | **2.20** | | **$665.50** |

# Dykema100 YEARS
EST. 1926

RON SATIJA

MATTER #: 127196.000003
INVOICE #: 3719289

MARCH 5, 2026

PAGE 4

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B120 | ASSET ANALYSIS AND RECOVERY | 2.20 | 665.50 |
| | **TOTAL** | **2.20** | **665.50** |



777 Woodward Avenue, Suite 400 ▪ Detroit, MI  48226 ▪ EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719221

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---:|
| FEES | $ | 43,406.00 |
| DISBURSEMENTS | | 4.90 |
| **INVOICE TOTAL** | **$** | **43,410.90** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 2

MARCH 5, 2026

## RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/01/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING COURT AVAILABILITY, HEARING DATE ON MOTION TO LIFT STAY AND OTHER PENDING PLEADINGS, DISCOVERY REQUESTED PRIOR TO HEARING, AND WITNESS OF OUSA. | 1.00 |
| 12/01/25 | DNR | CORRESPONDENCE WITH ALLEGED SECURED CREDITORS' COUNSEL, RECEIVER, AND TRUSTEE REGARDING OUSA'S MOTION TO LIFT STAY AND TERMINATE SERVICING. | 0.20 |
| 12/01/25 | DNR | REVIEW NOTICE REQUEST FILED BY LACEY MURPHY ON THE DOCKET. | 0.10 |
| 12/01/25 | DNR | REVIEW OUSA'S MOTION TO LIFT STAY TO TERMINATE SERVICING AND REQUEST FOR EXPEDITED HEARING ON SAME. | 0.40 |
| 12/01/25 | DNR | REVIEW LICENSE CORRESPONDENCE FROM REGULATORS IN NEVADA, WASHINGTON DC, AND CALIFORNIA. | 0.30 |
| 12/01/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING QUESTIONS ON MOVING PARTIES AND MOTION TO LIFT STAY. | 0.20 |
| 12/01/25 | DNR | CORRESPONDENCE WITH GARY SEGAL REGARDING FURTHER UPDATED MSA DRAFT FROM OUSA FOR REVIEW AND RESPONSE TO LIFT STAY MOTION. | 0.20 |
| 12/01/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING MOTION TO LIFT STAY AND DISCOVERY PROPOSED ON SAME. | 0.20 |
| 12/01/25 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING SETTLEMENT REQUEST FOR LITIGATION FILE. | 0.10 |
| 12/01/25 | DNR | CALL WITH OUSA COUNSEL REGARDING MOTION TO LIFT STAY AND DEPOSITIONS PRIOR TO HEARING. | 0.20 |
| 12/01/25 | DNR | CALL WITH GARY SEGAL REGARDING INITIAL QUESTIONS ON REVISED MSA. | 0.30 |
| 12/01/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING INITIAL QUESTIONS ON REVISED MSA. | 0.40 |
| 12/01/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING FINANCIALS AND DATA PRODUCED TO TRUSTEE BY OPPOSING COUNSEL. | 0.40 |
| 12/01/25 | DNR | CALL WITH GEORGIA OAG COUNSEL REGARDING LICENSE AND REGISTRATION ITEMS AND LETTER REGARDING BANKRUPTCY. | 0.10 |
| 12/01/25 | DNR | CONTINUE REVISING BIDDING PROCEDURES MOTION AND RELATED DOCUMENTS. | 2.00 |
| 12/01/25 | DADO | REVIEW DOCUMENTS RELATED TO COLLINS' REGISTRATION WITH NEVADA | 0.20 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719221

CHAPTER 7 TRUSTEE

PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | SECRETARY OF STATE. | |
| 12/01/25 | DADO | REVIEW DOCUMENTS RECEIVED FROM COUNSEL TO OUSA REGARDING DC AND CALIFORNIA LICENSING. | 0.20 |
| 12/02/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING UPDATE ON MOTION TO LIFT STAY, BIDDING PROCEDURES OPEN ITEMS, AND SALE PROCESS TIMELINE. | 0.50 |
| 12/02/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING DEPOSITION NOTICE OF RECEIVER AND HEARING SCHEDULING FOR MOTION TO LIFT STAY TO TERMINATE SERVICING AND MUSGROVE V. WILLY AP MOTION FOR LEAVE AND WITNESSES AVAILABLE FOR SAME. | 0.50 |
| 12/02/25 | DNR | REVIEW SAMPLE SERVICING REPORT FROM OUSA AS CONTEMPLATED UNDER DRAFT MSA. | 0.10 |
| 12/02/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING REVISED MSA QUESTIONS. | 0.20 |
| 12/02/25 | DNR | RECEIVE AND REVIEW NOTICE OF DEPOSITION OF REPRESENTATIVE OF OUSA. | 0.20 |
| 12/02/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL REGARDING DEPOSITION OF DESIGNATED REPRESENTATIVE OF OUSA BY PLAINTIFFS AND OBJECTIONS TO SAME BY OUSA. | 0.30 |
| 12/02/25 | DNR | REVIEW ORDER AUTHORIZING EMPLOYMENT OF JOHN MOSLEY AS TRUSTEE'S ACCOUNTANT. | 0.10 |
| 12/02/25 | DNR | CORRESPONDENCE TO JOHN MOSLEY REGARDING EMPLOYMENT ORDER. | 0.10 |
| 12/02/25 | DNR | RECEIVE AND REVIEW DEPOSITION NOTICE OF PLAINTIFFS FOR NICK SWINEA. | 0.20 |
| 12/02/25 | DNR | CONTINUE DRAFTING AND REVISING DECLARATION OF TRUSTEE IN SUPPORT OF BIDDING PROCEDURES MOTION AND SAID MOTION, SALE PROCEDURES, SALE NOTICE, AND CORRESPONDING PROPOSED ORDER. | 1.70 |
| 12/02/25 | DNR | COMPILE AND SEND DOCUMENTS PRODUCED TO TRUSTEE TO LITIGATION COUNSEL AND WEAVER. | 0.40 |
| 12/02/25 | DADO | CORRESPONDENCE WITH MS. BEHRENDS REGARDING DEPOSITION OF NICK SWINEA AND ARRANGEMENTS FOR THE SAME. | 0.30 |
| 12/03/25 | GPS | REVIEW OUSA'S COMMENTS TO MASTER SERVICING AGREEMENT WITH MS. BEHRENDS. | 0.50 |
| 12/03/25 | DNR | REVIEW ORDER GRANTING EXPEDITED HEARING REQUEST ON MOTION TO LIFT STAY. | 0.10 |
| 12/03/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S BOOKKEEPER REGARDING WIRE FROM NRA. | 0.20 |
| 12/03/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL, RECEIVER'S COUNSEL, AND PLAINTIFFS' COUNSEL REGARDING MOTION FOR PROTECTIVE ORDER AND | 0.40 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719221

