**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| COLLINS ASSET GROUP, LLC, | § | Case No. 25-51660-mmp |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

**RON SATIJA, CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER**
**AUTHORIZING RESTRICTION OF PUBLIC ACCESS TO EXHIBIT B TO ECF NO. 343**

**TO THE HONORABLE MICHAEL M. PARKER, CHIEF U.S. BANKRUPTCY JUDGE:**

Ron Satija, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Debtor Collins Asset Group, LLC ("Collins" or the "Debtor"), in the above-captioned chapter 7 bankruptcy case (the "Case"), files this *Motion for Entry of an Order Authorizing Restriction of Public Access to Exhibit B to ECF No. 343* (the "Motion"), and respectfully state as follows:

**Relief Requested**

1. The Trustee seeks entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"), authorizing the Trustee to restrict Exhibit B to ECF No. 343 from public view and permit the filing of a redacted invoice.

**Jurisdiction and Venue**

2. The United States Bankruptcy Court for the Western District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are sections 105(a) and 107(b) of title 11 of the United States Code (as amended and modified, the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

1

127196.000001 4933-0006-8252.1

**Legal Authority and Argument**

5.     Pursuant to section 107(b) of title 11 of Bankruptcy Code, the Court may authorize the Trustee to file pleadings and other documents under seal or with redactions. Section 107(b) states in relevant part:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may—
>
> > (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information[.]

11 U.S.C. § 107(b).  Additionally, section 105(a) of the Bankruptcy Code, which codifies the bankruptcy court's inherent equitable powers, empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

6.      Pursuant to Rule 9018 of the Bankruptcy Rules, the Court "may, with or without notice, issue any order that justice requires to . . . protect . . . any entity regarding . . . commercial information." FED. R. BANKR. P. 9018.

7.      Trustee's counsel inadvertently filed Exhibit B to ECF No. 343 that included commercial information.  As such, this Motion is filed to protect such commercial information and restrict the original Exhibit B to ECF No. 343 from public view.  If granted, Trustee's counsel will file a redacted Exhibit B to ECF No. 343.

WHEREFORE, the Trustee respectfully requests that the Court enter the Order, granting the relief requested herein and such other relief as the Court deems appropriate under the circumstances.

2

Dated: April 27, 2026.

Respectfully submitted,

By: */s/ Danielle Rushing Behrends*

**DYKEMA GOSSETT PLLC**

Danielle Rushing Behrends
State Bar No. 24086961
dbehrends@dykema.com
Dominique A. Douglas
State Bar No. 21434409
ddouglas@dykema.com
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**COUNSEL TO RON SATIJA,
CHAPTER 7 TRUSTEE**

127196.000001 4933-0006-8252.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of April, 2026, the foregoing document was served

via CM/ECF on all parties requesting such service, including:

| | |
|---|---|
| United States Trustee for the Western District of Texas<br><br>615 E Houston, Suite 533<br>San Antonio, TX 78205<br>**via CM/ECF** | Collins Asset Group, LLC, Debtor<br><br>6001 W. William Cannon Dr<br>Suite 102<br>Austin, TX 78749<br>**via CM/ECF through its attorney** |
| Oliphant Financial, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** | Oliphant USA, LLC<br><br>c/o Michael Ridulfo and Abigail Rogers<br>Kane Russell Coleman Logan PC<br>401 Congress Avenue,<br>Suite 2100<br>Austin, TX 78701<br>**via CM/ECF through its attorney** |
| John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>2402 East Main Street<br>Uvalde, TX 78801<br>**via CM/ECF** | Counsel to Musgrove Plaintiffs<br><br>Randall A. Pulman<br>Kerry Alleyne-Simmons<br>Pulman LeFlore Pullen & Reed LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, TX 78213<br>**via CM/ECF through their attorneys** |
| Counsel to John Patrick Lowe, as state-court receiver for Ferrum Capital, LLC<br><br>Royal Lea<br>Royal Lea Law Office<br>1901 NW Military Highway #218<br>San Antonio, TX 78213<br>**via CM/ECF through his attorney** | Counsel to The Heller Group, LLC & Judith Heller TTEE, Judith Heller Revocable Trust (1/7/1988)<br><br>Lester A. Ottenheimer, III<br>750 W. Lake Cook Road, Suite 290<br>Buffalo Grove, IL 60089<br>**via CM/ECF through their attorney** |
| | Any party that has requested notice pursuant to Bankruptcy Rule 2002<br>**via CM/ECF** |

*/s/ Danielle Rushing Behrends*
Danielle Rushing Behrends

4

## **EXHIBIT A**

127196.000001  4933-0006-8252.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| COLLINS ASSET GROUP, LLC, | § § | Case No. 25-51660-mmp |
| Debtor. | § § § § | |

**ORDER GRANTING RON SATIJA, CHAPTER 7 TRUSTEE'S MOTION FOR
ENTRY OF AN ORDER AUTHORIZING RESTRICTION OF PUBLIC ACCESS
TO EXHIBIT B TO ECF NO. 343**

Came on to be considered *Ron Satija, Chapter 7 Trustee's Motion for Entry of an Order Authorizing Restriction of Public Access to Exhibit B to ECF No. 343* (the "Motion"). The Court finds that the Motion should be **GRANTED**.

1

IT IS, THEREFORE, ORDERED that the original Exhibit B to ECF No. 343 shall be restricted from public access, and the Trustee is authorized to file a redacted Exhibit B to ECF No. 343 on the docket, relating back to the original pleading.

# # #

Prepared and submitted by:

Danielle Rushing Behrends
State Bar No. 24086961
dbehrends@dykema.com
Dominique A. Douglas
State Bar No. 21434409
ddouglas@dykema.com
**DYKEMA GOSSETT PLLC**
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**COUNSEL TO RON SATIJA,
CHAPTER 7 TRUSTEE**

2

127196.000001 4929-5027-1398.1