CHAPTER 7 TRUSTEE

PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
|  |  | EXPEDITED HEARING REQUEST. |  |
| 12/03/25 | DNR | CALL WITH GARY SEGAL REGARDING REVISED MSA AND ADDITIONS THERETO FOR TRUSTEE. | 0.60 |
| 12/03/25 | DNR | REVIEW MOTION FOR EXPEDITED HEARING ON MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS RELATING TO MOTION TO LIFT STAY. | 0.10 |
| 12/03/25 | DNR | CALL WITH TRUSTEE REGARDING MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS RELATING TO MOTION TO LIFT STAY. | 0.40 |
| 12/03/25 | DNR | REVIEW CLAIM NOTICE CORRESPONDENCE OF LITIGATION COUNSEL TO INSURANCE CARRIER. | 0.10 |
| 12/03/25 | DADO | FURTHER REVISE SALE MOTION PROCEDURES AND RELATED DOCUMENTS BASED ON COMMENTS RECEIVED FROM MS. BEHRENDS. | 3.00 |
| 12/04/25 | DNR | REVIEW ORDER GRANTING EXPEDITED HEARING AND NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER. | 0.10 |
| 12/04/25 | DNR | CORRESPONDENCE TO GARY SEGAL REGARDING STATUS OF MSA FINAL VERSION. | 0.10 |
| 12/04/25 | DNR | APPEAR BEFORE THE HON. CRAIG A. GARGOTTA ON MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITIONS AND DISCOVERY ON MOTION TO LIFT STAY TO TERMINATE SERVICING. | 3.00 |
| 12/05/25 | DNR | CALL WITH GARNET AND TRUSTEE REGARDING SALE TIMELINE AND SHORT-TERM OPERATION CONCERNS IMPACTING SAME. | 0.60 |
| 12/05/25 | DNR | REVIEW NOTICE OF WITHDRAWAL OF MOTION TO LIFT STAY. | 0.10 |
| 12/05/25 | DNR | CORRESPODENCE TO GARY SEGAL REGARDING STATUS OF MSA TURN AND SUBMISSION TO OUSA. | 0.20 |
| 12/05/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CALL AND NEXT STEPS ON SHORT-TERM SOLUTION FOR OPERATIONS. | 0.20 |
| 12/05/25 | DNR | REVIEW PROPOSED ORDER REGARDING MOTION FOR PROTECTIVE ORDER OF OUSA AND REVISIONS PROPOSED THERETO BY PLAINTIFFS' COUNSEL AND RECEIVER'S COUNSEL. | 0.20 |
| 12/05/25 | DNR | CALL WITH UST REGARDING OPERATIONAL, LICENSING, BONDING, SALE, AND VALUATION ISSUES. | 0.40 |
| 12/05/25 | DNR | CALL WITH OUSA COUNSEL AND TRUSTEE REGARDING LICENSE, REGULATORY, AND BOND ISSUES FOR COMPLIANCE BEFORE 12/31/2025. | 0.60 |
| 12/05/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING SUBSERVICING AGREEMENTS. | 0.10 |
| 12/05/25 | DNR | RECEIVE AND DOWNLOAD SUBSERVICER AGREEMENTS WITH OUSA FOR CAG PORTFOLIOS. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 12/05/25 | DNR | CORRESPONDENCE WITH ROYAL LEA AND LES OTTENHEIMER REGARDING SHORT-TERM SOLUTION FOR PORTFOLIO COMPLIANCE AND TRUSTEE'S REQUEST FOR USE OF CASH COLLATERAL TO THE EXTENT IT CONSTITUTES CASH COLLATERAL. | 0.30 |
| 12/05/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SHORT-TERM SOLUTION FOR COMPLIANCE OF CAG PORTFOLIOS. | 0.20 |
| 12/05/25 | DNR | CALL WITH ROYAL LEA AND RANDY PULMAN REGARDING SHORT-TERM SOLUTION RE COMPLIANCE FOR PORTFOLIOS. | 0.50 |
| 12/05/25 | GPS | FURTHER REVISE MASTER SERVICING AGREEMENT. | 0.80 |
| 12/08/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING CONSUMER LIEN RELEASE REQUEST AND THREATS OF CONSUMER TO MARINER FINANCE REGARDING SAME. | 0.70 |
| 12/08/25 | DNR | REVIEW INCOMING WIRE INFORMATION FROM NRA. | 0.10 |
| 12/08/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST OF CONSUMER. | 0.40 |
| 12/08/25 | DNR | CALL WITH CONSUMER REGARDING LIEN RELEASE REQUEST AND COURT-ORDERED PROTOCOL FOR SAME. | 0.10 |
| 12/08/25 | DNR | REVISE DRAFT BIDDING PROCEDURES MOTION, PROPOSED ORDER, SALE PROCEDURES, AND DECLARATION SUPPORTING SAME. | 0.90 |
| 12/08/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING LICENSING, BONDING, AND REGISTRATION FEES FOR PORTFOLIOS AND USE OF ESTATE FUNDS FOR SAME AS PROPOSED ON DECEMBER 5, 2025. | 0.60 |
| 12/08/25 | DNR | CORRESPONDENCE TO GARNET AND TRUSTEE REGARDING REVISED BIDDING PROCEDURES MOTION AND TIMELINE FOR SAME. | 0.10 |
| 12/08/25 | DNR | REVIEW PAYMENT DOCUMENTATION SENT TO LAIRD OSKIN FROM CONSUMER REGARDING LIEN RELEASE REQUEST AND PAYMENT TO OUSA. | 0.20 |
| 12/08/25 | DNR | CORRESPONDENCE TO WEAVER REGARDING INTERIM FEE APPLICATION AND TIMING FOR FILING SAME IN ACCORDANCE WITH COURT ORDER ABATING DE TRUSTEE'S PROFESSIONALS' APPLICATIONS TO FEBRUARY 2, 2026. | 0.10 |
| 12/08/25 | DNR | CORRESPONDENCE WITH LES OTTENHEIMER, OUSA COUNSEL, AND ROYAL LEA REGARDING DRAFT STIPULATION AND AGREED ORDER REGARDING OPERATIONS FUNDING FROM ESTATE FOR LICENSE, BOND, REGULATORY, AND COMPLIANCE ITEMS FOR PORTFOLIOS. | 0.60 |
| 12/08/25 | DNR | DRAFT STIPULATION AND AGREED ORDER REGARDING OPERATIONS FUNDING FROM ESTATE FOR LICENSE, BOND, REGULATORY, AND COMPLIANCE ITEMS FOR PORTFOLIOS. | 1.00 |
| 12/08/25 | DNR | ANALYZE FINAL CASH COLLATERAL ORDER AND BUDGET. | 0.30 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 12/08/25 | DADO | REVISE SALES PROCEDURES MOTION. | 0.30 |
| 12/08/25 | DADO | EMAIL CORRESPONDENCE WITH MR. RIDULFO, MS. BEHRENDS, AND MR. OSKIN REGARDING REQUESTED LIEN RELEASE. | 0.30 |
| 12/08/25 | DADO | REVIEW DEBTORS' PREVIOUS RECONCILIATION DOCUMENTS AS PART OF LIEN RELEASE REQUEST. | 0.30 |
| 12/09/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL AND PLAINTIFFS' COUNSEL REGARDING PROPOSED ORDER REGARDING MOTION FOR PROTECTIVE ORDER AND ISSUES REGARDING UNDERLYING MOTION TO LIFT STAY AND FURTHER REVISED VERSIONS OF SAME. | 0.30 |
| 12/09/25 | DNR | CORRESPONDENCE WITH BOOKKEEPER REGARDING NRA WIRE RECEIVED AND ASSET CATEGORY FOR TRUSTEE'S REPORTING. | 0.20 |
| 12/09/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING FEE APPLICATIONS AND ABATEMENT IMPACT ON TIMING OF SAME. | 0.20 |
| 12/09/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING STIPULATION AND AGREED ORDER REGARDING LICENSING AND BONDING EXPENSES AND FEES FOR PORTFOLIOS. | 0.30 |
| 12/09/25 | DNR | CALL WITH COURTROOM DEPUTY REGARDING STIPULATION AND AGREED ORDER REGARDING LICENSING, BONDING, AND REGISTRATION FEES AND EXPENSES TO THE EXTENT IT CONSTITUTES CASH COLLATERAL. | 0.10 |
| 12/09/25 | DNR | FINALIZE STIPULATION AND AGREED ORDER REGARDING REGISTRATION, LICENSING, BONDING, ETC. FEES AND EXPENSES FOR CAG PORTFOLIOS. | 0.20 |
| 12/09/25 | DNR | RECEIVE AND REVIEW REVISED STIPULATION FROM OUSA'S COUNSEL REGARDING LICENSING AND BONDING EXPENSES AND FEES OF PORTFOLIOS. | 0.10 |
| 12/09/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND BOOKKEEPER REGARDING STIPULATION AND PENDING AGREED ORDER REGARDING EXPENSES AND FEES TO BE PAID FROM ESTATE FUNDS FOR LICENSING, REGULATORY, AND BONDING ITEMS. | 0.20 |
| 12/09/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING NEXT STEPS FOR COMPLIANCE ON PORTFOLIOS. | 0.20 |
| 12/09/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING PAYMENTS RECEIVED FROM OUSA REGARDING LIEN RELEASE REQUEST AND FUNDS ON SAME. | 0.10 |
| 12/09/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING FURTHER REVISED SALE PROCEDURES AND TIMELINE. | 0.30 |
| 12/09/25 | DADO | REVISE LIEN REQUEST LIST BASED ON NEW REQUEST FROM MR. RIDULFO. | 0.20 |
| 12/09/25 | DADO | SHORT PHONE CONFERENCE WITH MS. BEHRENDS REGARDING NEW LIEN RELEASE REQUESTS. | 0.20 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 7

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/10/25 | DNR | REVIEW AND ANALYZE GARNET'S FEEDBACK AND FURTHER REVISIONS TO SALE PROCEDURES AND CORRESPONDING PLEADINGS. | 0.50 |
| 12/10/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST AND FUND TRANSFER OF SAME TO TRUSTEE. | 0.20 |
| 12/10/25 | DNR | CORRESPONDENCE FROM TRUSTEE'S BOOKKEEPER REGARDING FUND RECEIPT FROM OUSA AND LIEN RELEASE REQUEST ITEMS. | 0.10 |
| 12/10/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING DISCUSSION WITH OUSA CONTACTS REGARDING LICENSING, BONDING, AND REGULATORY COMPLIANCE ITEMS FOR PORTFOLIOS. | 0.20 |
| 12/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING INCOMING PAYMENT FROM OUSA AND WHICH LIEN RELEASE REQUEST IT RELATES TO. | 0.20 |
| 12/10/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING INCOMING WIRE AND DETAILS SUPPORTING SAME. | 0.10 |
| 12/10/25 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING BIDDING PROCEDURES PLEADING TIMELINE AND MILESTONE CONTEMPLATION. | 0.20 |
| 12/10/25 | DNR | REVIEW NOTICE REGARDING PROTECTIVE ORDER MOTION OF OUSA. | 0.10 |
| 12/10/25 | DNR | REVIEW AGREED ORDER REGARDING LICENSING, BONDING, AND REGULATORY COMPLIANCE FEES AND EXPENSES FOR PORTFOLIOS. | 0.10 |
| 12/10/25 | DNR | CORRESPONDENCE TO ROYAL LEA, MIKE RIDULFO, AND LES OTTENHEIMER REGARDING AGREED ORDER REGARDING LICENSING, BONDING, AND REGULATORY COMPLIANCE FEES AND EXPENSES FOR PORTFOLIOS. | 0.10 |
| 12/10/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING DECEMBER 15, 2025 HEARING IN MUSGROVE V. WILLY AP AND DOCKET SHEET FOR MAIN CASE AND RECEIPT OF MATERIALS FOR SAME FROM PLAINTIFFS' COUNSEL. | 0.30 |
| 12/10/25 | DNR | RECEIVE AND REVIEW FOURTEENTH DOCUMENT PRODUCTION FROM OUSA REGARDING LICENSING AND BONDING MATERIALS FROM VARIOUS JURISDICTIONS. | 1.00 |
| 12/10/25 | DNR | CORRESPONDENCE FROM PLAINTIFFS' COUNSEL REGARDING EXHIBIT AND WITNESS LIST FOR DECEMBER 15, 2025 HEARING IN MUSGROVE V. WILLY AP. | 0.10 |
| 12/10/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING STRATEGY. | 0.20 |
| 12/11/25 | DNR | CORRESPONDENCE WITH COUNSEL FOR WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS REGARDING REQUEST FOR INFORMATION ON CREDITORS IN WISCONSIN. | 0.20 |
| 12/11/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST AND CONTACT FROM CONSUMER. | 0.20 |
| 12/11/25 | DNR | DRAFT NOTICE OF INTENTION TO EXECUTE LIEN RELEASES. | 0.30 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON SATIJA

INVOICE #: 3719221

CHAPTER 7 TRUSTEE

PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/11/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING LIEN RELEASE REQUEST DOCUMENTATION FOR REVIEW PRIOR TO SIGNATURE OF TRUSTEE. | 0.10 |
| 12/11/25 | DNR | CALL WITH LITIGATION COUNSEL REGARDING RECOVERY AND LITIGATION STRATEGY. | 1.00 |
| 12/11/25 | DNR | CALL WITH OUSA COUNSEL AND LICENSING CONTACTS REGARDING BONDING, REGISTRATION, AND COMPLIANCE ITEMS FOR JURISDICTIONS EXPIRING AT YEAR-END. | 1.20 |
| 12/12/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING DECEMBER 15, 2025 HEARING. | 0.20 |
| 12/12/25 | DNR | CORRESPONDENCE WITH OUSA CONTACTS REGARDING NMLS ACCOUNTS AND PORTAL ITEMS FOR CAG PORTFOLIOS. | 0.20 |
| 12/12/25 | DNR | DRAFT NOTICE OF INTENT OF TRUSTEE TO EXECUTE LIEN RELEASE. | 0.20 |
| 12/12/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING REVISED BIDDING PROCEDURES AND SALE PROCESS TIMELINE. | 0.20 |
| 12/12/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST DOCUMENTATION FOR THREE CONSUMERS. | 0.30 |
| 12/12/25 | DNR | REVIEW UPDATED LIST OF EXPIRING REGISTRATION AND BONDS FROM OUSA AND PRIORITY FOR SAME. | 0.10 |
| 12/12/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT REGARDING REPORTING DEFICIENCIES PER NMLS PORTAL AND QUESTIONS ON SAME. | 0.20 |
| 12/12/25 | DNR | REVIEW VARIOUS SUBPOENAS FOR RULE 2004 EXAMS AND DOCUMENT REQUESTS ISSUED BY LITIGATION COUNSEL. | 0.30 |
| 12/12/25 | DNR | CORRESPONDENCE WITH OUSA CONTACTS REGARDING LIEN RELEASE REQUESTS AND ACCOUNT NUMBERS TO PROVIDE TO MARINER FINANCE. | 0.20 |
| 12/15/25 | DNR | CORRESPONDENCE WITH PLAINTIFFS' COUNSEL AND OUSA COUNSEL REGARDING DECEMBER 15, 2025 HEARING AND PLAINTIFFS' REQUEST FOR APPROVAL OF STIPULATED FACTS AND PROPOSED ORDER. | 0.20 |
| 12/15/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING DOCUMENT PRODUCTIONS RECEIVED FROM VARIOUS PARTIES. | 0.10 |
| 12/15/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST AND ISSUES WITH THREATS OF CONSUMER. | 0.50 |
| 12/15/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING STRATEGY AND RESEARCH ON POTENTIAL CAUSES OF ACTION. | 0.20 |
| 12/15/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND LITIGATION COUNSEL REGARDING PROPOSED STIPULATION AND AGREED ORDER CIRCULATED BY PLAINTIFFS' COUNSEL AND ISSUES IN MAIN CASE BASED ON SAME. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 12/15/25 | DNR | MONITOR HEARING BEFORE THE HON. CRAIG A. GARGOTTA ON MOTION FOR LEAVE TO AMEND COMPLAINT AND PROPOSED ORDER EXPANDING RELATED RELIEF TO CLAIMS OBJECTIONS AND TRUSTEE'S CAUSES OF ACTION. | 1.00 |
| 12/15/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING PAYMENT INFORMATION REQUIRED FOR RENEWAL/COMPLIANCE IN FLORIDA. | 0.10 |
| 12/15/25 | DNR | CORRESPONDENCE TO LAIRD OSKIN REGARDING LIEN RELEASE DOCUMENTATION REQUESTS PENDING AND AWAITING EXECUTION ONCE RECEIVED. | 0.10 |
| 12/16/25 | DNR | CALL WITH TRUSTEE REGARDING LICENSING AND BONDING COMPLIANCE ITEMS AND INFORMATION NEEDED FROM BANKER. | 0.50 |
| 12/16/25 | DNR | CORRESPONDENCE WITH UST REGARDING ELECTRONIC PAYMENT REQUIREMENTS FOR LICENSING AND COMPLIANCE ITEMS. | 0.20 |
| 12/16/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING FLORIDA RENEWAL AND PAYMENT ITEMS ON SAME OUTSIDE NMLS PORTAL. | 0.20 |
| 12/16/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE DOCUMENTATION AND TITLE ISSUES FOR CONSUMERS. | 0.40 |
| 12/16/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING LIEN RELEASE INFORMATION REQUIRED FOR EXECUTION OF DOCUMENTATION BY TRUSTEE FOR SPECIFIC CONSUMER ACCOUNTS. | 0.40 |
| 12/16/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN AND OUSA CONTACT REGARDING CONSUMER THREATS AND LIEN RELEASE DEMAND AND INSTRUCTIONS FOR HANDLING GOING FORWARD. | 0.40 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING MICHIGAN LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING ELECTRONIC LIEN AND TITLE ISSUES FOR CONSUMER RELEASE. | 0.10 |
| 12/16/25 | DNR | CALL WITH CONSUMER REGARDING LIEN RELEASE DEMAND AND INABILITY TO PROVIDE SAME DUE TO FAILURE TO PAY ACCOUNT BALANCE IN FULL AND PROTOCOL PER COURT ORDER. | 0.20 |
| 12/16/25 | DNR | PREPARE LIEN RELEASE DOCUMENTATION FOR TRUSTEE'S SIGNATURE. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LIEN RELEASE DOCUMENTATION AND INSTRUCTIONS FOR PROCESSING ONCE NOTARIZED AND SIGNED. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SERVICING ISSUES AND CALL REQUEST. | 0.30 |
| 12/16/25 | DNR | CORRESPONDENCE WITH WEAVER REGARDING FINAL CASH COLLATERAL ORDER AND REMITTANCE OF RETAINER BY TRUSTEE. | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING TEXAS LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME IN STATE-SPECIFIC PORTAL. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING CALIFORNIA LICENSE AND BOND RENEWAL ITEMS AND DOCUMENTATION AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING OKLAHOMA LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME IN STATE-SPECIFIC PORTAL. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING INDIANA LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING IDAHO LICENSE AND BOND RENEWAL ITEMS AND DOCUMENT AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING ILLINOIS LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING MINNESOTA LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING MARYLAND LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME. | 0.10 |
| 12/16/25 | DNR | RECEIVE AND REVIEW PROPOSED ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT. | 0.10 |
| 12/17/25 | DNR | CALL WITH OUSA CONTACTS AND COUNSEL REGARDING LICENSING RENEWALS AND SERVICING ISSUES. | 0.90 |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING ILLINOIS LICENSE AND BOND RENEWAL ITEMS AND PAYMENT INFORMATION REQUIRED FOR FACILITATING SAME IN NMLS AND STATE PORTAL. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND UST REGARDING CREDIT CARD PAYMENT ISSUES FOR LICENSE RENEWAL BASED ON STATE REQUIREMENTS. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING MINNESOTA LICENSE RENEWAL ITEMS AND ACCOUNTS IN PORTFOLIO RELATING TO VARIOUS LICENSES. | 0.40 |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING MARYLAND LICENSE RENEWAL ITEMS AND GOOD STANDING STATE | 0.20 |

![Dykema 100 YEARS EST. 1926 logo]

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | REQUIREMENT. | |
| 12/17/25 | DNR | CORRESPONDENCE WITH GROWTH PLATFORMS INVESTOR REGARDING REPRESENTATION OF CHAPTER 7 TRUSTEE AND RECEIPT OF LETTER SENT TO EVAN MILLER AND ADDRESSING QUESTIONS REGARDING SCHEDULES AND CREDITOR LIST TO DEBTOR'S COUNSEL. | 0.40 |
| 12/17/25 | DNR | RECEIVE AND REVIEW LETTER FROM GROWTH PLATFORMS INVESTOR TO EVAN MILLER, DE TRUSTEE COUNSEL, DEMANDING CONTACT FROM TRUSTEE'S COUNSEL. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING GROWTH PLATFORMS INVESTOR CORRESPONDENCE. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LETTER RECEIVED AND RESPONSE TO GROWTH PLATFORMS INVESTOR. | 0.10 |
| 12/17/25 | DNR | REVIEW NORTH DAKOTA LICENSE LETTER TO CAG. | 0.20 |
| 12/17/25 | DNR | REVIEW AND PROVIDE COMMENTS TO DRAFT PLAINTIFFS' STIPULATION OF FACTS AND PROPOSED ORDER REGARDING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT. | 0.60 |
| 12/17/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND TRUSTEE REGARDING COMMENTS AND REVISIONS TO PROPOSED STIPULATION OF FACTS AND ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT. | 0.30 |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING NORTH DAKOTA ACCOUNTS IN PORTFOLIO AND COLLECTIONS FOR SAME. | 0.30 |
| 12/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING NORTH DAKOTA LICENSE AND ITEMS REGARDING SAME. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING LICENSING ISSUE AND SALE IMPACT FOR SPECIFIC JURISDICTION. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE FROM OUSA CONTACT REGARDING COLLECTIONS FOR 2025 FOR CERTAIN STATES. | 0.10 |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL AND TRUSTEE REGARDING BOND RENEWALS. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING FLORIDA RENEWAL APPROVAL. | 0.10 |
| 12/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING MINNESOTA LICENSES AND RENEWAL ITEMS REGARDING SAME. | 0.20 |
| 12/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING MARYLAND LICENSE AND DOCUMENTATION REQUIREMENTS REGARDING SAME. | 0.10 |
| 12/17/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TEXAS LICENSES AND | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | RENEWAL/LAPSE ITEMS REGARDING SAME. | |
| 12/17/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING TEXAS LICENSE RENEWAL AND LAPSE ITEMS. | 0.20 |
| 12/18/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND WEAVER REGARDING RETAINER FOR WEAVER. | 0.20 |
| 12/18/25 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING BOND INVOICES. | 0.10 |
| 12/18/25 | DNR | CORRESPONDENCE WITH CORNERSTONE LICENSING CONTACT REGARDING BOND RENEWALS OR NON-RENEWALS AND PAYMENT QUESTIONS FOR COMPLIANCE ON JURISDICTIONS. | 0.80 |
| 12/18/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING FINANCIAL DOCUMENTS NEEDED FROM DAMIEN ALFALLA FOR LICENSE AND REGULATORY COMPLIANCE. | 0.10 |
| 12/18/25 | DNR | REVIEW BOND RENEWAL INVOICES AND INFORMATION REGARDING SAME. | 0.40 |
| 12/18/25 | DNR | BRIEFLY REVIEW RULE 2004 LETTERS AND SUBPOENAS SENT BY LITIGATION COUNSEL. | 0.20 |
| 12/18/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING FINANCIAL DOCUMENTATION ALTERNATIVES FOR COMPLIANCE AND LICENSING RENEWALS. | 0.30 |
| 12/18/25 | DNR | CALL WITH TRUSTEE REGARDING FINANCIAL DOCUMENTATION AND RENEWAL ISSUES. | 0.20 |
| 12/18/25 | DNR | CORRESPONDENCE TO OUSA COUNSEL AND CONTACT REGARDING NON-RENEWALS OF NORTH DAKOTA AND WYOMING. | 0.10 |
| 12/18/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LETTER FROM BANK REGARDING LIQUID ASSETS OF BANK ACCOUNT FOR RENEWAL AND COMPLIANCE IN MARYLAND. | 0.20 |
| 12/19/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING FINANCIAL DOCUMENTATION AND ISSUES PRESENTED FOR RENEWAL ELIGIBILITY. | 0.30 |
| 12/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND BANKER REGARDING LETTER REGARDING BANK ACCOUNT AND LIQUID ASSETS REQUIRED BY MARYLAND FOR RENEWAL. | 0.20 |
| 12/19/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING PAYMENT AND BANK ACCOUNT ITEMS FOR RENEWALS. | 0.20 |
| 12/19/25 | DNR | CALL WITH TRUSTEE, OUSA CONTACT AND COUNSEL REGARDING LICENSE RENEWAL AND REGISTRATION ISSUES FOR VARIOUS STATES. | 1.30 |
| 12/19/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING DEBTOR'S BANK ACCOUNT STATEMENT AT TIME OF FILING AND INFORMATION FOR RENEWAL | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | OF LICENSES. | |
| 12/19/25 | DNR | CORRESPONDENCE WITH UST AND TRUSTEE REGARDING ELECTRONIC PAYMENT ISSUES AND RENEWAL REQUIREMENTS FOR VARIOUS STATES. | 0.50 |
| 12/19/25 | DNR | RECEIVE AND REVIEW LIQUID ASSET LETTER FOR MARYLAND SUBMISSION FROM TRUSTEE. | 0.20 |
| 12/19/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING OKLAHOMA RENEWAL APPROVAL. | 0.10 |
| 12/19/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING IDAHO QUARTERLY REPORTS REQUIRED FOR LICENSING RENEWAL. | 0.20 |
| 12/19/25 | DNR | REVIEW IDAHO'S QUARTERLY REPORT TEMPLATE SENT BY OUSA CONTACT. | 0.10 |
| 12/19/25 | DNR | CORRESPONDENCE TO OUSA CONTACT AND COUNSEL REGARDING IDAHO REPORTS AND FINANCIAL DOCUMENTATION REQUIRED FOR RENEWAL. | 0.30 |
| 12/19/25 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING RENEWAL AND LICENSING ISSUES AND POTENTIAL IMPACT ON PORTFOLIO AND SALE. | 0.40 |
| 12/19/25 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL AND TRUSTEE REGARDING OKLAHOMA RENEWAL APPLICATION AND SUBMISSION CONTENT. | 0.30 |
| 12/22/25 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING CONSUMER THREATS AND ESCALATION OF ISSUES REGARDING LIEN RELEASE ALLEGEDLY PROMISED BY OUSA. | 0.20 |
| 12/22/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE ALLEGEDLY PROMISED TO CONSUMER AND ISSUES REGARDING SAME. | 0.20 |
| 12/22/25 | DNR | CALL WITH GARNET AND TRUSTEE REGARDING COMPLIANCE AND REGULATORY ISSUES AND SALE PROCESS. | 0.60 |
| 12/22/25 | DNR | PREPARE LIST OF COMPLIANCE AND REGULATORY PRIORITY AND OUTSTANDING ISSUES FOR RENEWAL AND BONDING PROCESSES FOR YEAR-END FOR CLIENT. | 0.80 |
| 12/22/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TEXAS AGENCY AND RENEWAL ISSUES. | 0.30 |
| 12/22/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BOND REQUIREMENTS AND ISSUES FOR YEAR-END RENEWALS. | 0.20 |
| 12/22/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING DISCUSSION ON COMMENTS TO PLAINTIFFS' STIPULATION AND AGREED ORDER. | 0.20 |
| 12/22/25 | DNR | CORRESPONDENCE WITH CA DFPI CONTACT REGARDING RENEWAL REQUESTS AND OUTSTANDING ITEMS FOR CAG LICENSURE. | 0.20 |
| 12/23/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ADDITIONAL DOCUMENTATION REQUIRED BY CALIFORNIA FOR RENEWAL. | 0.30 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 14

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/23/25 | DNR | REVISE SALE PROCEDURES MOTION, PROPOSED ORDER AND NOTICES, AND SUPPORTING DECLARATION ON SAME. | 1.80 |
| 12/23/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING REVISED SALE PROCEDURES AND MOTION UPDATING SAME. | 0.30 |
| 12/23/25 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING ELECTRONIC LIEN RELEASE ISSUES. | 0.10 |
| 12/23/25 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING CONSUMER LIEN RELEASE DEMAND AND PARTIAL PAYMENT ISSUE. | 0.20 |
| 12/23/25 | DNR | CALL WITH LITIGATION COUNSEL REGARDING PLAINTIFFS' REQUESTED STIPULATED FACTS AND POTENTIAL CAUSES OF ACTION. | 0.80 |
| 12/23/25 | DNR | CALL WITH OUSA COUNSEL REGARDING CONSUMER LIEN RELEASE DEMAND AND ISSUES PRESENTED FOR ESTATE ON SAME. | 0.30 |
| 12/23/25 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING POTENTIAL CAUSES OF ACTION. | 0.40 |
| 12/24/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING REVISIONS TO BIDDING PROCEDURES TIMELINE. | 0.40 |
| 12/28/25 | DNR | REVIEW CORRESPONDENCE FROM LITIGATION COUNSEL AND PLAINTIFFS' COUNSEL REGARDING PROPOSED STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE'S BOOKKEEPER REGARDING COLLECTIONS RECEIVED FROM NRA. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE WITH MARINER FINANCE REGARDING ELECTRONIC LIEN RELEASE. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ELECTRONIC LIEN RELEASE AND ASSISTANCE REQUIRED BY MARINER FINANCE. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LICENSING UPDATE AND RENEWALS PENDING IN NMLS. | 0.30 |
| 12/29/25 | DNR | CORRESPONDENCE TO UST REGARDING ACH PAYMENT APPROVAL FOR BONDS THAT MUST BE RENEWED. | 0.10 |
| 12/29/25 | DNR | CORRESPONDENCE TO CORNERSTONE LICENSING REGARDING CALIFORNIA BOND RENEWAL. | 0.10 |
| 12/29/25 | DNR | CORRESPONDENCE WITH CA DFPI CONTACT REGARDING REGISTRATION AND LICENSE RENEWAL COMPLETED BY TRUSTEE AND OUTSTANDING COMPLIANCE REQUIREMENTS. | 0.80 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND UST REGARDING RENEWAL AND LICENSURE ISSUES BEFORE YEAR-END. | 0.20 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 15

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/29/25 | DNR | CORRESPONDENCE WITH GARNET REGARDING SALE PROCEDURES AND QUESTIONS ON SAME. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING FURTHER REVISIONS TO SALE PROCEDURES MOTION AND PROPOSED ORDER. | 0.30 |
| 12/29/25 | DNR | REVIEW AND PROCESS RENEWAL OF BOND FOR CALIFORNIA. | 0.10 |
| 12/29/25 | DNR | CORRESPONDENCE TO ROYAL LEA AND LES OTTENHEIMER REGARDING SALE PROCEDURES PLEADING. | 0.10 |
| 12/29/25 | DNR | PREPARE DOCUMENTATION AND ORGANIZATIONAL CHART FOR BOTH DEBTORS UNDER CONTROL OF TRUSTEE FOR SUBMISSION TO CALIFORNIA FOR LICENSE RENEWAL. | 0.20 |
| 12/29/25 | DNR | INCORPORATE GARNET'S COMMENTS AND REVISE SALE PROCEDURES MOTION, PROPOSED ORDER, AND TRUSTEE'S DECLARATION ON SAME. | 1.00 |
| 12/29/25 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING CALIFORNIA ADDITIONAL DOCUMENT REQUIREMENTS FOR COMPLETION IN NMLS. | 0.20 |
| 12/29/25 | DNR | CORRESPONDENCE TO VARIOUS COUNSEL OF RECORD REGARDING EXPEDITED HEARING REQUEST ON SALE PROCEDURES MOTION. | 0.10 |
| 12/31/25 | DADO | FINALIZE MOTION FOR EXPEDITED HEARING AND PROPOSED ORDER FOR THE SAME AND SALE PROCEDURES MOTION, PROPOSED ORDER, SATIJA DECLARATION, AND OTHER SUPPORTING DOCUMENTS. | 0.60 |
| | | **TOTAL HOURS** | **72.60** |
| | | **TOTAL** | **$43,406.00** |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 16

MARCH 5, 2026

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|---|---|---|---|---|
| GPS | GARY P. SEGAL | 1.30 | 875.00 | 1,137.50 |
| DNR | DANIELLE R. BEHRENDS | 65.70 | 605.00 | 39,748.50 |
| DADO | DOMINIQUE A. DOUGLAS | 5.60 | 450.00 | 2,520.00 |
| | **TOTAL** | **72.60** | | **$43,406.00** |

# Dykema 100 YEARS
EST. 1926

RON SATIJA                                      MATTER #: 127196.000001
CHAPTER 7 TRUSTEE RON  SATIJA                    INVOICE #: 3719221
CHAPTER 7 TRUSTEE                                PAGE 17

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | PRINTING EXPENSES | 3.20 |
|  | SCANNING | 1.70 |
|  | **TOTAL DISBURSEMENTS** | **4.90** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719221
PAGE 18

MARCH 5, 2026

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|------:|-------:|
| B110 | CASE ADMINISTRATION | 0.30 | 181.50 |
| B130 | ASSET DISPOSITION | 15.80 | 8,954.50 |
| B140 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.00 | 605.00 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 6.90 | 4,174.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 0.50 | 302.50 |
| B210 | BUSINESS OPERATIONS | 32.30 | 19,675.50 |
| B230 | FINANCING AND CASH COLLATERAL | 3.70 | 2,238.50 |
| BT110 | LITIGATION | 11.60 | 6,971.50 |
| BT120 | ACCOUNTING/AUDITING | 0.40 | 242.00 |
| BT200 | INSURANCE | 0.10 | 60.50 |
| | **TOTAL** | **72.60** | **43,406.00** |



777 Woodward Avenue, Suite 400 • Detroit, MI  48226 • EIN# 38-1446628

**DUE UPON RECEIPT**

RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE
P.O. BOX 660208
AUSTIN, TX 78766-7208

MARCH 5, 2026
MATTER #: 127196.000001
INVOICE #: 3719222

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| | | |
|---|---|---|
| FEES | $ | 49,023.50 |
| DISBURSEMENTS | | 184.06 |
| **INVOICE TOTAL** | **$** | **49,207.56** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 2

MARCH 5, 2026

**RE: REPRESENTATION OF RON SATIJA, CH. 7 TRUSTEE**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/02/26 | DNR | CORRESPONDENCE WITH CORNERSTONE LICENSING REGARDING BOND INVOICES AND CONTINUITY OF RENEWALS. | 0.30 |
| 01/02/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BOND RENEWALS AND OUTSTANDING INVOICES FOR MAINTAINING CONTINUITY. | 0.20 |
| 01/02/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND TRUSTEE REGARDING OUTSTANDING RENEWAL ISSUES FOR LICENSES AND REGISTRATIONS. | 0.30 |
| 01/02/26 | DNR | RECEIVE AND REVIEW MATERIALS FROM MARINER FINANCE REGARDING THREATS AND ADDITIONAL CORRESPONDENCE FROM CONSUMER REGARDING LIEN RELEASE DEMAND. | 0.30 |
| 01/05/26 | DNR | RECEIVE AND REVIEW BOND CONTINUATION DOCUMENTS FROM CORNERSTONE FOR CITY OF BUFFALO, ILLINOIS, NEW MEXICO, AND TENNESSEE. | 0.30 |
| 01/05/26 | DNR | CORRESPONDENCE TO TRUSTEE AND OUSA COUNSEL AND CONTACT REGARDING BOND CONTINUATION DOCUMENTS FROM CORNERSTONE FOR CITY OF BUFFALO, ILLINOIS, NEW MEXICO, AND TENNESSEE. | 0.10 |
| 01/05/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING STATE COURT CAUSES OF ACTION AND REMOVED CAUSES OF ACTION AGAINST DEBTORS AND IMPACT ON BANKRUPTCY CASE. | 0.20 |
| 01/05/26 | DNR | CORRESPONDENCE WITH CA DFPI EXAMINER REGARDING ORGANIZATIONAL CHART OF DEBTORS AND LICENSE ISSUES FOR CALIFORNIA. | 0.40 |
| 01/05/26 | DNR | CORRESPONDENCE TO LAIRD OSKIN REGARDING THREATS AND ADDITIONAL CORRESPONDENCE FROM CONSUMER REGARDING LIEN RELEASE DEMAND. | 0.10 |
| 01/05/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING STATUS OF LIEN RELEASE DEMAND BY CONSUMER AND OUSA ACTIONS ON SAME. | 0.40 |
| 01/05/26 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING RECEIVER'S REVIEW OF SALE PROCEDURES MOTION AND NO OBJECTION TO SAME. | 0.20 |
| 01/05/26 | DNR | CORRESPONDENCE WITH WEAVER REGARDING TIMING OF FEE APPLICATIONS FOR PROFESSIONALS. | 0.20 |
| 01/05/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ANNUAL REPORT DEADLINE OF CALIFORNIA. | 0.20 |
| 01/05/26 | DNR | REVIEW NOTICE FROM CA DFPI REGARDING ANNUAL REPORT. | 0.10 |
| 01/05/26 | DNR | REVIEW NUMEROUS EMAILS FROM VARIOUS COUNSEL OF RECORD REGARDING CAUSES OF ACTION IN MUSGROVE V. WILLY AP AND STAY OR | 0.30 |

# Dykema100 YEARS
EST. 1926

RON SATIJA

CHAPTER 7 TRUSTEE RON  SATIJA

CHAPTER 7 TRUSTEE

MATTER #: 127196.000001

INVOICE #: 3719222

PAGE 3

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | DISMISSAL REQUESTS REGARDING SAME. | |
| 01/06/26 | DNR | REVISE AND FILE EXPEDITED NOTICE OF HEARING ON SALE PROCEDURES MOTION PER COURT ORDER. | 0.20 |
| 01/06/26 | DNR | REVIEW ORDER GRANTING EXPEDITED HEARING ON SALE PROCEDURES MOTION. | 0.10 |
| 01/06/26 | DNR | DRAFT AND FILE CERTIFICATE OF NO OPPOSITION REGARDING SALE PROCEDURES MOTION. | 0.20 |
| 01/06/26 | DNR | CORRESPONDENCE TO LAIRD OSKIN REGARDING LIEN RELEASE DEMAND OF CONSUMER MAKING THREATS. | 0.10 |
| 01/06/26 | DNR | REVIEW CORRESPONDENCE FROM SOUTH CAROLINA REGULATOR TO OUSA REGARDING CAG LICENSE. | 0.10 |
| 01/06/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SOUTH CAROLINA REGULATOR CORRESPONDENCE REGARDING LICENSURE TO OUSA. | 0.20 |
| 01/06/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SOUTH CAROLINA REGULATORY ISSUES. | 0.40 |
| 01/06/26 | DNR | CALL WITH SOUTH CAROLINA REGULATOR REGARDING NMLS RENEWAL AND BANKRUPTCY SCHEDULES FOR ACCEPTANCE OF LICENSURE. | 0.30 |
| 01/06/26 | DNR | CALL WITH LITIGATION COUNSEL REGARDING AUTOMATIC STAY AND LITIGATION STRATEGY. | 0.50 |
| 01/06/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING OREGON RENEWAL ISSUES AND NMLS PAYMENT ITEMS. | 0.20 |
| 01/06/26 | DNR | REVISE PROPOSED ORDER REGARDING MODIFICATION OF STAY REGARDING DEBTORS IN MUSGROVE V. WILLY AP. | 0.20 |
| 01/06/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING COMMENTS ON PROPOSED ORDER REGARDING MODIFICATION OF STAY REGARDING DEBTORS IN MUSGROVE V. WILLY AP. | 0.20 |
| 01/06/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING SALE PROCEDURES AND LICENSING ITEMS REGARDING SALE PROCESS. | 0.40 |
| 01/06/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SALE PROCEDURES HEARING. | 0.20 |
| 01/06/26 | DNR | CORRESPONDENCE TO CORNERSTONE LICENSING REGARDING BOND RENEWALS AND UPDATES. | 0.10 |
| 01/07/26 | DNR | CORRESPONDENCE WITH CORNERSTONE LICENSING REGARDING BOND RENEWALS. | 0.40 |
| 01/07/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING INDIANA BUSINESS ENTITY REPORT DEFICIENCY ISSUES. | 0.30 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 4

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/07/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING BUSINESS ENTITY REPORT DEFICIENCY AND REQUIREMENTS FOR INDIANA LICENSURE. | 0.30 |
| 01/07/26 | DNR | RESEARCH BUSINESS ENTITY REPORT AND INDIANA FILING REQUIREMENTS FOR CAG LICENSURE. | 0.20 |
| 01/07/26 | DNR | CALL WITH GARNET REGARDING SALE TIMELINE AND OUTSTANDING ITEMS NEEDED FOR SALE PROCEDURES. | 0.70 |
| 01/07/26 | DNR | CALL WITH OUSA COUNSEL REGARDING LICENSING AND BOND RENEWALS AND PENDING LIEN RELEASE DEMAND OF CONSUMER. | 0.50 |
| 01/07/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND BOOKKEEPER REGARDING TRANSACTIONS AND STATE LOGS FOR RENEWALS. | 0.30 |
| 01/07/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND OUSA CONTACT AND COUNSEL REGARDING SOUTH CAROLINA LICENSING RENEWAL BALANCE AND NMLS ITEMS ON SAME. | 0.40 |
| 01/07/26 | DNR | CORRESPONDENCE WITH VARIOUS COUNSEL OF RECORD REGARDING WITNESSES FOR SALE PROCEDURES MOTION HEARING ON JANUARY 14, 2026. | 0.40 |
| 01/07/26 | DNR | RECEIVE AND REVIEW CORRESPONDENCE FROM MONTANA LICENSE AGENCY REGARDING ANNUAL REPORT. | 0.10 |
| 01/07/26 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING REQUEST FOR VIDEO CONFERENCE APPEARANCE OF GARNET REPRESENTATIVE AND TRUSTEE AT SALE PROCEDURES MOTION HEARING ON JANUARY 14, 2026. | 0.10 |
| 01/07/26 | DNR | CORRESPONDENCE TO OUSA COUNSEL AND CONTACT REGARDING UPDATED BOND REPORT. | 0.10 |
| 01/07/26 | DNR | PREPARE WITNESS AND EXHIBIT LIST FOR SALE PROCEDURES HEARING. | 0.30 |
| 01/07/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST OF CONSUMER. | 0.20 |
| 01/07/26 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING LIEN RELEASE REQUEST OF CONSUMER AND PAYMENT REMITTANCE BY OUSA. | 0.10 |
| 01/07/26 | DNR | PREPARE NOTICE OF INTENT OF TRUSTEE'S EXECUTION OF LIEN RELEASE. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING SERVICE OF PROCESS RECEIVED FOR LIEN REMOVAL REQUEST OF CONSUMER TO FL DMV. | 0.20 |
| 01/08/26 | DNR | REVIEW SERVICE OF PROCESS PAPERS RECEIVED FOR LIEN REMOVAL REQUEST OF CONSUMER TO FL DMV. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING WIRE FOR LIEN RELEASE REQUEST. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING JANUARY 14, 2026 HEARING. | 0.20 |

**Dykema100** YEARS EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 5

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/08/26 | DNR | REVISE NOTICE OF INTENT TO EXECUTE LIEN RELEASE. | 0.10 |
| 01/08/26 | DNR | FINALIZE WITNESS AND EXHIBIT LIST FOR JANUARY 14, 2026 HEARING. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE DOCUMENTATION AND PENDING REQUESTS. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING LIEN RELEASE TITLE DETAILS OF CONSUMER. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST OF CONSUMER AND TITLE ISSUES. | 0.50 |
| 01/08/26 | DNR | CORRESPONDENCE WITH UST AND TRUSTEE REGARDING SERVICE OF PROCESS RECEIVED AND FORMAL LIEN RELEASE DEMAND SUBMITTED TO FL DMV. | 0.20 |
| 01/08/26 | DNR | CALL WITH ROYAL LEA REGARDING NOTICE OF INTENT TO EXECUTE LIEN RELEASE. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING LICENSING RENEWALS. | 0.30 |
| 01/08/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING TEXAS LICENSE AND ISSUES REGARDING SAME. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE TO OUSA COUNSEL AND CONTACT REGARDING TEXAS LICENSE. | 0.10 |
| 01/08/26 | DNR | CORRESPONDENCE TO OUSA COUNSEL REGARDING 4Q25 COLLECTIONS AND RECONCILIATION STATUS. | 0.10 |
| 01/08/26 | DNR | CORRESPONDENCE WITH PLAINTIFFS' COUNSEL REGARDING PROPOSED ORDER AND EXHIBITS TO SALE PROCEDURES MOTION. | 0.20 |
| 01/08/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING SALE TIMELINE. | 0.20 |
| 01/09/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING PROPOSED REVISIONS OF PLAINTIFFS' COUNSEL TO SALE PROCEDURES ORDER AND NOTICES AND PROCEDURES THERETO. | 0.20 |
| 01/09/26 | DNR | CALL WITH NRA COUNSEL REGARDING LICENSING RENEWALS AND OUTSTANDING REGULATORY ITEMS. | 0.40 |
| 01/09/26 | DNR | CALL WITH WEAVER REGARDING FEE APPLICATIONS AND TIMING FOR FILING OF SAME WITH RESPECT TO ABATEMENT HEARING ON FEBRUARY 2, 2026. | 0.20 |
| 01/09/26 | DNR | CORRESPONDENCE TO GARNET REGARDING OBJECTION FILED TO SALE PROCEDURES. | 0.10 |
| 01/09/26 | DNR | REVIEW OBJECTION FILED BY PLAINTIFFS TO SALE PROCEDURES MOTION. | 0.10 |
| 01/09/26 | DNR | CALL WITH OUSA COUNSEL REGARDING SALE PROCEDURES HEARING. | 0.20 |
| 01/09/26 | DNR | REVIEW PLAINTIFFS' EXHIBIT LIST FOR SALE PROCEDURES HEARING. | 0.10 |

# Dykema 100 YEARS EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 6

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/09/26 | DADO | REVIEW OBJECTION TO SALE PROCEDURES MOTION AND EXHIBIT AND WITNESS LIST FOR THE SAME. | 0.60 |
| 01/10/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING SALE PROCEDURES HEARING. | 0.20 |
| 01/10/26 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING CALL REQUEST WITH TRUSTEE AND RECEIVER. | 0.20 |
| 01/10/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING RECEIVERSHIP ORDER ENTERED REGARDING FERRUM CAPITAL IN STATE COURT. | 0.40 |
| 01/10/26 | DNR | CORRESPONDENCE WITH CONSUMER REGARDING DEMAND FOR LIEN RELEASE AND UPDATE REGARDING COURT-ORDERED TIMING PER FINAL ORDER ON SAME. | 0.20 |
| 01/12/26 | DNR | REVIEW INFORMATION WITH OUSA COUNSEL AND CONTACT AND TRUSTEE REGARDING TEXAS LICENSING INFORMATION AND STATUS ITEMS ON SAME. | 0.40 |
| 01/12/26 | DNR | REVIEW LICENSING INFORMATION REGARDING GEORGIA AND ANNUAL REGISTRATION FROM OUSA COUNSEL. | 0.10 |
| 01/12/26 | DNR | REVIEW LICENSING INFORMATION REGARDING NEW HAMPSHIRE AND ANNUAL REGISTRATION FROM OUSA COUNSEL. | 0.10 |
| 01/12/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT AND TRUSTEE REGARDING ILLINOIS RENEWAL AND CORRESPONDENCE TO CONTRARY FROM REGULATOR. | 0.30 |
| 01/12/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ILLINOIS RENEWAL AND PORTAL ISSUES ON SAME. | 0.20 |
| 01/12/26 | DNR | CORRESPONDENCE WITH SUBSERVICER REGARDING OREGON COLLECTION FILE AND LICENSE RENEWAL ITEMS. | 0.20 |
| 01/12/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING SALE PROCESS DATES. | 0.20 |
| 01/12/26 | DNR | CALL WITH TRUSTEE REGARDING SALE TIMELINE AND LICENSING ITEMS IMPACTING SALE. | 0.50 |
| 01/12/26 | DNR | CALL WITH TRUSTEE AND ROYAL LEA REGARDING OBJECTION OF PLAINTIFFS TO SALE PROCEDURES AND SALE TIMELINE. | 0.50 |
| 01/12/26 | DNR | CORRESPONDENCE TO RANDY PULMAN REQUESTING CALL WITH TRUSTEE. | 0.10 |
| 01/12/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING DRAFT ASSET PURCHASE AGREEMENT. | 0.20 |
| 01/13/26 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE OF CONSUMER AND REVIEW OF CONFIRMATION OF SAME. | 0.40 |
| 01/13/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE AND CONSUMER THREATS TO CAR DEALER. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 7

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/13/26 | DNR | CORRESPONDENCE WITH LAIRD OSKIN REGARDING LIEN RELEASE REQUEST OF CONSUMER AND OUTSTANDING BALANCE. | 0.30 |
| 01/13/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING LIEN RELEASE REQUEST SUBMITTED BY CONSUMER AND REQUEST FOR ACCOUNT DETAILS. | 0.20 |
| 01/13/26 | DNR | CALL WITH GARNET TO PREPARE FOR SALE PROCEDURES HEARING. | 1.10 |
| 01/13/26 | DNR | RECEIVE AND REVIEW UPDATED SALE PROCESS TIMELINE WITH PROPOSED DATES FROM GARNET. | 0.10 |
| 01/13/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING STATUS OF 4Q25 RECONCILIATION AND TURNOVER OF COLLECTIONS TO TRUSTEE. | 0.20 |
| 01/14/26 | DNR | REVISE AND FINALIZE SALE PROCEDURES ORDER PURSUANT TO COURT RULING AT JANUARY 14, 2026 HEARING. | 0.30 |
| 01/14/26 | DNR | CORRESPONDENCE WITH SUBSERVICER REGARDING OREGON LICENSE AND COLLECTION FILES. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING LITIGATION ISSUES PRESENTED AT SALE PROCEDURES HEARING. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE TO COURTROOM DEPUTY REGARDING REVISED AND UPLOADING OF PROPOSED SALE PROCEDURES ORDER. | 0.10 |
| 01/14/26 | DNR | PROVIDE UPDATE TO GARNET REGARDING SALE PROCEDURES HEARING RULINGS AND CORRESPONDENCE ON NEXT STEPS REQUIRING URGENT ACTION. | 0.30 |
| 01/14/26 | DNR | PREPARE FOR AND APPEAR BEFORE THE HON. CRAIG A. GARGOTTA ON SALE PROCEDURES MOTION. | 2.70 |
| 01/14/26 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING REMITTANCE REPORTS FOR 4Q25. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING REMITTANCE REPORTS FROM NRA. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING RETURNED CHECKS TO CAG AND ADDRESS CHANGE NEEDED FOR TRUSTEE. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND LITIGATION COUNSEL REGARDING PENDING STAY MOTION AND PREVIOUS HEARING TRANSCRIPT ITEMS. | 0.30 |
| 01/14/26 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING RETURNED CHECK AND ADDRESS CHANGE ISSUES. | 0.10 |
| 01/14/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING DRAFT PURCHASE AGREEMENT FOR ASSETS. | 0.20 |
| 01/14/26 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING CALL | 0.20 |



RON SATIJA

MATTER #: 127196.000001

CHAPTER 7 TRUSTEE RON  SATIJA

INVOICE #: 3719222

CHAPTER 7 TRUSTEE

PAGE 8

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| | | REQUEST REGARDING FEBRUARY 2, 2026 HEARING. | |
| 01/14/26 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING CONSUMER INFORMATION IN PORTFOLIO. | 0.20 |
| 01/14/26 | DADO | ATTEND SALE PROCEDURES HEARING. | 2.00 |
| 01/15/26 | DNR | CALL WITH DELAWARE TRUSTEE'S COUNSEL REGARDING PENDING FEE APPLICATIONS OF DELAWARE PROFESSIONALS. | 0.50 |
| 01/15/26 | DNR | PROVIDE UPDATE TO TRUSTEE REGARDING CALL WITH DELAWARE TRUSTEE'S COUNSEL REGARDING PROFESSIONALS' FEE APPLICATIONS. | 0.10 |
| 01/15/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING SALE PROCEDURES ORDER AND ADDRESSING QUESTIONS ON COURT RULINGS AND DATA ROOM. | 0.40 |
| 01/15/26 | DNR | REVIEW ENTERED SALE PROCEDURES ORDER. | 0.10 |
| 01/15/26 | DNR | CORRESPONDENCE WITH TRUSTEE'S BOOKKEEPER REGARDING WIRE RECEIVED AND ALLOCATION CATEGORY. | 0.30 |
| 01/15/26 | DNR | FINALIZE SALE PROCEDURES AND NOTICE OF SALE HEARING AFTER SALE PROCEDURES ORDER ENTRY. | 0.20 |
| 01/15/26 | DNR | CORRESPONDENCE TO GARY SEGAL AND TRUSTEE REGARDING SALE TIMELINE AND IMPORTANT DATES. | 0.20 |
| 01/15/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING INVOICE FOR ADDITIONAL BOND RENEWALS. | 0.20 |
| 01/15/26 | DNR | PROVIDE UPDATE TO TRUSTEE AND GARY SEGAL REGARDING ACCOUNTS INCLUDED IN SALE AND DISCUSSIONS ON SAME. | 0.10 |
| 01/15/26 | DNR | REVIEW CORRESPONDENCE FROM OUSA COUNSEL AND CONTACT REGARDING ACCOUNTS INCLUDED IN SALE FOR DEBTOR'S PORTFOLIOS. | 0.10 |
| 01/15/26 | DNR | RECEIVE AND REVIEW INVOICE FROM CORNERSTONE LICENSING REGARDING RENEWALS FOR TWO JURISDICTIONS AND RESPOND TO SAME. | 0.30 |
| 01/15/26 | DNR | REVIEW BOND REPORT FOR RENEWAL INFORMATION ON NEW JERSEY AND WEST VIRGINIA. | 0.10 |
| 01/15/26 | DNR | REVIEW CORRESPONDENCE FROM OUSA COUNSEL REGARDING MOTION TO STAY AND CAUSES OF ACTION OF ESTATE. | 0.10 |
| 01/15/26 | DNR | CORRESPONDENCE WITH NRA COUNSEL REGARDING MOTION TO DISMISS FOR ALLEGED VIOLATION OF AUTOMATIC STAY OF THE DEBTOR FILED BY PRO SE CONSUMER AND PLAN OF ACTION. | 0.20 |
| 01/15/26 | DNR | REVIEW PRO SE CONSUMER'S MOTION TO DISMISS CASE FOR ALLEGED VIOLATION OF AUTOMATIC STAY IN STATE COURT LAWSUIT FILED BY DEBTOR AGAINST CONSUMER. | 0.20 |

# Dykema100 YEARS EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 9

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/15/26 | DNR | CORRESPONDENCE TO OREGON LICENSING REGULATOR REGARDING NOTICE OF TRUSTEE'S APPOINTMENT AND DEBTOR'S AMENDED SCHEDULES FOR LICENSING RENEWAL DOCUMENTATION. | 0.20 |
| 01/15/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING ANNUAL REPORT DUE FOR MONTANA. | 0.20 |
| 01/15/26 | DNR | REVIEW ANNUAL REPORT FORM FOR MONTANA LICENSING RENEWAL. | 0.10 |
| 01/15/26 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING RHODE ISLAND ANNUAL REPORTING DOCUMENTATION REQUIRED. | 0.10 |
| 01/15/26 | DNR | REVIEW RHODE ISLAND ANNUAL REPORTING DOCUMENTATION REQUIRED FOR LICENSE RENEWAL. | 0.20 |
| 01/15/26 | DNR | REVIEW LOUISIANA ANNUAL REPORTING DOCUMENTATION REQUIRED FOR LICENSURE. | 0.20 |
| 01/15/26 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING LOUISIANA ANNUAL REPORTING DOCUMENTATION REQUIRED. | 0.10 |
| 01/15/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING MOTION TO DISMISS FOR ALLEGED VIOLATION OF AUTOMATIC STAY OF THE DEBTOR FILED BY PRO SE CONSUMER. | 0.40 |
| 01/16/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING LIEN RELEASE DEMAND TO FL DMV OF CONSUMER AND VIOLATION OF AUTOMATIC STAY. | 0.30 |
| 01/16/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING MOTION TO DISMISS FOR ALLEGED VIOLATION OF AUTOMATIC STAY OF THE DEBTOR FILED BY PRO SE CONSUMER AND LITIGATION ITEMS RELATING TO SAME. | 0.20 |
| 01/16/26 | DNR | CORRESPONDENCE FROM LITIGATION COUNSEL REGARDING MOTION TO STAY CAUSES OF ACTION. | 0.10 |
| 01/16/26 | DNR | CORRESPONDENCE WITH GARNET AND GARY SEGAL REGARDING PORTFOLIOS' SUBSERVICER AGREEMENTS. | 0.10 |
| 01/16/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING INTERESTED PARTIES IN PORTFOLIOS. | 0.20 |
| 01/16/26 | DNR | CALL WITH TRUSTEE, GARY SEGAL, AND GARNET REGARDING PURCHASE AGREEMENT DISCUSSIONS. | 1.60 |
| 01/16/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING BID SUBMITTED PRIOR TO ENTRY OF SALE PROCEDURES ORDER. | 0.30 |
| 01/16/26 | DNR | REVIEW CORRESPONDENCE FROM DELAWARE TRUSTEE COUNSEL REGARDING PRECEDENT AND PROCEDURES IN DELAWARE FOR VENUE TRANSFER. | 0.20 |
| 01/16/26 | DNR | CORRESPONDENCE TO TRUSTEE REGARDING UPDATE FROM DELAWARE TRUSTEE'S COUNSEL REGARDING FEE APPLICATIONS. | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 10

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/16/26 | DNR | CORRESPONDENCE WITH UST REGARDING DELAWARE PROFESSIONAL FEE APPLICATIONS. | 0.20 |
| 01/16/26 | DNR | CALL WITH UST REGARDING DELAWARE PROFESSIONAL FEE APPLICATIONS. | 0.50 |
| 01/16/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARY SEGAL REGARDING INITIAL ANNOUNCEMENT AND COMMENTS ON SAME. | 0.20 |
| 01/16/26 | DNR | REVIEW INITIAL ANNOUNCEMENT DRAFT FROM GARNET. | 0.10 |
| 01/16/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING INITIAL ANNOUNCEMENT DRAFT. | 0.20 |
| 01/16/26 | DNR | CORRESPONDENCE TO TRUSTEE AND LITIGATION COUNSEL REGARDING POTENTIAL CONSOLIDATION DISCUSSION. | 0.10 |
| 01/16/26 | DNR | CALL WITH TRUSTEE REGARDING MOTION TO LIFT STAY IN MUSGROVE V WILLY AP, POTENTIAL SUBSTANTIVE CONSOLIDATION, AND OTHER LITIGATION ITEMS. | 0.50 |
| 01/16/26 | GPS | REVIEW DRAFT LOAN SALE AGREEMENT (0.4) AND CALL WITH GARNET CAPITAL TEAM REGARDING QUESTIONS AND COMMENTS TO DRAFT AGREEMENT (1.3). | 1.70 |
| 01/19/26 | DNR | CORRESPONDENCE WITH UST AND TRUSTEE REGARDING DELAWARE TRUSTEE AND PROFESSIONALS' FEE APPLICATIONS AND RESPONSES TO SAME. | 0.40 |
| 01/19/26 | DNR | REVIEW CASE LAW FROM UST REGARDING MORE THAN ONE TRUSTEE REQUESTING COMPENSATION IN CASE UNDER 11 USC 326. | 0.40 |
| 01/19/26 | DNR | CORRESPONDENCE WITH UST REGARDING DELAWARE TRUSTEE AND PROFESSIONAL FEE APPLICATIONS. | 0.40 |
| 01/19/26 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING DELAWARE TRUSTEE AND PROFESSIONAL FEE APPLICATIONS AND PROPOSAL FROM UST. | 0.20 |
| 01/19/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING JANUARY 21, 2026 HEARING IN MUSGROVE V. WILLY AP. | 0.20 |
| 01/19/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING MICHIGAN ANNUAL REPORT AND LICENSING ISSUES. | 0.20 |
| 01/19/26 | DNR | RECEIVE AND REVIEW PRIOR ANNUAL REPORT FOR MONTANA LICENSING AND REGISTRATION FROM OUSA COUNSEL. | 0.20 |
| 01/19/26 | DNR | REVIEW CASE LAW REGARDING TRUSTEE'S PROFESSIONALS AND COMPENSATION REQUESTS OF SAME. | 0.50 |
| 01/19/26 | DNR | REVIEW UST EMAIL TO DELAWARE TRUSTEE'S COUNSEL REGARDING REQUEST FOR REDUCTION OF FEES AND ISSUES IDENTIFIED FOR PENDING APPLICATIONS TO EMPLOY AND FOR COMPENSATION. | 0.10 |
| 01/19/26 | DNR | CORRESPONDENCE TO GARNET REGARDING QUESTIONS ON PHYSICAL FILES IN | 0.10 |



RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 11

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | STORAGE AS PART OF SALE DOCUMENTATION. | |
| 01/19/26 | DNR | REVIEW 2025 SUBMISSION FOR MICHIGAN LICENSURE AND CONSIDER RENEWAL ISSUES. | 0.10 |
| 01/20/26 | DNR | CORRESPONDENCE WITH DELAWARE TRUSTEE'S COUNSEL REGARDING REQUEST FOR REDUCTION IN DELAWARE'S TRUSTEE FEE. | 0.20 |
| 01/20/26 | DNR | CALL WITH EVAN MILLER REGARDING PROPOSAL TO RESOLVE LIMITED OBJECTION TO DELAWARE TRUSTEE'S INTERIM COMPENSATION REQUEST. | 0.20 |
| 01/20/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING STORAGE UNIT DOCUMENTS AND SALE ITEMS FOR SALE. | 0.40 |
| 01/20/26 | DNR | CALL WITH LITIGATION COUNSEL REGARDING JANUARY 21, 2026 HEARING AND ISSUES FOR ESTATE'S CAUSES OF ACTION IMPACTING CLAIMS IN MAIN CASE. | 0.50 |
| 01/20/26 | DNR | CALL WITH TRUSTEE REGARDING DELAWARE TRUSTEE AND PROFESSIONALS' FEE APPLICATIONS. | 0.30 |
| 01/20/26 | DNR | PROVIDE TRUSTEE WITH CASE LAW REGARDING CALCULATION OF TRUSTEE FEES WITH MULTIPLE TRUSTEES AND UPDATE ON DISBURSEMENTS REQUESTED BY GEORGE MILLER. | 0.20 |
| 01/20/26 | DNR | CALL WITH UST REGARDING APPLICATIONS FOR COMPENSATION OF DELAWARE PROFESSIONALS AND TRUSTEE. | 0.20 |
| 01/20/26 | DNR | REVIEW DETAILED RESPONSES OF DELAWARE TRUSTEE AND PROFESSIONALS TO UST'S REQUESTS FOR REDUCTION OF FEES. | 0.10 |
| 01/20/26 | DNR | CALL WITH EVAN MILLER REGARDING RESPONSE OF DELAWARE TRUSTEE TO REQUESTED REDUCTION OF FEES. | 0.30 |
| 01/20/26 | DNR | PREPARE JOINDER TO UST LIMITED OBJECTION TO DELAWARE TRUSTEE'S INTERIM COMPENSATION REQUEST. | 0.20 |
| 01/20/26 | DNR | REVIEW UST'S LIMITED OBJECTION TO DELAWARE TRUSTEE'S INTERIM COMPENSATION REQUEST. | 0.10 |
| 01/20/26 | DNR | CORRESPONDENCE WITH UST, TRUSTEE, AND DELAWARE TRUSTEE'S COUNSEL REGARDING DETERMINATION AT LATER DATE FOR DELAWARE TRUSTEE'S COMPENSATION AND POTENTIAL RESOLUTION ON INTERIM PAYMENT. | 0.40 |
| 01/20/26 | DNR | CALL WITH TRUSTEE REGARDING PROPOSAL TO RESOLVE PENDING UST LIMITED OBJECTION AND JOINDER TO DELAWARE TRUSTEE'S REQUEST FOR INTERIM COMPENSATION. | 0.20 |
| 01/20/26 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING REQUEST FOR TEXT FILES TO SEND TO OUSA FOR RECONCILIATION. | 0.10 |
| 01/20/26 | DNR | CORRESPONDENCE WITH OUSA CONTACT AND COUNSEL REGARDING FILES | 0.30 |

![Dykema 100 Years EST. 1926 logo]

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 12

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-------|
| | | NEEDED FROM NRA FOR RECONCILIATION. | |
| 01/21/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING MY COMMENTS TO PROPOSED ORDER ON MOTION TO STAY ADJUDICATION OF CLAIMS. | 0.20 |
| 01/21/26 | DNR | CORRESPONDENCE TO NRA COUNSEL REGARDING REQUEST FOR FILES FOR COLLECTIONS RECONCILIATION. | 0.10 |
| 01/21/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL AND CONTACT REGARDING COLLECTIONS REPORTING AND DOCUMENTATION NEEDED. | 0.20 |
| 01/21/26 | DNR | MONITOR HEARING IN MUSGROVE V. WILLY AP REGARDING TRUSTEE'S MOTION TO MODIFY STAY. | 1.60 |
| 01/21/26 | DNR | CALL WITH LITIGATION COUNSEL REGARDING LITIGATION STRATEGY AND COURT RULINGS AT JANUARY 21, 2026 HEARING. | 0.30 |
| 01/21/26 | DNR | CALL WITH OUSA CONTACT AND COUNSEL REGARDING SUBSERVICING ITEMS AND CONSUMER CALL ISSUES. | 0.50 |
| 01/21/26 | DNR | CORRESPONDENCE WITH NRA COUNSEL AND CONTACT AND OUSA COUNSEL AND CONTACT REGARDING REPORTING NEEDED FOR DEBTOR'S PORTFOLIOS. | 0.30 |
| 01/21/26 | DNR | CORRESPONDENCE WITH UST REGARDING OBJECTION FILED REGARDING TO SAUL EWING APPLICATION FOR COMPENSATION AND DOCKET ISSUES OBTAINING SAME. | 0.20 |
| 01/21/26 | DNR | CORRESPONDENCE FROM EVAN MILLER AND UST REGARDING REVISED PROPOSED ORDERS ON FEE AND EMPLOYMENT APPLICATIONS SET FOR HEARING ON FEBRUARY 2, 2026. | 0.20 |
| 01/21/26 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING REVISIONS TO PROPOSED ORDERS AND AGREED RESOLUTIONS WITH TRUSTEE AND UST ON EMPLOYMENT AND FEE APPLICATIONS SET FOR HEARING ON FEBRUARY 2, 2026. | 0.20 |
| 01/21/26 | DNR | REVIEW LICENSING CORRESPONDENCE FROM MONTANA, WISCONSIN, AND CALIFORNIA REGARDING ANNUAL REPORT AND RENEWAL ITEMS. | 0.30 |
| 01/21/26 | DNR | CORRESPONDENCE FROM EVAN MILLER REGARDING RESOLVING OBJECTIONS TO DELAWARE TRUSTEE'S INTERIM COMPENSATION REQUEST. | 0.10 |
| 01/21/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND LITIGATION COUNSEL REGARDING DISCUSSION AND STRATEGY IN LITIGATION AND MAIN CASE. | 0.20 |
| 01/22/26 | DNR | RECEIVE AND REVIEW INVOICES SENT BY OUSA COUNSEL FROM LAW OFFICES OF MARVIN S.C. DANG. | 0.20 |
| 01/22/26 | DNR | CORRESPONDENCE WITH EVAN MILLER REGARDING FEBRUARY 2, 2026 HEARING ON FEE AND EMPLOYMENT APPLICATIONS OF DELAWARE TRUSTEE AND PROFESSIONALS. | 0.20 |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 13

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/22/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING INVOICES FROM LAW FIRM AND CONNECTION TO DEBTOR AND/OR ASSETS. | 0.20 |
| 01/23/26 | DNR | CALL WITH LITIGATION COUNSEL AND TRUSTEE REGARDING LITIGATION STRATEGY AND POTENTIAL CAUSES OF ACTION. | 0.80 |
| 01/23/26 | DNR | CALL WITH LITIGATION COUNSEL REGARDING POTENTIAL AVENUES OF RECOVERY AND CLAIMS. | 0.20 |
| 01/23/26 | DNR | CORRESPONDENCE WITH TRUSTEE REGARDING ASSUMPTION AND REJECTION DEADLINE. | 0.20 |
| 01/23/26 | DNR | FINALIZE SALE NOTICE AND SALE PROCEDURES. | 0.40 |
| 01/23/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING SALE NOTICE AND SALE PROCEDURES FOR DATA ROOM. | 0.20 |
| 01/23/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL PROPOSED EXPANSION OF SCOPE OF ENGAGEMENT. | 0.20 |
| 01/23/26 | DNR | CALL WITH TRUSTEE REGARDING POTENTIAL EXPANSION OF ENGAGEMENT OF LITIGATION COUNSEL. | 0.40 |
| 01/23/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING INITIAL ANNOUNCEMENT AND TRACTION ON SAME. | 0.20 |
| 01/23/26 | DADO | DRAFT MOTION TO EXTEND TIME TO ASSUME OR REJECT CONTRACTS AND PROPOSED ORDER FOR THE SAME. | 0.90 |
| 01/23/26 | DADO | EMAIL CORRESPONDENCE TO MS. BEHRENDS AND MR. SATIJA REGARDING EXTENSION OF TIME TO ASSUME OR REJECT. | 0.20 |
| 01/26/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING DATA PRESERVATION AND ACCOUNT DOCUMENT ITEMS FOR SALE PROCESS. | 0.20 |
| 01/26/26 | DNR | CORRESPONDENCE WITH BOOKKEEPER AND TRUSTEE REGARDING WIRE FROM NRA AND CATEGORIZATION FOR REPORTING. | 0.20 |
| 01/27/26 | DNR | REVIEW DELAWARE TRUSTEE COUNSEL'S REPLY TO FEE AND EMPLOYMENT APPLICATION OBJECTIONS/JOINDER. | 0.20 |
| 01/27/26 | DNR | CORRESPONDENCE WITH OREGON REGULATOR REGARDING RENEWAL DOCUMENTATION OUTSTANDING. | 0.20 |
| 01/27/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING DRAFT SALE AGREEMENT. | 0.20 |
| 01/27/26 | DNR | PREPARE SUPPLEMENTAL CERTIFICATE OF SERVICE AND REVISE MAILING LIST FOR SAME ON SALE NOTICE. | 0.30 |
| 01/27/26 | DNR | CALL WITH DELAWARE TRUSTEE'S COUNSEL REGARDING REVISIONS TO PROPOSED ORDERS FOR FEE AND EMPLOYMENT APPLICATIONS AND AGREEMENTS WITH UST ON SAME. | 0.40 |

**Dykema100** YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 14

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/27/26 | DNR | CORRESPONDENCE WITH OUSA COUNSEL REGARDING 4Q25 COLLECTIONS AND STATUS OF TURNOVER TO TRUSTEE. | 0.30 |
| 01/27/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND ACCOUNTANT REGARDING ASSET ANALYSIS SPREADSHEETS. | 0.30 |
| 01/27/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL REGARDING DOCUMENTS REQUESTED IN 2004 NOTICE TO CHERRY BAEKERT. | 0.20 |
| 01/27/26 | DNR | CORRESPONDENCE WITH PRO SE DEFENDANT IN STATE COURT LAWSUIT REGARDING ALLEGED VIOLATION OF AUTOMATIC STAY BY DEBTOR FOR PROCEEDING IN LAWSUIT POST-PETITION AGAINST HIM AS DEFENDANT. | 0.30 |
| 01/27/26 | DNR | CORRESPONDENCE WITH UST AND DELAWARE TRUSTEE'S COUNSEL REGARDING REVISED PROPOSED ORDERS REGARDING FEE APPLICATIONS. | 0.20 |
| 01/28/26 | DNR | CORRESPONDENCE FROM OUSA COUNSEL REGARDING ANNUAL STATEMENT CORRESPONDENCE FROM MICHIGAN FOR RENEWAL OF LICENSURE. | 0.10 |
| 01/28/26 | DNR | RECEIVE AND REVIEW CORRESPONDENCES FROM OREGON AND MISSISSIPPI REGULATORS REGARDING BUSINESS REGISTRATION AND RENEWAL ISSUES FOR LICENSES. | 0.20 |
| 01/28/26 | DNR | CALL WITH EVAN MILLER REGARDING STATUS OF OBJECTIONS AND FEBRUARY 2, 2026 HEARING ON DELAWARE TRUSTEE AND PROFESSIONALS' EMPLOYMENT AND FEE APPLICATIONS. | 0.20 |
| 01/28/26 | DNR | CALL WITH TRUSTEE REGARDING FEBRUARY 2, 2026 HEARING AND ISSUES OUTSTANDING REGARDING FEE AND EMPLOYMENT APPLICATIONS AND DELAWARE TRUSTEE'S REQUEST FOR COMPENSATION. | 0.60 |
| 01/28/26 | DNR | REVIEW PLAINTIFFS AND RECEIVER'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 2, 2026 HEARING AND BRIEFLY REVIEW EXHIBITS ATTACHED TO SAME. | 0.20 |
| 01/28/26 | DNR | CORRESPONDENCE WITH UST AND DELAWARE TRUSTEE'S COUNSEL FULLY RESOLVING ISSUES ON DELAWARE TRUSTEE'S COMPENSATION REQUEST. | 0.20 |
| 01/28/26 | DNR | REVIEW CORRESPONDENCE FROM DC REGULATOR REGARDING ANNUAL REPORT. | 0.10 |
| 01/28/26 | DNR | CORRESPONDENCE FROM EVAN MILLER AND RANDY PULMAN REGARDING REVISED PROPOSED ORDERS ON FEE AND RETENTION APPLICATIONS. | 0.20 |
| 01/29/26 | GPS | REVIEW AND REVISE DRAFT FORM SALE AGREEMENT. | 3.50 |
| 01/29/26 | DNR | CALL WITH GARNET REGARDING FAQS, INFORMAL INQUIRY RESPONSE, AND DATA ROOM ITEMS. | 0.90 |
| 01/29/26 | DNR | CORRESPONDENCE WITH TRUSTEE'S ACCOUNTANT REGARDING FRANCHISE TAX RETURN AND LEDGER ITEMS. | 0.40 |

# Dykema100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 15

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 01/29/26 | DNR | CALL WITH TRUSTEE REGARDING PLAINTIFFS' COUNTS 1-4 AND LITIGATION ISSUES. | 0.20 |
| 01/29/26 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING STATUS OF 4Q25 COLLECTIONS RECEIPT. | 0.20 |
| 01/29/26 | DNR | CORRESPONDENCE WITH GARNET AND GARY SEGAL REGARDING DRAFT PURCHASE AGREEMENT AND CALL TO DISCUSS CHANGES FOR SAME. | 0.40 |
| 01/29/26 | DNR | CORRESPONDENCE FROM ROYAL LEA REGARDING OPPOSITION REMAINS FOR DELAWARE TRUSTEE AND PROFESSIONALS' FEE AND EMPLOYMENT APPLICATIONS. | 0.10 |
| 01/29/26 | DNR | CALL WITH LITIGATION COUNSEL REGARDING SCOPE OF ENGAGEMENT AND POTENTIAL EXPANSION. | 0.50 |
| 01/29/26 | DNR | REVIEW DELAWARE TRUSTEE'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 2, 2026 HEARING. | 0.10 |
| 01/29/26 | DNR | CORRESPONDENCE WITH GARNET REGARDING FILED DOCUMENTS BY PLAINTIFFS AND ISSUES WITH GARNET'S INFORMATION IN CERTIFICATE OF SERVICE FILED BY SAME. | 0.20 |
| 01/29/26 | DNR | REVIEW CORRESPONDENCE FROM ILLINOIS REGARDING ANNUAL REPORT AND LICENSE DOCUMENTATION OUTSTANDING. | 0.10 |
| 01/29/26 | DNR | CORRESPONDENCE FROM EVAN MILLER REGARDING FEBRUARY 2, 2026 HEARING AND QUESTIONS ON TELEPHONIC PROTOCOL TO COURTROOM DEPUTY. | 0.10 |
| 01/30/26 | DNR | REVISE AND FINALIZE MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS OR UNEXPIRED LEASES AND PROPOSED ORDER. | 0.50 |
| 01/30/26 | DNR | CALL WITH UST REGARDING FEBRUARY 2, 2026 HEARING AND OPEN ISSUES REGARDING DELAWARE TRUSTEE'S COMPENSATION. | 0.20 |
| 01/30/26 | DNR | CORRESPONDENCE WITH COURTROOM DEPUTY REGARDING FEBRUARY 2, 2026 HEARING AND UNRESOLVED OBJECTIONS REMAIN. | 0.20 |
| 01/30/26 | DNR | CORRESPONDENCE WITH GARNET AND TRUSTEE REGARDING DATA ROOM. | 0.30 |
| 01/30/26 | DNR | REVIEW PROPOSED DATA ROOM FILES FROM GARNET AND APPROVAL OF SAME. | 0.50 |
| 01/30/26 | DNR | CORRESPONDENCE WITH ROYAL LEA REGARDING 4Q25 COLLECTIONS STATUS. | 0.20 |
| 01/30/26 | DNR | CORRESPONDENCE WITH LITIGATION COUNSEL AND WEAVER REGARDING REQUESTED WORK PRODUCT AND DISCUSSION FOR SAME. | 0.20 |
| 01/30/26 | DNR | REVIEW ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION TO MODIFY STAY AND ABATE CERTAIN CLAIMS IN MUSGROVE V. WILLY AP. | 0.10 |
| 01/30/26 | DNR | CALL WITH GARNET AND GARY SEGAL REGARDING COMMENTS AND | 0.60 |

# Dykema 100 YEARS
EST. 1926

RON SATIJA
CHAPTER 7 TRUSTEE RON SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 16

MARCH 5, 2026

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| | | OUTSTANDING REVISIONS TO DRAFT PURCHASE AGREEMENT. | |
| 01/30/26 | DNR | CORRESPONDENCE WITH ACCOUNTANT REGARDING QUICKBOOKS ACCESS AND LEDGER INFORMATION. | 0.20 |
| 01/30/26 | DNR | CORRESPONDENCE WITH TRUSTEE AND GARNET REGARDING DATA PRESERVATION OF PORTFOLIO FILES. | 0.40 |
| 01/30/26 | GPS | CALL WITH GARNET CAPITAL REGARDING DRAFT SALE AGREEMENT (0.5); REVIEW REVISED SALE AGREEMENT (0.3). | 0.80 |
| | | **TOTAL HOURS** | **72.80** |
| | | **TOTAL** | **$49,023.50** |



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MARCH 5, 2026

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 17

**BILLING SUMMARY**

| ID | TIMEKEEPER | HOURS | RATES | AMOUNT |
|---|---|---|---|---|
| GPS | GARY P. SEGAL | 6.00 | 980.00 | 5,880.00 |
| DNR | DANIELLE R. BEHRENDS | 63.10 | 655.00 | 41,330.50 |
| DADO | DOMINIQUE A. DOUGLAS | 3.70 | 490.00 | 1,813.00 |
| | **TOTAL** | **72.80** | | **$49,023.50** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 18

MARCH 5, 2026

## DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14/26 | VENDOR: DANIELLE RUSHING BEHRENDS INVOICE#: 010050013885 DATE: 2/2/2026    - PARKING 01-14-26 - PARKING FEE 01-14-26. | 17.16 |
| | PRINTING EXPENSES | 166.90 |
| | **TOTAL DISBURSEMENTS** | **184.06** |

California | Illinois | Michigan | Minnesota | Texas | Washington, D.C. | Wisconsin



RON SATIJA
CHAPTER 7 TRUSTEE RON  SATIJA
CHAPTER 7 TRUSTEE

MATTER #: 127196.000001
INVOICE #: 3719222
PAGE 19

MARCH 5, 2026

## TASK SUMMARY

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|-----------------|-------|--------|
| B110 | CASE ADMINISTRATION | 1.00 | 655.00 |
| B130 | ASSET DISPOSITION | 25.80 | 18,420.00 |
| B150 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 2.50 | 1,637.50 |
| B160 | EMPLOYMENT AND FEE APPLICATIONS | 10.70 | 7,008.50 |
| B185 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 1.80 | 997.50 |
| B210 | BUSINESS OPERATIONS | 18.20 | 11,921.00 |
| B230 | FINANCING AND CASH COLLATERAL | 1.60 | 1,048.00 |
| B240 | TAX | 0.40 | 262.00 |
| BT110 | LITIGATION | 9.70 | 6,353.50 |
| BT120 | ACCOUNTING/AUDITING | 0.70 | 458.50 |
| BT150 | DATA ANALYSIS | 0.40 | 262.00 |
| | **TOTAL** | **72.80** | **49,023.50** |

# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 25-51660-CAG** |
| **COLLINS ASSET GROUP, LLC,** | § | |
| | § | |
| **Debtor.** [1] | § | **Chapter 7** |
| | § | |
| | § | |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR COMPENSATION OF FEES AND EXPENSES OF DYKEMA GOSSETT PLLC, COUNSEL TO RON SATIJA, CHAPTER 7 TRUSTEE, FOR THE PERIOD OF <u>AUGUST 4, 2025 – JANUARY 31, 2026</u>**

**CAME ON** to be considered the *First Interim Application for Compensation of Fees and Expenses of Dykema Gossett PLLC, Counsel to Ron Satija, Chapter 7 Trustee, for the Period of August 4, 2025 – January 31, 2026* (the "<u>Interim Fee Application</u>"). The Court, finding the Interim Fee Application to be well-taken, the fees to be reasonable, and notice to be proper, hereby GRANTS it. It is therefore

---

[1] The last four digits of this Debtor's federal tax identification number are 3148. This Debtor's address is 6001 W. William Cannon Drive, Suite 102, Austin, Texas 78749.

127421.000002 4904-1924-7753.1

1

**ORDERED** that the Interim Fee Application is approved under 11 U.S.C. § 331; it is further

**ORDERED** that Dykema Gossett PLLC is entitled to and is awarded and allowed, on an interim basis, reasonable and necessary fees in the amount of **$397,054.50** for services performed for the Trustee on behalf of the Estate during the Application Period; it is further

**ORDERED** that Dykema Gossett PLLC is entitled to and is awarded and allowed, on an interim basis, reimbursement of expenses for legal services during the Application Period in the amount of **$5,107.84**; it is further

**ORDERED** that the Trustee is authorized to pay $402,162.34, representing the fees and expenses awarded and allowed herein, to Dykema Gossett PLLC from Estate funds upon entry of this Order; it is further

**ORDERED** that this award is expressly subject to final approval by the Court in connection with the final fee application to be filed by Dykema Gossett PLLC; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### # # # END OF ORDER # # #

Submitted by:

Danielle Rushing Behrends
State Bar No. 24086961
dbehrends@dykema.com
Dominique A. Douglas
State Bar No. 21434409
ddouglas@dykema.com
Dykema Gossett PLLC
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**COUNSEL TO RON SATIJA,**
**CHAPTER 7 TRUSTEE**

127421.000002 4904-1924-7753.1